UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Robie Gaston,                                      Case No. 3:18-cv-2652

         Plaintiff

v.                                               ORDER

Finance System of Toledo, Inc.,

         Defendant

On March 4, 2019, I conducted a telephonic status conference. Pursuant to the discussion, I hereby order that:

(1) Defendant shall file the motion for judgment on the pleadings by March 15, 2019.

(2) Plaintiff shall file a response by March 29, 2019, indicating when he will file a memorandum in opposition to the motion *or* explaining why he believes additional discovery is necessary before he is able to do so.

(3) Should Plaintiff request additional discovery, Defendant shall meaningfully respond to the request by April 12, 2019. That is, Defendant shall state why it opposes additional discovery or, if it accedes to some additional discovery, Defendant shall coordinate with Plaintiff to determine the scope and schedule of that discovery. If the parties are unable to agree as to these details, counsel shall contact the court for assistance.

So Ordered.

                                                              s/ Jeffrey J. Helmick
                                                              United States District Judge