UNITED STATES DISTRICT COURT OF OHIO
NORTHERN DISTRICT
WESTERN DIVISION

ROBIE GASTON,                      )
                                   )
                                   )
          Plaintiff,               )
                                   )
     vs.                           )          Case No.
                                   ) 3:18-CV-02642-JJH
FINANCE SYSTEM OF TOLEDO,          )
INC.,                              )     Judge Helmick
                                   )
                                   )
          Defendant.               )

- - -

TELEPHONE DEPOSITION OF NANCY QUIROGA

DATE:         October 22, 2019 at 11:08 a.m.

PLACE:        Collins Reporting Service, Inc.
              615 Adams Street
              Toledo, Ohio

REPORTER:     Casey G. Schreiner, RMR-RDR
              Notary Public

- - -

Job No. 31004

EcoScribe Solutions
www.EcoScribeSolutions.com
888.651.0505



Page 2

```
 1   APPEARANCES:
 2         On behalf of the Plaintiff:
 3         ATLAS CONSUMER LAW:
             Nathan Volheim (via telephone)
 4           2500 South Highland Avenue
             Suite 200
 5           Lombard, Illinois 60148
             (630) 575-8181
 6
 7         On behalf of the Defendant:
 8         LAW OFFICES OF JAMES S. NOWAK:
             James S. Nowak
 9           4808 North Summit Street
             Toledo, Ohio 43611
10           (419) 726-2605
11
           On behalf of the Defendant:
12
             LAW OFFICE OF BOYD W. GENTRY:
13           Boyd W. Gentry (via telephone)
             4031 Colonel Glenn Highway
14           Beavercreek, Ohio 45431
             (937) 839-2881
15
16   ALSO PRESENT:
17         Amy Pfeiffer
18
                  - - -
19
20
21
22
23
24
```

Page 3

```
 1                    I N D E X
 2                  EXAMINATION
     Witness Name                    Page   Line
 3   NANCY QUIROGA
           Examination By Mr. Volheim ............ 5      5
 4
 5   Exhibit    Description               Page   Line
     Exhibit  A    Amended Notice of Deposition ... 12    10
 6   Exhibit  B    Answer to Complaint with ....... 13    21
                   Counterclaims
 7   Exhibit  C    Def. FST First Set of Responses  72   18
                   to Pla. First Set of Combined
 8                 Discovery Requests
     Exhibit  F    Def. FST Produced Account Notes  24   11
 9                 for Clnt. Epno Toledo Hospital
                   ER Physician
10   Exhibit  G    Def. FST Produced Account  .... 47     7
                   Notes
11                 for Clnt Allstar Disposal and
                   Recycling
12   Exhibit  H    Def.Fst Produced Accoujnt Notes  62    2
                   for Toledo Clinic, Inc.,
13                 Reference No.28093807001
     Exhibit  I    Def. FST Produced Account Notes  53    4
14                 for Toledo Clinic, Inc.,
                   Reference No. 27962730001
15   Exhibit  J    Def. FST Produced Accoujnt Notes 65   13
                   for Toledo Clinic, Inc.,
16                 Reference No.20000967861601954
     Exhibit  L    Def. FST Produced Account Notes  36   18
17                 for Various Accounts
     Exhibit  M    Letter from Finance System of .. 18   10
18                 Toledo, Inc
19                 (Depositions Exhibits D, E, and K, were
                   pre-marked but not used.)
20
                      OBJECTIONS
21   By                                   Page   Line
     Mr Gentry .................................. 26      12
22   Mr Gentry .................................. 38      13
     Mr Gentry .................................. 41      18
23   Mr Gentry .................................. 42      14
     Mr Gentry .................................. 50       8
24   Mr Gentry .................................. 50      15
     Mr Gentry .................................. 51      12
```

Page 4

```
 1   Mr Gentry .................................. 51    23
     Mr Gentry .................................. 52    20
 2   Mr Gentry .................................. 58    12
     Mr Gentry .................................. 59    16
 3   Mr Gentry .................................. 60    10
 4
                  - - -
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
```

Page 5

1            NANCY QUIROGA,

2 a Witness herein, called by the Plaintiff as if upon

3 Examination, was by me first duly sworn, as

4 hereinafter certified, deposed and said as follows:

5            EXAMINATION

6 BY MR. VOLHEIM:

7      Q.   Good morning.  Can you state your full

8 name for the record, please.

9      A.   Nancy Quiroga.

10      Q.   And for our court reporter's benefit, can

11 you please spell your last name?

12      A.   Q-u-i-r-o-g-a.

13      Q.   Good morning, Ms. Quiroga.

14      A.   Good morning.

15      Q.   I apologize right off the bat if I, at

16 any point today, mispronounce your name.  My name is

17 Nate Volheim.  I am representative and counsel for the

18 plaintiff in this matter.

19           This is the matter of my client Robie

20 Gaston vs. Finance System of Toledo.  It was filed in

21 the Northern District of Ohio under Case No. 18,

22 civil, 02652.

23           Ms. Quiroga, have you ever given

24 deposition testimony before?

Page 6

1    A.   No.
2    Q.   Okay.  Whether you've done it a whole
3  bunch or this is your first time, there is a couple of
4  kind of helpful ground rules I want to go over.
5         As you can tell, I'm appearing from my
6  office -- or you can't tell where I'm appearing, but
7  I'm in my office in Lombard, Illinois.  There's no one
8  else with me.  One of your counsel is over the phone,
9  as well, and then you also have counsel there present
10  with you.
11         Other than counsel that is present in the
12  room with you and our court reporter, can you please
13  state who else is in the room with you?
14    A.   Amy Pfeiffer.
15    Q.   Okay.  Other than Ms. Pfeiffer and our
16  court reporter, yourself and counsel, is there anyone
17  else in the room with you right now?
18    A.   No.
19    Q.   Okay.  So, obviously, because we have
20  people appearing telephonically, that makes it a
21  little bit more difficult.  I assume that you can hear
22  me very clearly right now?
23    A.   Yes.
24    Q.   Great.  If, for whatever reason, you

Page 7

1  cannot hear me, please just let me know, and I'll make
2  sure to repeat my question; however, if I ask a
3  question and you give an answer, I'm going to presume
4  that you understand the question.
5         Is that fair?
6    A.   Yes.
7    Q.   Okay.  You're doing an amazing job so
8  far, but it's important to make sure to keep all of
9  your answers verbal.
10         Again, because I'm not in the room, and
11  because the proceedings are being transcribed, head
12  nods and body movement, that's not going to be picked
13  up, so it's very important to make sure that you keep
14  your answers verbal; is that understood?
15    A.   Yes.
16    Q.   Okay.  Great.  And if I have to remind
17  you, again, I'm not doing it to be offensive.  I'll
18  just let you know that I need a different answer, but
19  it's in no way to be disrespectful.
20         A couple other things.  I do not
21  anticipate this deposition lasting more than two hours
22  today; however, if, at any point during this
23  deposition, you or anyone in the room needs to take a
24  break, that's fine.  You're entitled to as many breaks

Page 8

1  as you would like.
2         The only thing that I ask is that if we
3  are in the middle of a question, we need to go ahead
4  and finish answering my question before we take a
5  break; is that agreed?
6    A.   Yes.
7    Q.   Great.  Periodically throughout this
8  deposition, your counsel is likely to make objections,
9  either because they don't like the question I asked or
10  I did not ask it in the right way, which is entirely
11  likely.
12         Unless your counsel instructs you not to
13  answer, once your counsel makes the objection, you can
14  go ahead and answer the question; is that understood?
15    A.   Yes.
16    Q.   Great.
17         MR. GENTRY: Nancy, this is
18         Boyd.  I will direct you as much as I can
19         remember to either go ahead and answer or
20         to not answer so that you're not left
21         wondering.
22  BY MR. VOLHEIM:
23    Q.   Okay.  Again, I don't say this to be
24  offensive in any way, but you understand that you are

Page 9

1  under oath here this morning?
2    A.   Yes.
3    Q.   And that your answers are subject to the
4  penalty of perjury?
5    A.   Yes.
6    Q.   And then last question, you are not under
7  the influence of any substances, either legal or
8  illegal, that would impair your testimony to -- your
9  testimony here today; is that correct?
10    A.   Correct.
11    Q.   So you've stated your name.  Can you
12  please state your current occupation?
13    A.   I'm the client services manager at
14  Finance System of Toledo.
15    Q.   Okay.  Great.  And how long have you
16  served in that role?
17    A.   It's coming up on 20 years.
18    Q.   Congratulations.
19    A.   Thank you.
20    Q.   Have you held any other roles with
21  Finance System of Toledo other than your current role?
22    A.   Yes.
23    Q.   What -- immediately preceding your
24  current role, what other role did you hold at

ROBIE GASTON vs FINANCE SYSTEM OF TOLEDO
Nancy Quiroga October 22, 2019

Job 31004
Pages 10..13

Page 10

1  Finance System of Toledo?
2      A.    The collections manager.
3      Q.    And how long did you serve in that role?
4      A.    Maybe two years.
5      Q.    Prior to that role, have you held any
6  other roles with Finance System of Toledo?
7      A.    No.
8      Q.    Okay.  So is it fair to say that you've
9  been with Finance System of Toledo for about 22 years?
10     A.    No.  Combined 20 years.  I'm sorry.
11     Q.    Thank you for clarifying.  Have those 20,
12 approximately 20 years been consecutive?
13     A.    Yes.
14     Q.    Okay.  You haven't held any other jobs or
15 any other occupations during that time?
16     A.    No.
17     Q.    Just as a general overview, can you tell
18 me what kind of duties are involved in your current
19 role?
20     A.    I'm the liaison between the client,
21 staff, and the attorneys' offices, and the hospital,
22 staff, administrative offices.
23     Q.    Okay.  And from your answer, are all of
24 Finance System of Toledo's clients medical providers,

Page 11

1  or does it have other clients as well?
2      A.    Other clients.
3      Q.    Okay.  And you handle other clients as a
4  liaison, as well, not just medical clients?
5      A.    Correct.
6      Q.    Just a few more background questions.
7  What is the highest level of education that you have
8  achieved?
9      A.    Some college.
10     Q.    Okay.  Did you get any sort of degree in
11 college?
12     A.    No.
13     Q.    Do you have your high school diploma?
14     A.    Yes.
15     Q.    And I just want to make sure.  You are
16 not a licensed attorney; is that correct?
17     A.    That is correct.
18     Q.    Good for you.  We have too many of those.
19           Okay.  Just generally, I'm not asking for
20 your legal opinion in any way, what is your
21 understanding of why you are here today?
22     A.    Based on the lawsuit that Mr. Gaston
23 filed.
24     Q.    Okay.  Our court reporter should have

Page 12

1  some exhibits for you.  I don't necessarily think
2  we'll be using all the exhibits, so don't be afraid by
3  the pile if you can see it.
4            I'm going to ask our court reporter to
5  hand you what has been pre-marked as Exhibit A, as in
6  "apple."  And if you can, take a look at that
7  document, look through it, let me know after you've
8  had a chance to review it.
9      A.    Okay.
10           (Deposition Exhibit A was
11           presented to the witness.)
12           MR. VOLHEIM:  Great.  For the
13           record, Exhibit A has been pre-labeled
14           Amended Notice of Deposition.
15 BY MR. VOLHEIM:
16     Q.    Have you seen this document before today?
17     A.    Yes.
18     Q.    Approximately when was the first time
19 that you saw this document?
20     A.    Honestly, I can't be certain.
21     Q.    If you flip to page 2 of this document --
22 actually, it would be page 3 for you with the cover
23 sheet, there is a list of topics, 1 through 23.
24           Do you see those topics?

Page 13

1      A.    Yes.
2      Q.    Okay.  Is it your understanding that
3  Finance System of Toledo has designated you as their
4  corporate representative to testify to topics 1
5  through 23?
6      A.    Yes.
7      Q.    Okay.  And other than any objections your
8  counsel may make throughout these proceedings, are you
9  able to accurately and fully testify as to topics 1
10 through 23?
11     A.    If it's anything legal, then, no ...
12     Q.    But other than legal opinions or issues,
13 you're able to testify to topics 1 through 23?
14     A.    Yes.
15     Q.    Okay.  Thank you.  I believe you can put
16 that aside.  I don't know that we'll be using that
17 again.  I'm going to ask you to take a look -- well,
18 actually -- yeah, actually, I'll ask the court
19 reporter to hand you what's been pre-marked as Exhibit
20 B, as in "boy."
21           (Deposition Exhibit B was
22           presented to the witness.)
23 BY MR. VOLHEIM:
24     Q.    And once you've flipped through that, let

Page 14

1  me know. I don't anticipate asking you very much
2  about this, but let me know when you're done reviewing
3  that.
4          (Pause.)
5          THE WITNESS: Okay.
6          MR. VOLHEIM: Thank you. For
7      the record, Exhibit B is Defendant's
8      Answer to Complaint with Counterclaims.
9  BY MR. VOLHEIM:
10     Q.   I'm going to ask you to flip to the
11  second-to-last page.
12     A.   Okay.
13     Q.   On the second-to-last page, there are
14  additional defenses. There is an additional defense
15  in No. 3 which is what I want to direct your attention
16  to.
17          Is it your understanding that
18  Finance System of Toledo has withdrawn this defense?
19     A.   You would have to ask the attorney that.
20          MR. VOLHEIM: Boyd, I know that
21      you had indicated that your client is
22      withdrawing affirmative -- the
23      affirmative defense of bona fide error.
24          Can you stipulate to that on the

Page 15

1  record, please?
2          MR. GENTRY: Well, because we
3  only have one claim left of use of the
4  word "interest," and the other claim had
5  been dismissed by the court, we are not
6  going to claim that an error was made.
7          And, so, therefore, we do not
8  anticipate putting forth the defense that
9  an error was made in good faith. It is
10  our position that no error was made.
11          So, yes, we do not intend to put
12  forth evidence of a procedure designed to
13  avoid an error, because we believe with
14  this claim there was no error.
15          MR. VOLHEIM: Okay. And are you
16  guys going to file an amended answer or
17  something with the court withdrawing that
18  affirmative defense?
19          MR. GENTRY: We can discuss
20  that. I had not anticipated doing that,
21  but I can certainly discuss that. I'm
22  open to doing that to make the record
23  clear.
24          MR. VOLHEIM: Okay. Well, we're

Page 16

1  going to either need to stipulate to
2  that, or we're going to need something to
3  be filed.
4          I mean, I appreciate that
5  defendant doesn't anticipate, but
6  "anticipate," is not, as I'm sure you
7  know, a definitive response.
8          So if you're not comfortable
9  stipulating to that right now, then I
10  guess we're going to have to -- we don't
11  need to adjourn the deposition, but I'm
12  going to adjourn any topics related to
13  policies and procedures of bona fide
14  error, because I don't know if it's
15  formally withdrawn or not.
16          MR. GENTRY: Understood. And I
17  think that's fair for today. I won't --
18  if something changes in the case, right,
19  and it turns out that we would rely on
20  this, some theory has changed on the
21  prosecution of the claim or something
22  like that, then I would certainly
23  understand that you would want a
24  follow-up deposition on that topic.

Page 17

1          I would not argue against your
2      right to do a deposition or seek further
3      discovery as to that.
4          But as it stands now, the way
5      the court has limited the case from what
6      it was in the beginning, we are not
7      relying on the bona fide error.
8          MR. VOLHEIM: Okay. Thank
9      you.
10  BY MR. VOLHEIM:
11     Q.   You can set aside Exhibit B.
12          I'm not asking for your legal opinion in
13  any way, but what is your understanding of what my
14  client has alleged that Finance System of Toledo did
15  wrong?
16     A.   Regarding the -- the table and the
17  columns on the table.
18     Q.   And when you say "regarding the table and
19  the columns on the table," are you referring to a
20  collection correspondence that Finance System of
21  Toledo sent my client?
22     A.   Yes.
23     Q.   Okay. And more specific than that, are
24  you referring to the collection correspondence that

Page 18

1 Finance System of Toledo sent my client dated January
2 15th, 2018?
3   A.   Can I see a copy of that?
4   Q.   Of course.
5   A.   Is that an exhibit somewhere?
6   Q.   Yes.
7            MR. VOLHEIM: I'll ask our court
8        reporter to hand you what's been
9        pre-marked as Exhibit M, as in "Mary."
10           (Deposition Exhibit M was
11       presented to the witness.)
12 BY MR. VOLHEIM:
13   Q.   And when you have a chance to review
14 Exhibit M, please let me know. I think you can skip
15 the first letter, but, obviously, feel free to review
16 whatever you'd like.
17   A.   Okay.
18       Okay.
19           MR. VOLHEIM: For the record,
20       Exhibit M is some correspondence sent by
21       Finance System of Toledo to our client.
22 BY MR. VOLHEIM:
23   Q.   I was asking you if the table you were
24 referring to appears on the January 15th, 2018,

Page 19

1 correspondence.
2   A.   Yes.
3   Q.   Okay. Great. If you could just set that
4 aside, we're definitely going to come back to that
5 one. But if you could go ahead and set that aside.
6            How many accounts -- how many different
7 accounts has Finance System of Toledo had in the last
8 two years with regards to my client?
9   A.   I could not tell you.
10   Q.   Do you know if it's more than one
11 account?
12   A.   I don't know.
13   Q.   Okay. I'm going to be using the
14 shorthand FDCPA. Is it your understanding or can we
15 agree that when I say FDCPA, I'm referring to the Fair
16 Debt Collection Practices Act?
17   A.   Yes.
18   Q.   Just for background, what is your
19 familiarity with the FDCPA?
20   A.   General.
21   Q.   Have you had any training with regards to
22 the FDCPA?
23   A.   Just kind of self-training.
24   Q.   Okay. And when you say "self-training,"

Page 20

1 what does that entail?
2   A.   Reviewing the FDCPA documents.
3   Q.   Okay. Are you referring to the law
4 regarding the FDCPA, or what documents are you
5 referring to?
6   A.   What's listed on the ACA website.
7   Q.   Okay. Have you taken any class or do you
8 hold any certifications with regards to the FDCPA?
9   A.   No.
10           MR. GENTRY: I'm sorry. This s
11       Boyd Gentry just rejoining. I think the
12       conference line cut me off or dropped me,
13       so I dialed in. I think I missed about a
14       minute there. I apologize for that.
15           MR. VOLHEIM: Do you need our
16       court reporter to read back the last
17       minute, or can we keep going?
18           MR. GENTRY: Jim, I guess you're
19       there on the ground. Do I need anything
20       or -- I'm not sure what happened?
21           MR. NOWAK: No, you're fine.
22       These were just some background questions
23       on her qualifications to understand the
24       FDCPA.

Page 21

1            MR. GENTRY: Okay. Go ahead.
2 BY MR. VOLHEIM:
3   Q.   Okay. I'm going to ask our court
4 reporter to hand you what's -- before we get to that,
5 I'm sorry.
6            So in your role as client liaison, do you
7 have direct contact with the entities that utilize
8 Finance System of Toledo's services?
9   A.   Yes.
10   Q.   And we can get into specific examples,
11 but just kind of generally, when an entity places an
12 account or accounts with Finance System of Toledo,
13 does it direct Finance System of Toledo about how it
14 wants Finance System to go about collecting on that
15 account?
16   A.   It would depend.
17   Q.   And what does it depend on?
18   A.   The circumstance of that account or that
19 client.
20   Q.   Okay. So is it fair to say different
21 clients have different circumstances or different
22 requirements about how they want Finance System of
23 Toledo to go about collecting their debt?
24   A.   Yes.

ROBIE GASTON vs FINANCE SYSTEM OF TOLEDO
Nancy Quiroga October 22, 2019

Job 31004
Pages 22..25

Page 22

1     Q.   Are those circumstances or requirements
2  outlined in any documentation?
3     A.   Not necessarily.
4     Q.   Okay. Are they sometimes outlined in any
5  documentation?
6     A.   I really don't know, to be honest.
7     Q.   Okay. So if I'm a hospital and I want
8  Finance System of Toledo to collect debt on me, is
9  there an agreement between me and Finance System of
10  Toledo?
11     A.   Sometimes.
12     Q.   But not always?
13     A.   Correct.
14     Q.   If there is an agreement, will the terms
15  of how I want my debt collected be within that
16  agreement?
17          MR. GENTRY: I'm sorry. This is
18       Boyd. I just want to, I guess, clarify.
19       Do you mean a written agreement? That's
20       what you're referring to?
21          MR. VOLHEIM: Sure. We can
22       clarify.
23  BY MR. VOLHEIM:
24     Q.   If there was a written agreement, are the

Page 23

1  terms of how Finance System of Toledo wants -- excuse
2  me. Strike that.
3          If there is a written agreement, will the
4  terms of how the client wants the debt collected be in
5  that written agreement?
6     A.   Sometimes.
7     Q.   Okay. Well, let's get more specific,
8  then, I suppose. I'm going to direct your attention
9  back to Exhibit M, and if you can grab that document
10  again and turn to the last page --
11     A.   Okay.
12     Q.   -- there is a client name of EPNO, Inc.,
13  Toledo. Did EPNO, Inc., Toledo engage Finance System
14  of Toledo to collect debt on its behalf against my
15  client?
16     A.   Yes.
17     Q.   Okay. Is there an agreement -- a written
18  agreement between EPNO, Inc., of Toledo, and -- excuse
19  me.
20          Is there a written agreement between
21  EPNO, Inc., of Toledo and Finance System of Toledo on
22  how it wants its debt collected?
23     A.   No.
24     Q.   Is there any written correspondence

Page 24

1  between EPNO, Inc., Toledo, and Finance System of
2  Toledo on how to collect the account listed on Exhibit
3  M?
4     A.   No.
5     Q.   I'm going to ask you to go to -- I'm
6  going to direct your attention to what's been
7  pre-labeled or pre-marked as Exhibit F. And if our
8  court reporter could hand you that, look through
9  Exhibit F and let me know when you've had a chance to
10  review that.
11          (Deposition Exhibit F was
12       presented to the witness.)
13       THE WITNESS: Okay.
14          MR. VOLHEIM: Okay. For the
15       record, Exhibit F has been pre-labeled
16       Defendant FST Produced Account note for
17       Client EPNO Hospital ER Physician.
18  BY MR. VOLHEIM:
19     Q.   Have you seen Exhibit F before today?
20     A.   Yes.
21     Q.   Okay. When was the first time you saw
22  Exhibit F?
23     A.   I don't really remember.
24     Q.   Okay. What is Exhibit F?

Page 25

1     A.   It appears to be a printout of the
2  account and account notes.
3     Q.   Okay. When was the debt associated with
4  Exhibit F placed with Finance System of Toledo?
5     A.   This account was assigned on 7-23 of '13.
6     Q.   Okay. So that would be July 23rd of
7  2013?
8     A.   Correct.
9     Q.   Okay. Did Finance System of Toledo
10  engage in debt collection activity against my client
11  regarding this account?
12     A.   Yes.
13     Q.   Okay. Was this account -- when this
14  account was placed with Finance System of Toledo, what
15  was the balance of the account?
16     A.   The assigned amount was 66.37.
17     Q.   How much interest was assigned -- how
18  much interest was assigned on this account at
19  placement?
20     A.   Zero.
21     Q.   How much in attorney fees was assigned
22  with this account at placement?
23     A.   Zero.
24     Q.   How much court costs was assigned with --

ROBIE GASTON vs FINANCE SYSTEM OF TOLEDO
Nancy Quiroga October 22, 2019

Job 31004
Pages 26..29

Page 26

1    at placement with this account?
2         A.   Zero.
3         Q.   Okay.  How much miscellaneous fees was
4    assigned with this account at placement?
5         A.   Zero.
6         Q.   How much contingency fees was assigned
7    with this account at placement?
8         A.   Zero.
9         Q.   Was there any amount added to the balance
10   on this account at any time that Finance System of
11   Toledo had the account other than 66.37?
12              MR. GENTRY:  Objection.
13              Go ahead and answer.
14              MR. VOLHEIM:  Just for clarity,
15         Boyd, what is your objection?
16              MR. GENTRY:  As to -- you say
17         was there any amount added to this, and I
18         think it's a vague question about how the
19         $66.37 was derived.  That's how I
20         understood it.
21              MR. VOLHEIM:  Okay.  Let me try
22         to clean it up, then.
23   BY MR. VOLHEIM:
24         Q.   The assigned amount, 66.37, that was the

Page 27

1    amount that was put with Finance System of Toledo at
2    placement; is that correct?
3         A.   Correct.
4         Q.   Okay.  What does that amount -- what is
5    that comprised of?
6         A.   The balance that EPNO sent over.  I don't
7    have the details.
8         Q.   So was any amount -- from the time
9    Finance System of Toledo received this account until
10   the time the account was satisfied, was any amount
11   added to the balance?
12        A.   I cannot be certain.
13        Q.   If any amount was added to the balance,
14   would it be reflected in these account notes?
15        A.   Yes.
16        Q.   Okay.  In reviewing these account notes,
17   can you see any amount added to the balance of 66.37?
18        A.   No.
19        Q.   Okay.  When was -- how long was this
20   account with Finance System of Toledo?
21        A.   How long was it with Finance System of
22   Toledo?
23        Q.   Yes.
24        A.   Since its assigned date of 7-23 of '13.

Page 28

1         Q.   Okay.  So was this account satisfied in
2    any way?
3         A.   The balance was paid.
4         Q.   Who was the balance paid by?
5         A.   There was a 20 dollar payment made to the
6    client, to EPNO, and two payments made to
7    Finance System of Toledo.
8         Q.   Okay.  When was the last payment made to
9    Finance System of Toledo?
10        A.   10-24 of '17.
11        Q.   And when that last payment was made to
12   Finance System of Toledo, what was the remaining
13   balance on the account?
14        A.   Zero.
15        Q.   Okay.  Was the account closed at that
16   time?
17        A.   No.
18        Q.   Okay.  Why was the account not closed if
19   the balance was paid in full?
20        A.   Because the account is paid in full.
21   It's zero.
22        Q.   Okay.  So does Finance System of Toledo
23   keep all the accounts that it has, whether they're
24   paid or not?

Page 29

1         A.   Correct.
2         Q.   And what purpose does it keep them for?
3         A.   The consumer.  You know, we like to keep
4    accurate records, and the consumer likes to see what
5    has been paid on -- you know, what's in our system.
6         Q.   And now you're speaking -- when you say
7    "consumer," are you speaking in general, or are you
8    speaking to my client, Robie Gaston?
9         A.   In general.
10        Q.   Okay.  Did my client, Robie Gaston, ever
11   ask Finance System of Toledo to keep the account, this
12   account open?
13        A.   I wouldn't know.
14        Q.   Okay.  Is there anything reflected in
15   these account notes that states my client asked
16   Finance System of Toledo to keep this account open?
17        A.   I did not see that.
18        Q.   Okay.  So going back to it, my client
19   paid this account in full on October 24th, 2017; is
20   that correct?
21        A.   His final payment, yes, 10-24 of '17.
22        Q.   And after that payment, the balance was
23   zero?
24        A.   Correct.

Page 30

1    MR. GENTRY: This is Boyd. I'm
2    not sure why you're spending so much time
3    on an account that is not at issue in
4    your remaining claim, which is the second
5    letter of Exhibit M, right? The only
6    thing left --
7    MR. VOLHEIM: It's background.
8    MR. GENTRY: The only thing
9    relevant is the January 2018 letter.
10    MR. VOLHEIM: Right. And this
11    account is reflected on the January 2018
12    letter.
13    MR. GENTRY: The 66 dollar
14    account is?
15    MR. VOLHEIM: Yeah, Boyd, it is.
16    Why don't you look at line F -- or excuse
17    me, the top line of the January 15th,
18    2018, letter.
19    MR. GENTRY: I'm sorry. I
20    misunderstood you. Go ahead.
21 BY MR. VOLHEIM:
22    Q. Okay. So your counsel is actually going
23    to make my point for me here. Excuse me. Strike
24    that.

Page 31

1    If this account was closed -- excuse me.
2 Strike that.
3    If this account was paid in full on
4 October 24th, 2017, then why is it listed on the
5 correspondence sent by Finance System of Toledo of
6 January 15th, 2018?
7    A. Because we provide accurate records for
8 our consumers.
9    Q. So based on that testimony, then, is it
10 fair to say that any account my client ever had with
11 Finance System of Toledo, whether it was paid or not,
12 would be listed on this January 15th, 2018, letter?
13    A. No.
14    Q. Okay. Well, how does Finance System of
15 Toledo determine which accounts will be listed and
16 which ones won't?
17    A. It depends when it was paid; it depends
18 on the list of accounts that were being worked at that
19 particular time. There is a lot of variables.
20    Q. Okay. Well, I'm going to need to push
21 back on that. I'm going to need to understand these
22 variables.
23    So at what point, how long -- if an
24 account's paid, how long would Finance System of

Page 32

1 Toledo continue to send correspondence regarding that
2 account?
3    A. It truly depends. It just truly depends.
4    Q. No, I understand it depends. But I'm
5 trying to understand what it depends on.
6    A. If I use --
7    MR. GENTRY: Wait a minute,
8    Nancy, that's not a question. Please
9    wait for a question.
10    THE WITNESS: Okay.
11    MR. GENTRY: He said he's trying
12    to understand what it depends on, but
13    that's not a question. Let him formulate
14    a question, please.
15 BY MR. VOLHEIM:
16    Q. What does it depend on?
17    A. Again, there are many variables.
18    Q. Okay. I believe you stated one of those
19 variables is when the debt is paid; is that correct?
20    A. I'm going to use -- yes. But I will use
21 the example of the accounts that are on that table.
22    Q. Okay. So let's start with the top one,
23 EPNO, Inc., of Toledo.
24    A. Okay.

Page 33

1    Q. That account, as you testified, was paid
2 on October 24th, 2017. So my question is how long,
3 after an account is paid in full, will Finance System
4 of Toledo still continue to send correspondence on it?
5    A. In using this example of this table, the
6 accounts that are paid on this table will remain there
7 until the other accounts are paid. They're worked as
8 a group.
9    Q. Okay. Let me make sure I understand
10 that. If you go down to the second account included
11 in the January 15th, 2018, letter, there is an account
12 for Allstar Disposal.
13    What does Allstar Disposal have to do
14 with any of the other accounts on this list?
15    A. It was a debt that was owed.
16    Q. Okay. Who was it owed to?
17    A. Allstar Disposal.
18    Q. Based on your knowledge, does Allstar
19 Disposal have any relationship whatsoever with Toledo
20 Clinic, Inc.?
21    A. No.
22    Q. Based on your knowledge, does Allstar
23 Disposal have any relationship at all with EPNO, Inc.,
24 of Toledo?

ROBIE GASTON vs FINANCE SYSTEM OF TOLEDO
Nancy Quiroga October 22, 2019

Job 31004
Pages 34..37

Page 34

1    A.    Not to my knowledge, no.
2    Q.    So if Allstar Disposal, to your
3  knowledge, doesn't have any relationship with those
4  entities, why is it included on this list?
5    A.    Because the accounts are grouped
6  together.
7    Q.    Who groups them together?
8    A.    Our software.
9    Q.    Who makes the decision to have your
10 software group them together?
11   A.    A collector.
12   Q.    Finance System of Toledo?
13   A.    Yes.
14   Q.    Okay. So is it your testimony that any
15 account on this letter with a zero balance is included
16 because the collector decided to group those accounts
17 together?
18   A.    Okay. Can you repeat that again?
19         MR. VOLHEIM: Sure. Ms. Court
20         Reporter, can you please read back that
21         question.
22         (Court Reporter read back the
23         following:
24         "Question: So is it your

Page 35

1       testimony that any account on this letter
2       with a zero balance is included because
3       the collector decided to group those
4       accounts together?")
5         THE WITNESS: Yes.
6  BY MR. VOLHEIM:
7    Q.    And why did a collector decide to group
8  these accounts together?
9    A.    As I stated, they work the accounts
10 together.
11   Q.    What is the name of the collector that
12 was working these accounts?
13   A.    There were probably several.
14   Q.    Okay. So if there were several
15 collectors working this account, which one made the
16 decision to group them together?
17   A.    I can't tell you exactly.
18   Q.    Did Finance System of Toledo group these
19 accounts together with the permission of Allstar
20 Disposal?
21   A.    I don't know.
22   Q.    Did Finance System of Toledo group these
23 accounts together with the permission of Toledo
24 Clinic, Inc.?

Page 36

1    A.    I don't know.
2    Q.    Did Finance System group these accounts
3  together with the permission of EPNO, Inc.
4    A.    I do not know.
5    Q.    Does Finance System of Toledo have any
6  records, either written or otherwise, which would tell
7  you if they had permission to group these accounts
8  together?
9    A.    Not to my knowledge.
10   Q.    So did my client -- other than the debts
11 listed or the accounts listed on the January 15th,
12 2018, correspondence, did my client have any other
13 accounts placed with Finance System of Toledo?
14   A.    I really don't know.
15         MR. VOLHEIM: Okay. I'm going
16         to ask you to turn to what's been
17         pre-marked as Exhibit L.
18         (Deposition Exhibit L was
19         presented to the witness.)
20         THE WITNESS: Okay.
21 BY MR. VOLHEIM:
22   Q.    Exhibit L is Defendant Finance System of
23 Toledo Produced Account Notes for Various Accounts.
24         Have you seen Exhibit L before today?

Page 37

1    A.    Yes.
2    Q.    When did you first see Exhibit L?
3    A.    I don't remember.
4    Q.    Okay. What is Exhibit L?
5    A.    It's the -- what we refer to as a header
6  account.
7    Q.    And for clarity, what is a header
8  account?
9    A.    It's the main account that holds the --
10 holds the listing of accounts.
11   Q.    Okay. And what -- would this header
12 account have listed all the accounts that
13 Finance System of Toledo had with respect to my
14 client?
15   A.    Not necessarily.
16   Q.    Okay. What -- what accounts would not be
17 listed there?
18   A.    If he had other accounts that were paid
19 and were not -- were not in this time frame, you know.
20         MR. VOLHEIM: All right. Just
21         one moment, please.
22         MR. GENTRY: Nancy, do you need
23         a break? We have been going for about an
24         hour now.

ROBIE GASTON vs FINANCE SYSTEM OF TOLEDO
Nancy Quiroga October 22, 2019

Job 31004
Pages 38..41

Page 38

1          THE WITNESS:  No, I'm okay.
2      Thank you.
3          MR. GENTRY:  Okay.  Speak up if
4      you do.  Just speak up.
5          THE WITNESS:  Okay.
6  BY MR. VOLHEIM:
7      Q.   In reviewing Exhibit L -- strike that.
8          Now, in reviewing Exhibit L, are there
9  any accounts that Finance System of Toledo had placed
10  with it regarding my client that are not listed on
11  Exhibit -- excuse me, the ledger that we have been
12  speaking about?
13          MR. GENTRY:  Objection.  I'm
14      not sure I understand that.
15          Go ahead if you understand that,
16      Nancy.
17          THE WITNESS:  No, I was going to
18      ask if you could rephrase it or repeat
19      it.
20  BY MR. VOLHEIM:
21      Q.   Okay.  So you're going to have to look at
22  both Exhibit M and Exhibit L together.  Directing your
23  attention to Exhibit M, there are five accounts listed
24  on the ledger we have been speaking about.

Page 39

1      Do you agree with me on that?
2      A.   Correct.
3      Q.   Okay.  Other than those five accounts,
4  are there any other accounts placed with
5  Finance System of Toledo regarding my client that was
6  listed in Exhibit L?
7      A.   I don't know.
8          MR. GENTRY:  I believe your
9      question was in the affirmative, that
10      "are" listed, is that what you said, or
11      "are not"?  I wasn't sure if that was a
12      contraction.
13  BY MR. VOLHEIM:
14      Q.   Does Exhibit L contain any accounts that
15  are not listed on Exhibit M?
16      A.   I don't know.
17      Q.   Okay.  Well, can you -- would reviewing
18  Exhibit L tell you the answer to that question?
19      A.   Not necessarily.
20      Q.   Okay.  Why is that?
21      A.   Because the accounts -- there are a
22  different set of account numbers that -- what I have
23  in Exhibit L is just a header number, and -- and
24  notes, and I don't have the actual trailer numbers

Page 40

1  that fall under the header number for each of those
2  accounts on the list in M.
3      Q.   Is there a document that would say the
4  trailer numbers?
5      A.   No, not to my knowledge.
6      Q.   So how would Finance System of Toledo
7  know which accounts are tied in with the header
8  account?
9          MR. GENTRY:  You mean the
10      particular header account you're talking
11      about, right, the record?
12          MR. VOLHEIM:  Yes.
13          THE WITNESS:  So it would be
14      the -- the account numbers that would be
15      associated with the -- the client's
16      account number.  I would have to look it
17      up.
18  BY MR. VOLHEIM:
19      Q.   Would EPNO, Inc., of Toledo have a
20  different client account number than Allstar Disposal?
21      A.   Yes.
22      Q.   Would those numbers -- would EPNO and
23  Allstar's client account numbers be different than
24  that of Toledo Clinic, Inc.?

Page 41

1      A.   Yes.
2      Q.   Would there be header account notes for
3  each of those clients regarding my client?
4      A.   That's -- yes.  That's what Exhibit L is.
5      Q.   Did my client request to be sent the
6  correspondence dated January 15th, 2018?
7      A.   I will have to read through these notes.
8          (Pause.)
9          THE WITNESS:  I do not see that,
10      no.
11  BY MR. VOLHEIM:
12      Q.   Okay.  So if an account is paid in
13  full -- I'll direct your attention to January 15th,
14  2018, correspondence, Exhibit M.  Would you agree with
15  me that there are three different accounts listed on
16  this correspondence -- correspondence, which are paid
17  in full?
18          MR. GENTRY:  Object to the
19      form.  It appears there were two
20      questions in one.
21  BY MR. VOLHEIM:
22      Q.   On the Exhibit M correspondence are there
23  three different accounts which have been paid in full
24  listed?

ROBIE GASTON vs FINANCE SYSTEM OF TOLEDO
Nancy Quiroga October 22, 2019

Job 31004
Pages 42..45

Page 42

1    A.  Yes.
2    Q.  And those three accounts are from three
3  different creditors; is that correct?
4    A.  EPNO, Allstar, and Toledo Clinic, yes.
5    Q.  If those three accounts were paid in
6  full, then why were they listed on the January 15th,
7  2018, correspondence?
8    A.  Because it's giving him an accurate
9  description of the account history.
10    Q.  Is it your testimony that any
11  correspondence which Finance System of Toledo sends,
12  it will give an update of any accounts that are placed
13  with it?
14        MR. GENTRY:  Objection.  Asked
15        and answered.
16  BY MR. VOLHEIM:
17    Q.  You can answer.
18        MR. GENTRY:  Go ahead, Nancy.
19        THE WITNESS:  You're saying
20        "any," so it's very broad and ...
21        MR. GENTRY:  She already
22        testified to this.  I'm not --
23        MR. VOLHEIM:  Boyd, with all
24        respect, I'm not interested in your

Page 43

1        testimony.  Thank you.
2  BY MR. VOLHEIM:
3    Q.  Who sent the letter dated January 15th,
4  2018?
5    A.  Who sent it?
6    Q.  Correct.
7    A.  It was generated and sent by Finance
8  System and our mail service.
9    Q.  And who is Finance System of Toledo's
10  mail service that sent this letter?
11    A.  Renkim.
12    Q.  How long has Renkim been the letter
13  sender for Finance System of Toledo?
14    A.  I'm going to say over five years.  I
15  can't give you a definite.
16    Q.  Sure.  And in that five-year period,
17  approximately, has Renkim been the exclusive
18  letter-sender of Finance System of Toledo?
19    A.  Yes.
20    Q.  Does Renkim send its letters at the
21  direction and benefit of Finance System of Toledo?
22    A.  Yes.
23    Q.  Does Renkim send -- strike that.
24        So it is your testimony that

Page 44

1  Finance System of Toledo created -- or, excuse me,
2  decided what went into the letter dated January 15th,
3  2018?
4    A.  Yes.
5    Q.  Who at Finance System of Toledo decided
6  that?
7    A.  It's a management decision.
8    Q.  Okay.  Who -- do you know what
9  individuals in management would have made that
10  decision?
11    A.  It would have been myself, Amy Pfeiffer,
12  and Randy Parker.
13    Q.  Okay.  And what is Mr. Parker's title?
14    A.  He's the owner.
15    Q.  Okay.  And I do not want to know the
16  contents of any communications you would have had with
17  an attorney, but did an attorney assist in preparing
18  the template used for the January 15th, 2018,
19  correspondence?
20    A.  Rephrase that a little bit for me.
21    Q.  Sure.  I want to be very clear.  I do not
22  want to know about the substance of any conversations
23  that you or Finance System of Toledo had with any
24  attorney.

Page 45

1    A.  Uh-huh.
2    Q.  However, my question is did an attorney
3  at any point review the template used for the January
4  15th, 2018, correspondence?
5    A.  Yes.
6    Q.  Did the attorney review that prior to the
7  January 15th, 2018, correspondence being sent?
8    A.  No.
9    Q.  Mr. Parker, to your knowledge, is he an
10  attorney?
11    A.  No.
12    Q.  To your knowledge, does Mr. Parker own
13  any -- excuse me.  Strike that.
14        To your knowledge, does Mr. Parker have
15  any certification or special training with regards to
16  the FDCPA?
17    A.  Not to my knowledge.
18    Q.  Okay.  To your knowledge, does -- and,
19  again, I apologize if I mispronounce this.  Does
20  Ms. Pfeiffer, is she an attorney?
21    A.  No.
22    Q.  To your knowledge, does Ms. Pfeiffer have
23  any advanced training or certification when it comes
24  to the Fair Debt Collection Practices Act?

ROBIE GASTON vs FINANCE SYSTEM OF TOLEDO
Nancy Quiroga October 22, 2019

Job 31004
Pages 46..49

Page 46

1    A.   Not to my knowledge.
2    Q.   Would anyone other than yourself,
3  Ms. Pfeiffer, or Mr. Parker have reviewed the template
4  used to send -- the template used for the January
5  15th, 2018, correspondence prior to it being sent?
6    A.   Let me see if I understand your question.
7    Q.   Of course.
8    A.   When we create letters, are you asking if
9  someone other than the three of us review them before
10  they go to print?
11    Q.   Yeah. We can start more generally, yes.
12  That would be my question.
13    A.   Okay. Yes, someone does.
14    Q.   Okay. Who else would review the
15  templates before they go to print?
16    A.   James Nowak.
17    Q.   Okay. Regarding specifically the
18  template used for the January 15th, 2018, letter, did
19  anyone other than yourself, Mr. Parker, or
20  Ms. Pfeiffer review the template prior to it being
21  sent?
22    A.   I don't know.
23    Q.   Do you know whether or not Mr. Nowak
24  reviewed the template for the January 15th, 2018,

Page 47

1  letter prior to it being sent?
2    A.   I wouldn't know.
3    Q.   Okay. I'm going to ask you to pull out
4  what's been pre-marked as Exhibit G, as in "girl."
5    A.   G.
6    Q.   G as in "girl."
7         (Deposition Exhibit G was
8         presented to the witness.)
9         THE WITNESS: Okay.
10         MR. VOLHEIM: For the record,
11         Exhibit G is Defendant Finance System of
12         Toledo Produced Accounts Notes for Client
13         Allstar Disposal and Recycling.
14  BY MR. VOLHEIM:
15    Q.   Have you seen Exhibit G before today?
16    A.   Yes.
17    Q.   Okay. What is Exhibit G?
18    A.   It is the printout of the Allstar
19  Disposal account.
20    Q.   Okay. When was that account placed with
21  Finance System of Toledo?
22    A.   5-18 of '15.
23    Q.   And when was that account satisfied?
24    A.   That was 7-27 of '17.

Page 48

1    Q.   Okay. And what was the balance on the
2  date that this account was assigned?
3    A.   157 dollars.
4    Q.   Okay. How much interest was placed --
5  strike that.
6         How much interest was on this account
7  when it was placed with Finance System of Toledo?
8    A.   Zero.
9    Q.   Is it fair to say -- for time
10  constraints, is it fair to say that zero dollars in
11  interest, attorney fees, court fees, miscellaneous
12  fees, contingency fees, all of that would be zero at
13  the time of placement with Finance System of Toledo?
14    A.   Correct.
15    Q.   Okay. What date was this account -- and
16  I think you -- I apologize. I know you stated it, but
17  just for clarity, this account was satisfied on July
18  27th, 2017?
19    A.   Yes.
20    Q.   Okay. When this account was satisfied on
21  July 27th, 2017, had any interest, attorney's fees,
22  court costs, contingency fees, miscellaneous fees, had
23  anything been added to the balance at the time the
24  debt was satisfied?

Page 49

1    A.   No.
2    Q.   Okay. So in the approximately two years
3  and two months that this account -- from the time this
4  account was placed with Finance System of Toledo to
5  the time it was satisfied, nothing had been added to
6  the balance?
7    A.   Correct.
8    Q.   Okay. When this account was placed by
9  Allstar Disposal, did it direct Finance System of
10  Toledo as to whether or not it should collect
11  interest?
12    A.   I don't know.
13    Q.   Is there a written agreement between
14  Allstar Disposal and Recycling and Finance System of
15  Toledo that would cover collection of this debt?
16    A.   No.
17    Q.   Was there any direction or communication,
18  whether verbal or not -- excuse me, whether written,
19  verbal, or otherwise, as to how Finance System of
20  Toledo should collect this Allstar Disposal and
21  Recycling account?
22    A.   No.
23    Q.   At the time that Finance System of Toledo
24  sent the January 15th, 2018, correspondence, had it

ROBIE GASTON vs FINANCE SYSTEM OF TOLEDO
Nancy Quiroga October 22, 2019

Job 31004
Pages 50..53

Page 50

1 added any interest or other fees regarding the Allstar
2 Disposal account?
3     A.  No.
4     Q.   At the time it sent the January 15, 2018,
5 correspondence, did it have the legal ability to add
6 any interest or other fees?
7     A.  I don't know.
8         MR. GENTRY: Objection as to
9      legal ability.
10 BY MR. VOLHEIM:
11    Q.   At the time Finance System of Toledo sent
12 the January 15, 2018, correspondence, did it have any
13 intention of adding any interest or other charges of
14 any kind to the Allstar Disposal account?
15        MR. GENTRY: Objection as to
16      the "it." I think "it" as the subject is
17      vague.
18 BY MR. VOLHEIM:
19    Q.   Did you understand my question, ma'am?
20    A.  Can you say it over?
21    Q.   Sure. Of course. At the time
22 Finance System of Toledo sent the January 15th, 2018,
23 correspondence, did Finance System of Toledo have any
24 intention of adding -- excuse me, of collecting

Page 51

1 interest or other fees regarding the Allstar Disposal
2 account against my client?
3     A.  I'm not sure.
4     Q.   Okay. The account was paid in full --
5 excuse me, strike that.
6         The account was satisfied in full,
7 correct?
8     A.  Yes.
9     Q.   So you're not sure if Finance System of
10 Toledo was going to collect any amount on this account
11 going forward?
12        MR. GENTRY: Objection. That
13      wasn't the question.
14        But you can answer that
15      question.
16        THE WITNESS: Zero is zero,
17      so ...
18 BY MR. VOLHEIM:
19    Q.   So can I take from your answer that
20 Finance System of Toledo has no intention of
21 collecting anything further on the Allstar Disposal
22 account?
23        MR. GENTRY: Objection as to
24      form when you use the word "further."

Page 52

1         Go ahead.
2         THE WITNESS: The client settled
3      that account in full so ...
4 BY MR. VOLHEIM:
5     Q.   Okay. So does Finance System of Toledo
6 collect debts that are resolved in full?
7     A.  No.
8     Q.   Okay. And so the Allstar Disposal debt
9 was resolved in full, correct?
10    A.  Correct.
11    Q.   Okay. And it was resolved in full by the
12 time the January 15th, 2018, correspondence was sent?
13    A.  Correct.
14    Q.   Okay. So my question, again, at the time
15 that correspondence was sent, did Finance System of
16 Toledo have any intent of collecting any further
17 amount, whether for balance, interest, attorney fees,
18 or other from my client?
19    A.  No.
20        MR. GENTRY: Objection. Asked
21      and answered.
22 BY MR. VOLHEIM:
23    Q.   For the record, can you repeat your
24 answer, please?

Page 53

1     A.  It -- no.
2     Q.   I'm going to ask you to turn to what's
3 been pre-marked Exhibit I.
4         (Deposition Exhibit I was
5      presented to the witness.)
6         THE WITNESS: Okay. Can we take
7      a few-minute break here?
8         MR. VOLHEIM: Of course, how
9      long would you like?
10        THE WITNESS: 10 minutes, 5, 10
11      minutes.
12        MR. VOLHEIM: That sounds great.
13      We'll pick back up at 12:35. How about
14      that?
15        THE WITNESS: Agree. Thank you.
16        (A brief recess was had.)
17 BY MR. VOLHEIM:
18    Q.   We just took a break. During that
19 break -- I don't want to know the substance of any
20 conversation you had, but did you speak to anybody
21 about your testimony here today?
22    A.  No.
23    Q.   Okay. And you understand that we are
24 back under oath; is that correct?

ROBIE GASTON vs FINANCE SYSTEM OF TOLEDO
Nancy Quiroga October 22, 2019

Job 31004
Pages 54..57

Page 54

1      A.   Yes.
2      Q.   Okay.  So where we left off, I think I
3  was asking you to take a look at what's been
4  pre-marked Exhibit I as in "igloo."
5           Could you go ahead and pull that document
6  out.
7      A.   Yes, I have it here.
8      Q.   Great.  And have you seen this document
9  before today?
10     A.   Yes.
11          MR. VOLHEIM:  For the record,
12          Exhibit I is Defendant Finance System of
13          Toledo Produced Accounts Notes for Toledo
14          Clinic, Inc., Reference No. 27962730001.
15  BY MR. VOLHEIM:
16     Q.   Is this an account that was placed by
17  Toledo Clinic with Finance System to collect with
18  regards to my client?
19     A.   Yes.
20     Q.   And what was the date of placement?
21     A.   May 6th of '16.
22     Q.   Okay.  And what was the balance when this
23  was first placed with Finance System of Toledo?
24     A.   $768.93.

Page 55

1      Q.   Okay.  And is there -- as we currently
2  sit today, is still there a balance on this account?
3      A.   Yes.
4      Q.   Okay.  And what is that balance?
5      A.   $734.16.
6      Q.   Okay.  So the balance is slightly less
7  than when it was assigned to Finance System; is that
8  correct?
9      A.   Correct.
10     Q.   Okay.  And is that the result of a
11  payment being made?
12     A.   Yes.
13     Q.   Okay.  When was the payment made?
14     A.   10-24-17.
15     Q.   Okay.  And do you know who paid that
16  payment?
17     A.   I can tell you it was made to Finance
18  System, but, no, I do not know who made it.
19     Q.   Okay.  So you're not aware whether or
20  not, excuse me, my client was the one who made that
21  payment?
22     A.   No, I don't really know.
23     Q.   Okay.  Would the party who made the
24  payment be listed in these account notes?

Page 56

1      A.   Possibly, but I don't -- let me look.
2      Q.   I guess I'll direct your attention
3  through these account notes, and I believe it's on the
4  same page.  There is a couple of entries from
5  10-24-2017, about the middle of the last page.
6           Do you see those entries?
7      A.   Let me flip there.  10-24 of '17, yes.
8      Q.   Okay.  Does anything in those two entries
9  tell you who made the payment?
10     A.   No.
11     Q.   Okay.  So I know we established this on
12  the other accounts, but just for clarity, at the date
13  that this account was placed with Finance System of
14  Toledo, there was no interest, attorney fees, court
15  costs, judgment interests, miscellaneous fees, or
16  contingency fees at placement; is that correct?
17     A.   That is correct.
18     Q.   Okay.  And as the balance currently sits,
19  to your knowledge, have any of those fees that I just
20  listed been added to the balance?
21     A.   Not to my knowledge.
22     Q.   Okay.  Directing your attention back to
23  Exhibit M, with respect to this account, which would
24  be the third from the -- which would be the middle

Page 57

1  account, at the time the January 15th, 2018, letter
2  was sent, what was the principal balance?
3      A.   734.16.
4      Q.   Okay.  And how much interest was added at
5  the time the letter was sent?
6      A.   Zero.
7      Q.   And how much under the category of Other
8  was Finance System of Toledo seeking to collect?
9      A.   As a snapshot of this letter?
10     Q.   Correct.
11     A.   734.16 on that account.
12     Q.   Okay.  From January 15th, 2018, to the
13  current, has any additional amount been added to the
14  value of $734.16?
15     A.   No.
16     Q.   At the time the January 15th, 2018,
17  correspondence was sent, did Finance System of Toledo
18  intend to add any interest with regards to this
19  account?
20     A.   This is a snapshot at that time, so no.
21     Q.   Did Finance System of Toledo, at the time
22  this letter was sent, intend to add any other charges
23  when this correspondence was sent?
24     A.   Again, it's a snapshot at this time of

ROBIE GASTON vs FINANCE SYSTEM OF TOLEDO
Nancy Quiroga October 22, 2019

Job 31004
Pages 58..61

Page 58

1 zero.
2    Q.   So is the answer no?
3    A.   No.
4    Q.   I'm sorry. Just for clarity, you're
5 agreeing with me that the answer is no?
6    A.   Yes.
7    Q.   Okay. I think we got that clear.
8         So with respect -- with respect to this
9 letter, would you agree with me that the term
10 "principal" is pretty clear as to what the meaning of
11 the word "principal" is?
12              MR. GENTRY: Objection.
13              Go ahead.
14              THE WITNESS: Yeah, to me.
15 BY MR. VOLHEIM:
16    Q.   Okay. What does it mean to you?
17    A.   It means that's the balance due.
18    Q.   Okay. Next column over, Interest, what
19 does that mean to you?
20    A.   Interest. It means additional monies.
21    Q.   Okay. Next column over, what does the
22 term "Other" mean to you?
23    A.   It could be anything else.
24    Q.   It could be anything else?

Page 59

1    A.   Yes.
2    Q.   Okay. Is there anything in this
3 correspondence from January 15th, 2018, which defines
4 what the word "Other" entails?
5    A.   No, it doesn't.
6    Q.   I'm sorry. Go ahead. I did not mean to
7 cut you off.
8    A.   No, no. That's fine. Go ahead.
9    Q.   Okay. I believe your answer was no,
10 correct?
11    A.   Correct.
12    Q.   Okay. How would a consumer receiving
13 this letter dated January 15th, 2018, know what was
14 comprised in the word "Other"?
15    A.   It's zero.
16              MR. GENTRY: Objection.
17              Go ahead, Nancy. Go ahead.
18              THE WITNESS: It's zero. Just
19       "zero" means zero.
20 BY MR. VOLHEIM:
21    Q.   Okay. Is there anything in this
22 correspondence which states what could be added under
23 the category of Other?
24    A.   No.

Page 60

1    Q.   At the time this correspondence was
2 sent -- strike that.
3         With regards to this account ending in
4 001 -- and actually, strike that.
5         With regards to the account, client
6 reference number 27962730001, was there -- is there or
7 was there an agreement between Finance System of
8 Toledo and Toledo Clinic, Inc., regarding the
9 collection of this account?
10              MR. GENTRY: You mean written
11       agreement or just any agreement?
12              MR. VOLHEIM: Thank you. Let's
13       start with written.
14 BY MR. VOLHEIM:
15    Q.   Was there any written agreement which
16 would cover the collection of this account?
17    A.   No.
18    Q.   Is there any written agreement or
19 correspondence in which Finance System of Toledo
20 directed -- strike that. I'm confusing my parties.
21         Is there any correspondence, whether
22 written or otherwise, in which Finance System of
23 Toledo was instructed by Toledo Clinic, Inc., on how
24 to collect on this debt?

Page 61

1    A.   No.
2    Q.   Did Toledo Clinic, Inc., instruct
3 Finance System of Toledo to collect any interest on
4 this account?
5    A.   Not to my knowledge.
6    Q.   To your knowledge, did Toledo Clinic,
7 Inc., instruct Finance System of Toledo to collect any
8 attorney fees, court costs, judgment interest,
9 miscellaneous fees, or other fees with regards to this
10 account?
11    A.   Not to my knowledge.
12    Q.   Is there anyone other than you that would
13 have knowledge of whether or not Finance System of
14 Toledo was instructed to collect those amounts?
15    A.   No.
16    Q.   Were you instructed to collect those
17 amounts by Toledo Clinic, Inc.?
18    A.   The 734.16?
19    Q.   I'm sorry. Yes, other than the 734.16,
20 were you instructed by Toledo Clinic, Inc., to collect
21 any other amount?
22    A.   No.
23    Q.   Okay. And I'll try to make this quick.
24 If you could pull out what's been pre-marked as

Page 62

1  Exhibit H.
2          (Deposition Exhibit H was
3          presented to the witness.)
4          THE WITNESS: Okay.
5          MR. VOLHEIM: For the record,
6          Exhibit H is entitled Defendant Finance
7          System of Toledo Produced Account Notes
8          for Toledo Clinic, Inc., Reference
9          No.28093807001.
10 BY MR. VOLHEIM:
11     Q.   Have you ever seen this document before
12 today?
13     A.   Yes.
14     Q.   Does this document reflect an account
15 that was placed by Toledo Clinic with Finance System
16 of Toledo to collect with regards to my client?
17     A.   Yes.
18     Q.   What was the date of placement?
19     A.   6-18 of '16.
20     Q.   At the time this account was placed, what
21 was the balance?
22     A.   $69.13.
23     Q.   Was this account satisfied?
24     A.   Yes.

Page 63

1      Q.   Okay. Do you know who this account was
2  satisfied by?
3      A.   No, I do not.
4      Q.   It looks like -- am I reading it
5  correctly that the account was satisfied on July 27th,
6  2017?
7      A.   I believe it was 8-2 of -- well, yes.
8  7-27 of '17, correct.
9      Q.   Okay. Directing your attention to the
10 top of that page, or towards the top of that page, is
11 there anything in these account notes that would state
12 who made the payment on July 27th, 2017?
13     A.   No.
14     Q.   Okay. At the time this account was
15 satisfied on July 27th, 2017, what was the balance?
16     A.   $69.13.
17     Q.   Okay. And that was the same balance that
18 was put with Finance System of Toledo at placement on
19 June 18th, 2017; is that correct?
20     A.   Say that again. I'm sorry.
21     Q.   Sure. The balance that was satisfied on
22 July 27th, 2017, of $69.13, is that the same balance
23 amount that was placed with Finance System of Toledo
24 on June 18th, 2016?

Page 64

1      A.   Yes.
2      Q.   Okay. And as we've done on the other
3  ones, I just want to go through.
4          At the time this account was placed,
5  Finance System of Toledo was not seeking collection on
6  any interest, attorney fees, court costs,
7  miscellaneous fees, or other fees; is that correct?
8      A.   Correct.
9      Q.   And at the time -- directing your
10 attention back to the Exhibit M, at the time the
11 January 15th, 2018, correspondence was sent, did
12 Finance System of Toledo have any intent to collect
13 any money from my client with regards to this account?
14     A.   It's a zero balance. No.
15     Q.   So is -- asking you yes or no, at the
16 time the correspondence was sent regarding this
17 account, did Finance System of Toledo have any
18 intention of collecting any money?
19     A.   No. On that particular account.
20     Q.   Okay. Directing your attention to page 1
21 of the January 15th, 2018, correspondence, would you
22 look at the bottom of that correspondence?
23          Right above the -- there is a sentence
24 which says, "This is an attempt to collect a debt.

Page 65

1  Any information obtained will be used for that
2  purpose."
3          Do you agree with my reading of that
4  statement?
5      A.   Yes.
6      Q.   When Finance System of Toledo sent this
7  statement dated January 15th, 2018, was it attempting
8  to collect a debt from my client?
9      A.   Yes.
10     Q.   Finally, directing your attention to --
11 I'm going to ask you to take a look at what's been
12 pre-marked as Exhibit J, as in "John."
13          (Deposition Exhibit J was
14          presented to the witness.)
15          THE WITNESS: Okay.
16          MR. VOLHEIM: For the record,
17          Exhibit J is Defendant Finance System of
18          Toledo Produced Account Notes for Toledo
19          Clinic, Inc., reference No. 200095786160
20          1954.
21 BY MR. VOLHEIM:
22     Q.   Have you seen this document before today?
23     A.   Yes.
24     Q.   Directing your attention to the top of

Page 66

1  this document, this document -- excuse me.
2       Are these the account notes for a debt
3  placed with Finance System of Toledo by the Toledo
4  Clinic?
5       A.   Yes.
6       Q.   And the date of the placement was what,
7  please?
8       A.   May 10th of 2017.
9       Q.   Okay. Directing your attention to the
10  top right-hand corner of that, it says page 9. Are
11  there other pages associated with this account note?
12       A.   I don't know.
13            (Pause.)
14  BY MR. VOLHEIM:
15       Q.   I just want to make sure you know I'm
16  waiting for you. You can take as much time as you
17  need. I'm just waiting for you.
18       A.   Oh.
19       Q.   I was worried we were waiting for each
20  other.
21            So is it your testimony that you don't
22  know if there are prior pages?
23       A.   Correct.
24       Q.   Okay.

Page 67

1            MR. VOLHEIM: Counsel, we're
2  going to want some clarity as to all of
3  the account notes. I think they all
4  start, or at least most of them start on
5  a page number that is not 1. I'm going
6  to need some clarity regarding this.
7            MR. NOWAK: This is
8  Attorney Nowak. It appears that all the
9  Toledo Clinic accounts, and I'm
10  speculating here, the first page, going
11  through all the notes, starts at 1, and
12  then it seems to move forward. The
13  Allstar seems to be its own set of page
14  numbers. And that's just me paging
15  through the exhibits.
16            MR. VOLHEIM: That doesn't --
17  and I know you're just speculating,
18  James, so I appreciate it.
19            But that doesn't seem to gibe
20  when you look at Exhibit H and Exhibit I
21  in conjunction.
22            MR. NOWAK: Well, it appears
23  that if we look at Exhibit F, it goes
24  from pages 1 through 6, and then Exhibit

Page 68

1       I.
2            MR. VOLHEIM: Jim, why don't we
3            go off the record to make the court
4            reporter's job easier.
5            MR. NOWAK: Okay.
6            (Discussion had off the record.)
7  BY MR. VOLHEIM:
8       Q.   When we went off the record, we were
9  looking at Exhibit J. What was the balance of the --
10  I'm sorry, the date of placement for this account?
11  Was it May 10th, 2017?
12       A.   Correct.
13       Q.   Okay. What was the balance at that time?
14       A.   $41.14.
15       Q.   Okay. And as we've done, just for the
16  last time, at the time the account was placed with
17  Finance System of Toledo there was no interest,
18  attorney fees, court costs, miscellaneous, or other
19  fees being sought.
20       A.   Correct.
21       Q.   Now, does this account remain
22  outstanding, to your knowledge?
23       A.   Yes.
24       Q.   Okay. Directing your attention to the

Page 69

1  bottom of that main page, it looks like there was a
2  payment made on July 27th, 2017, that was reversed; is
3  that correct?
4       A.   Correct.
5       Q.   Do you have any knowledge as to either
6  why these account notes reflected a payment or why
7  that payment was reversed?
8       A.   No, I do not.
9       Q.   Okay. But it looks like from these
10  account notes the payment was made and reversed in the
11  same day.
12       A.   Correct.
13       Q.   Okay. Directing your attention back to
14  Exhibit M, as in Mary, the correspondence from January
15  15th, 2018, looking at the bottom of the page, the
16  account that we were just looking at in Exhibit J, is
17  that the account that's reflected at the bottom -- at
18  the bottom of the page there?
19       A.   Correct.
20       Q.   Okay. And at the time that this
21  correspondence was sent, no payment had been made on
22  this account; is that correct?
23       A.   Correct.
24       Q.   Okay. At the time that this

Page 70

1  correspondence was sent, did Finance System of Toledo
2  have any intent to add interest to this account?
3      A.   Not at this time. It's again ...
4      Q.   Okay. At the time that this
5  correspondence was sent, did Finance System of Toledo
6  have any intent to add any other fees?
7      A.   No.
8      Q.   And I belief with regards to interest,
9  you stated that not at this time did Finance System of
10  Toledo have any intention of adding any interest; is
11  that correct?
12      A.   This is a snapshot of the account at that
13  time.
14      Q.   Since this time, has Finance System of
15  Toledo added any interest, attorney fees, court costs,
16  miscellaneous fees, have they added anything to the
17  balance of this account?
18      A.   No.
19      Q.   And for clarity, is there any written
20  correspondence or document which governs how the
21  Toledo Clinic, Inc., wanted Finance System of Toledo
22  to collect this account?
23      A.   No.
24      Q.   Did the Toledo Clinic instruct at any

Page 71

1  point Finance System of Toledo to collect interest on
2  this account?
3      A.   I don't know.
4      Q.   Would anyone else know --
5      A.   No.
6      Q.   Other than yourself -- I'm sorry, I
7  didn't mean to cut you off.
8      A.   No. That's okay. No.
9      Q.   Okay. To your knowledge, were you ever
10  directed by the Toledo Clinic, Inc., to collect
11  interest with regards to this account?
12      A.   Not to my knowledge, no.
13      Q.   Okay. Were you instructed by the Toledo
14  Clinic, Inc., to collect anything other than the
15  balance of 41.14 on this account?
16      A.   At the time of placement and -- 41.14.
17      Q.   And through -- from the time of placement
18  through when we currently sit here today, have you
19  been instructed by Finance System -- excuse me.
20  Strike that. Sorry.
21          From the time of placement to right now,
22  as you sit here today, have you been instructed by the
23  Toledo Clinic to collect any amounts other than 41.14
24  with regards to this account?

Page 72

1      A.   No.
2          MR. VOLHEIM: Okay. If we can
3      go on break for about five minutes, that
4      may be all I have, but let me review my
5      notes, and we'll come back.
6          Actually, if you guys just want
7      to wait around, it probably will only
8      take me a couple minutes.
9          THE WITNESS: Okay.
10          (Pause.)
11          MR. VOLHEIM: There is one more
12      exhibit that I want to go through. I'm
13      going to ask -- and you don't need to go
14      through this line by line.
15          I'm going to ask the court
16      reporter to hand you what's been
17      pre-marked Exhibit C, as in "cat."
18          (Deposition Exhibit C was
19      presented to the witness.)
20          MR. VOLHEIM: Okay. For the
21      record, Exhibit C is Finance System of
22      Toledo Responses to Plaintiff's First Set
23      of Discovery Requests.
24  BY MR. VOLHEIM:

Page 73

1      Q.   Have you seen this document before today?
2      A.   Yes.
3      Q.   Did you participate in the answers that
4  are contained in this document?
5      A.   Yes.
6      Q.   Please direct your attention to No. 5 on
7  page 2.
8      A.   Uh-huh.
9      Q.   Let me know when you're there.
10      A.   Oh, I'm there.
11      Q.   I'm sorry. This is a request to admit.
12  In it Finance System of Toledo was asked to admit that
13  the collection letters you sent to plaintiff are form
14  letters.
15          Finance System of Toledo's answer was,
16  "Admitted."
17          As you sit here today, is there anything
18  that you would change about that answer?
19      A.   No.
20      Q.   Okay. Directing your attention to --
21  there are some numbers at the bottom of the document.
22  I'm going to ask you to flip to page 6.
23      A.   Okay.
24      Q.   I'm specifically going to direct your

ROBIE GASTON vs FINANCE SYSTEM OF TOLEDO
Nancy Quiroga October 22, 2019

Job 31004
Pages 74..77

Page 74

1  attention to No. 9.
2       In the response to No. 9, in part,
3  Finance System of Toledo stated, "Defendant does not
4  have copies of the actual written correspondence it
5  sent to Plaintiff."
6       To the best of your knowledge, is that
7  answer still correct?
8     A.  Yes.
9     Q.   So Finance System of Toledo does not
10  retain a copy of the specific correspondence that it
11  sends to an individual consumer; is that correct?
12     A.  Correct.
13     Q.   Does Finance System of Toledo have in its
14  possession a copy of the January 15th, 2018,
15  correspondence?
16     A.  Yes, now.
17     Q.   Okay.  Is that the copy that was provided
18  by my client?
19     A.  Correct, yes.
20     Q.   Okay.  Other than what was provided by my
21  client, does Finance System of Toledo have a copy of
22  the correspondence dated January 15th, 2018?
23     A.  No.
24     Q.   Okay.  To your knowledge, does Renkim

Page 75

1  Corporation -- and Ms. Court Reporter, that's spelled
2  R-e-n-k-i-m.
3       To your knowledge, does Renkim have a
4  copy of the correspondence dated January 15th, 2018?
5     A.  I would have no idea.
6     Q.   Did Finance System of Toledo ask Renkim
7  if they had a copy of this correspondence?
8     A.  No.
9     Q.   If Renkim had a copy of this
10  correspondence, would Finance System of Toledo be
11  entitled to that?
12     A.  I would assume so.
13     Q.   Do you have any reason to doubt that the
14  January 15, 2018, correspondence in front of you,
15  pages 1 and 2, are not a true -- excuse me.  Strike
16  that.
17       With regards to Exhibit M and the
18  correspondence from January 15th, 2018, do you believe
19  this is a true and accurate and complete copy of that
20  correspondence?
21     A.  It appears so, yes.
22     Q.   Do you have any reason to believe that
23  this correspondence has been altered in any way?
24     A.  No.

Page 76

1       MR. VOLHEIM:  Okay.  That is all
2  the questions I have subject to whatever
3  your counsel may ask you.  I sincerely
4  appreciate your time here this morning
5  and afternoon.
6       MR. GENTRY:  Nathan, this is
7  Boyd.  If you will give Jim and I a
8  couple minutes, I would like to consult
9  with him to see if we will ask any
10  questions on the record.
11       MR. VOLHEIM:  Okay.
12       MR. GENTRY:  All right.  Thanks.
13       (Discussion had off the record.)
14       MR. NOWAK:  I think the speaker
15  is open.  I think we're back on the
16  record.
17       MR. VOLHEIM:  This is Nate.  I'm
18  here.
19       MR. NOWAK:  Boyd, are you there?
20       MR. GENTRY:  Boyd Gentry.
21       MR. NOWAK:  Okay.
22       MR. GENTRY:  Nathan, we're back.
23  I'm back.  Are you there, Nathan?
24       MR. VOLHEIM:  I'm here.

Page 77

1       MR. GENTRY:  Okay.  We have no
2  further questions.  We will not be
3  questioning the witness.
4       I would like to go on the record
5  and have the court reporter state the
6  exhibits you have and that you'll keep
7  custody of.
8       (Discussion had off the record.)
9       MR. GENTRY:  This is
10  Boyd Gentry, counsel for defendant.  The
11  exhibits that were used in the deposition
12  included A, B, C, F, G, H, I, J, L, and
13  M, as in "Mary," and I believe that is
14  all the exhibits.  We would ask that the
15  court reporter hang on to the originals
16  there, and if anyone needs them, we can
17  order them from the court reporter.
18       MR. VOLHEIM:  This is Nathan
19  Volheim for the plaintiff.
20       And Boyd, for the record, you do
21  not have any further questions of the
22  witness?
23       MR. GENTRY:  Correct.  We have
24  no questions.

Page 78

1       We will reserve signature.
2       THE COURT REPORTER:  Mr.
3   Volheim, would you like to order the
4   transcript?
5       MR. VOLHEIM:  Yes.  Regarding
6   the order, it would be electronic only,
7   and we do not need the exhibits.
8       THE COURT REPORTER:  Mr. Gentry
9   or Mr. Nowak, would you like a copy of
10   the transcript?
11      MR. GENTRY:  I believe we will.
12   You can send it to Jim's office.
13      THE COURT REPORTER:  Would you
14   like scanned copies of exhibits?
15      MR. NOWAK:  No.
16      MR. VOLHEIM:  Do we need to do
17   anything else, counsel?
18      MR. GENTRY:  I don't think so.
19   I do not believe we do.
20      (Deposition concluded and
21   witness excused at 1:30 p.m.)
22      (Signature reserved.)
23       - - -
24

Page 79

1               SIGNATURE PAGE
2
    Date of Deposition:  October 22, 2019
3
    Correction page(s) enclosed? Yes____  No____
4
    How many correction pages?_____
5
6       _____
                NANCY QUIROGA      Date
7
8              - - -
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

Page 80

1           C E R T I F I C A T E
2
3       I, Casey G. Schreiner, a Notary Public in and
4   for the State of Ohio, duly commissioned and
5   qualified, do hereby certify that the within-named
6   witness was by me first duly sworn to tell the truth,
7   the whole truth, and nothing but the truth in the
8   cause aforesaid; that the testimony then given was by
9   me reduced to stenotype in the presence of said
10   witness and afterwards transcribed; that the foregoing
11   is a true and correct transcription of the testimony
12   so given as aforesaid.
13       I do further certify that this deposition was
14   taken at the time and place in the foregoing caption
15   specified.
16       I do further certify that I am not a
17   relative, employee of or attorney for any of the
18   parties in this action; that I am not a relative or
19   employee of an attorney of any of the parties in this
20   action; that I am not financially interested in this
21   action, nor am I or the court reporting firm with
22   which I am affiliated under a contract as defined in
23   the applicable civil rule.
24

Page 81

1
2       IN WITNESS WHEREOF, I have hereunto set
3   my hand and affixed my seal of office at Toledo, Ohio
4   on this 11th day of November, 2019.
5
6       *Casey G. Schreiner*
            CASEY G. SCHREINER, RMR-RDR
7                Notary Public
            in and for the State of Ohio
8
9
    My Commission expires December 26, 2021.
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

ROBIE GASTON vs FINANCE SYSTEM OF TOLEDO
Nancy Quiroga October 22, 2019

Job 31004
Index: $41.14..account

### Exhibits

**Exhibit A** 12:5,10,13

**Exhibit B** 13:19,20,21 14:7 17:11

**Exhibit C** 72:17,18,21

**Exhibit F** 24:7,9,11,15,19,22,24 25:4 67:23

**Exhibit G** 47:4,7,11,15,17

**Exhibit H** 62:1,2,6 67:20

**Exhibit I** 53:3,4 54:4,12 67:20,24 68:1

**Exhibit J** 65:12,13,17 68:9 69:16

**Exhibit L** 36:17,18,22,24 37:2,4 38:7, 8,22 39:6,14,18,23 41:4

### $

**$41.14** 68:14

**$66.37** 26:19

**$69.13** 62:22 63:16,22

**$734.16** 55:5 57:14

**$768.93** 54:24

### 0

**001** 60:4

**02652** 5:22

### 1

**1** 12:23 13:4,9,13 64:20 67:5,11,24 75:15

**10** 53:10

**10-24** 28:10 29:21 56:7

**10-24-17** 55:14

**10-24-2017** 56:5

**10th** 66:8 68:11

**12:35** 53:13

**13** 25:5 27:24

**15** 47:22 50:4,12 75:14

**157** 48:3

**15th** 18:2,24 30:17 31:6,12 33:11 36:11 41:6,13 42:6 43:3 44:2,18 45:4, 7 46:5,18,24 49:24 50:22 52:12 57:1, 12,16 59:3,13 64:11,21 65:7 69:15 74:14,22 75:4,18

**16** 54:21 62:19

**17** 28:10 29:21 47:24 56:7 63:8

**18** 5:21

**18th** 63:19,24

**1954** 65:20

**1:30** 78:21

### 2

**2** 12:21 73:7 75:15

**20** 9:17 10:10,11,12 28:5

**200095786160** 65:19

**2013** 25:7

**2016** 63:24

**2017** 29:19 31:4 33:2 48:18,21 63:6, 12,15,19,22 66:8 68:11 69:2

**2018** 18:2,24 30:9,11,18 31:6,12 33:11 36:12 41:6,14 42:7 43:4 44:3,18 45:4,7 46:5,18,24 49:24 50:4,12,22 52:12 57:1,12,16 59:3,13 64:11,21 65:7 69:15 74:14,22 75:4,14,18

**22** 10:9

**23** 12:23 13:5,10,13

**23rd** 25:6

**24th** 29:19 31:4 33:2

**27962730001** 54:14 60:6

**27th** 48:18,21 63:5,12,15,22 69:2

### 3

**3** 12:22 14:15

### 4

**41.14** 71:15,16,23

### 5

**5** 53:10 73:6

**5-18** 47:22

### 6

**6** 67:24 73:22

**6-18** 62:19

**66** 30:13

**66.37** 25:16 26:11,24 27:17

**6th** 54:21

### 7

**7-23** 25:5 27:24

**7-27** 47:24 63:8

**734.16** 57:3,11 61:18,19

### 8

**8-2** 63:7

### 9

**9** 66:10 74:1,2

### A

**ability** 50:5,9

**able** 13:9,13

**about** 10:9 14:2 20:13 21:13,14,22,23 26:18 37:23 38:12,24 40:11 44:22 53:13,21 56:5 72:3 73:18

**above** 64:23

**ACA** 20:6

**account** 19:11 21:12,15,18 24:2,16 25:2,5,11,13,14,15,18,22 26:1,4,7,10, 11 27:9,10,14,16,20 28:1,13,15,18,20 29:11,12,15,16,19 30:3,11,14 31:1,3, 10 32:2 33:1,3,10,11 34:15 35:1,15 36:23 37:6,8,9,12 39:22 40:8,10,14, 16,20,23 41:2,12 42:9 47:19,20,23 48:2,6,15,17,20 49:3,4,8,21 50:2,14 51:2,4,6,10,22 52:3 54:16 55:2,24 56:3,13,23 57:1,11,19 60:3,5,9,16 61:4,10 62:7,14,20,23 63:1,5,11,14 64:4,13,17,19 65:18 66:2,11 67:3 68:10,16,21 69:6,10,16,17,22 70:2,12,

ROBIE GASTON vs FINANCE SYSTEM OF TOLEDO
Nancy Quiroga October 22, 2019

Job 31004
Index: account's..back

17,22 71:2,11,15,24

**account's** 31:24

**accounts** 19:6,7 21:12 28:23 31:15,
18 32:21 33:6,7,14 34:5,16 35:4,8,9,
12,19,23 36:2,7,11,13,23 37:10,12,16,
18 38:9,23 39:3,4,14,21 40:2,7 41:15,
23 42:2,5,12 47:12 54:13 56:12 67:9

**accurate** 29:4 31:7 42:8 75:19

**accurately** 13:9

**achieved** 11:8

**Act** 19:16 45:24

**activity** 25:10

**actual** 39:24 74:4

**actually** 12:22 13:18 30:22 60:4 72:6

**add** 50:5 57:18,22 70:2,6

**added** 26:9,17 27:11,13,17 48:23
49:5 50:1 56:20 57:4,13 59:22 70:15,
16

**adding** 50:13,24 70:10

**additional** 14:14 57:13 58:20

**adjourn** 16:11,12

**administrative** 10:22

**admit** 73:11,12

**Admitted** 73:16

**advanced** 45:23

**affirmative** 14:22,23 15:18 39:9

**afraid** 12:2

**after** 12:7 29:22 33:3

**afternoon** 76:5

**again** 7:10,17 8:23 13:17 23:10 32:17
34:18 45:19 52:14 57:24 63:20 70:3

**against** 17:1 23:14 25:10 51:2

**agree** 19:15 39:1 41:14 53:15 58:9
65:3

**agreed** 8:5

**agreeing** 58:5

**agreement** 22:9,14,16,19,24 23:3,5,
17,18,20 49:13 60:7,11,15,18

**ahead** 8:3,14,19 19:5 21:1 26:13
30:20 38:15 42:18 52:1 54:5 58:13
59:6,8,17

**alleged** 17:14

**Allstar** 33:12,13,17,18,22 34:2 35:19
40:20 42:4 47:13,18 49:9,14,20 50:1,
14 51:1,21 52:8 67:13

**Allstar's** 40:23

**already** 42:21

**also** 6:9

**altered** 75:23

**always** 22:12

**amazing** 7:7

**amended** 12:14 15:16

**amount** 25:16 26:9,17,24 27:1,4,8,10,
13,17 51:10 52:17 57:13 61:21 63:23

**amounts** 61:14,17 71:23

**Amy** 6:14 44:11

**answer** 7:3,18 8:13,14,19,20 10:23
14:8 15:16 26:13 39:18 42:17 51:14,
19 52:24 58:2,5 59:9 73:15,18 74:7

**answered** 42:15 52:21

**answering** 8:4

**answers** 7:9,14 9:3 73:3

**anticipate** 7:21 14:1 15:8 16:5,6

**anticipated** 15:20

**any** 5:16 7:22 8:24 9:7,20 10:5,14,15
11:10,20 13:7 16:12 17:13 19:21 20:7,
8 22:2,4 23:24 26:9,10,17 27:8,10,13,
17 28:2 31:10 33:14,19,23 34:3,14
35:1 36:5,12 38:9 39:4,14 42:10,12,20
44:16,22,23 45:3,13,15,23 48:21
49:17 50:1,6,12,13,14,23 51:10 52:16
53:19 56:19 57:13,18,22 60:11,15,18,
21 61:3,7,21 64:6,12,13,17,18 65:1
69:5 70:2,6,10,15,19,24 71:23 75:13,
22,23 76:9 77:21

**anybody** 53:20

**anyone** 6:16 7:23 46:2,19 61:12 71:4
77:16

**anything** 13:11 20:19 29:14 48:23
51:21 56:8 58:23,24 59:2,21 63:11
70:16 71:14 73:17 78:17

**apologize** 5:15 20:14 45:19 48:16

**appearing** 6:5,6,20

**appears** 18:24 25:1 41:19 67:8,22

75:21

**apple** 12:6

**appreciate** 16:4 67:18 76:4

**approximately** 10:12 12:18 43:17
49:2

**are** 7:11 8:3,24 9:3,6 10:18,23 11:15,
21 13:8 14:13 15:5,15 17:6,19,23
20:3,4 22:1,4,24 29:7 32:17,21 33:6,7
34:5 38:8,10,23 39:4,10,11,15,21 40:7
41:15,16,22 42:2,12 46:8 52:6 53:23
66:2,10,22 73:4,13,21 75:15 76:19,23

**argue** 17:1

**around** 72:7

**aside** 13:16 17:11 19:4,5

**ask** 7:2 8:2,10 12:4 13:17,18 14:10,19
18:7 21:3 24:5 29:11 36:16 38:18 47:3
53:2 65:11 72:13,15 73:22 75:6 76:3,9
77:14

**asked** 8:9 29:15 42:14 52:20 73:12

**asking** 11:19 14:1 17:12 18:23 46:8
54:3 64:15

**assigned** 25:5,16,17,18,21,24 26:4,6,
24 27:24 48:2 55:7

**assist** 44:17

**associated** 25:3 40:15 66:11

**assume** 6:21 75:12

**attempt** 64:24

**attempting** 65:7

**attention** 14:15 23:8 24:6 38:23
41:13 56:2,22 63:9 64:10,20 65:10,24
66:9 68:24 69:13 73:6,20 74:1

**attorney** 11:16 14:19 25:21 44:17,24
45:2,6,10,20 48:11 52:17 56:14 61:8
64:6 67:8 68:18 70:15

**attorney's** 48:21

**attorneys'** 10:21

**avoid** 15:13

**aware** 55:19

---

` B

**back** 19:4 20:16 23:9 29:18 31:21
34:20,22 53:13,24 56:22 64:10 69:13
72:5 76:15,22,23

ROBIE GASTON vs FINANCE SYSTEM OF TOLEDO
Nancy Quiroga October 22, 2019

Job 31004
Index: background..consecutive

**background**  11:6 19:18 20:22 30:7

**balance**  25:15 26:9 27:6,11,13,17
28:3,4,13,19 29:22 34:15 35:2 48:1,23
49:6 52:17 54:22 55:2,4,6 56:18,20
57:2 58:17 62:21 63:15,17,21,22
64:14 68:9,13 70:17 71:15

**based**  11:22 31:9 33:18,22

**bat**  5:15

**because**  6:19 7:10,11 8:9 15:2,13
16:14 28:20 31:7 34:5,16 35:2 39:21
42:8

**been**  10:9,12 12:5,13 13:19 15:5 18:8
24:6,15 29:5 36:16 37:23 38:11,24
41:23 43:12,17 44:11 47:4 48:23 49:5
53:3 54:3 56:20 57:13 61:24 65:11
69:21 71:19,22 72:16 75:23

**before**  5:24 8:4 12:16 21:4 24:19
36:24 46:9,15 47:15 54:9 62:11 65:22
73:1

**beginning**  17:6

**behalf**  23:14

**being**  7:11 31:18 45:7 46:5,20 47:1
55:11 68:19

**belief**  70:8

**believe**  13:15 15:13 32:18 39:8 56:3
59:9 63:7 75:18,22 77:13 78:11,19

**benefit**  5:10 43:21

**best**  74:6

**between**  10:20 22:9 23:18,20 24:1
49:13 60:7

**bit**  6:21 44:20

**body**  7:12

**bona**  14:23 16:13 17:7

**both**  38:22

**bottom**  64:22 69:1,15,17,18 73:21

**boy**  13:20

**Boyd**  8:18 14:20 20:11 22:18 26:15
30:1,15 42:23 76:7,19,20 77:10,20

**break**  7:24 8:5 37:23 53:7,18,19 72:3

**breaks**  7:24

**brief**  53:16

**broad**  42:20

**bunch**  6:3

---

# C

**called**  5:2

**can**  5:7,10 6:5,12,21 8:13,18 9:11
10:17 12:3,6 13:15 14:24 15:19,21
17:11 18:3,14 19:14 20:17 21:10
22:21 23:9 27:17 34:18,20 39:17
42:17 46:11 50:20 51:14,19 52:23
53:6 55:17 66:16 72:2 77:16 78:12

**can't**  6:6 12:20 35:17 43:15

**cannot**  7:1 27:12

**case**  5:21 16:18 17:5

**cat**  72:17

**category**  57:7 59:23

**certain**  12:20 27:12

**certainly**  15:21 16:22

**certification**  45:15,23

**certifications**  20:8

**certified**  5:4

**chance**  12:8 18:13 24:9

**change**  73:18

**changed**  16:20

**changes**  16:18

**charges**  50:13 57:22

**circumstance**  21:18

**circumstances**  21:21 22:1

**civil**  5:22

**claim**  15:3,4,6,14 16:21 30:4

**clarify**  22:18,22

**clarifying**  10:11

**clarity**  26:14 37:7 48:17 56:12 58:4
67:2,6 70:19

**class**  20:7

**clean**  26:22

**clear**  15:23 44:21 58:7,10

**clearly**  6:22

**client**  5:19 9:13 10:20 14:21 17:14,21
18:1,21 19:8 21:6,19 23:4,12,15 24:17
25:10 28:6 29:8,10,15,18 31:10 36:10,

12 37:14 38:10 39:5 40:20,23 41:3,5
47:12 51:2 52:2,18 54:18 55:20 60:5
62:16 64:13 65:8 74:18,21

**client's**  40:15

**clients**  10:24 11:1,2,3,4 21:21 41:3

**Clinic**  33:20 35:24 40:24 42:4 54:14,
17 60:8,23 61:2,6,17,20 62:8,15 65:19
66:4 67:9 70:21,24 71:10,14,23

**closed**  28:15,18 31:1

**collect**  22:8 23:14 24:2 49:10,20
51:10 52:6 54:17 57:8 60:24 61:3,7,
14,16,20 62:16 64:12,24 65:8 70:22
71:1,10,14,23

**collected**  22:15 23:4,22

**collecting**  21:14,23 50:24 51:21
52:16 64:18

**collection**  17:20,24 19:16 25:10
45:24 49:15 60:9,16 64:5 73:13

**collections**  10:2

**collector**  34:11,16 35:3,7,11

**collectors**  35:15

**college**  11:9,11

**column**  58:18,21

**columns**  17:17,19

**Combined**  10:10

**come**  19:4 72:5

**comes**  45:23

**comfortable**  16:8

**coming**  9:17

**communication**  49:17

**communications**  44:16

**Complaint**  14:8

**complete**  75:19

**comprised**  27:5 59:14

**concluded**  78:20

**conference**  20:12

**confusing**  60:20

**Congratulations**  9:18

**conjunction**  67:21

**consecutive**  10:12

constraints 48:10

consult 76:8

consumer 29:3,4,7 59:12 74:11

consumers 31:8

contact 21:7

contain 39:14

contained 73:4

contents 44:16

contingency 26:6 48:12,22 56:16

continue 32:1 33:4

contraction 39:12

conversation 53:20

conversations 44:22

copies 74:4 78:14

copy 18:3 74:10,14,17,21 75:4,7,9,19 78:9

corner 66:10

corporate 13:4

Corporation 75:1

correct 9:9,10 11:5,16,17 22:13 25:8 27:2,3 29:1,20,24 32:19 39:2 42:3 43:6 48:14 49:7 51:7 52:9,10,13 53:24 55:8,9 56:16,17 57:10 59:10,11 63:8, 19 64:7,8 66:23 68:12,20 69:3,4,12, 19,22,23 70:11 74:7,11,12,19 77:23

correctly 63:5

correspondence 17:20,24 18:20 19:1 23:24 31:5 32:1 33:4 36:12 41:6, 14,16,22 42:7,11 44:19 45:4,7 46:5 49:24 50:5,12,23 52:12,15 57:17,23 59:3,22 60:1,19,21 64:11,16,21,22 69:14,21 70:1,5,20 74:4,10,15,22 75:4,7,10,14,18,20,23

costs 25:24 48:22 56:15 61:8 64:6 68:18 70:15

could 19:3,5,9 24:8 38:18 54:5 58:23, 24 59:22 61:24

counsel 5:17 6:8,9,11,16 8:8,12,13 13:8 30:22 67:1 76:3 77:10 78:17

Counterclaims 14:8

couple 6:3 7:20 56:4 72:8 76:8

course 18:4 46:7 50:21 53:8

court 5:10 6:12,16 11:24 12:4 13:18 15:5,17 17:5 18:7 20:16 21:3 24:8 25:24 34:19,22 48:11,22 56:14 61:8 64:6 68:3,18 70:15 72:15 75:1 77:5, 15,17 78:2,8,13

cover 12:22 49:15 60:16

create 46:8

created 44:1

creditors 42:3

current 9:12,21,24 10:18 57:13

currently 55:1 56:18 71:18

custody 77:7

cut 20:12 59:7 71:7

## D

date 27:24 48:2,15 54:20 56:12 62:18 66:6 68:10

dated 18:1 41:6 43:3 44:2 59:13 65:7 74:22 75:4

day 69:11

debt 19:16 21:23 22:8,15 23:4,14,22 25:3,10 32:19 33:15 45:24 48:24 49:15 52:8 60:24 64:24 65:8 66:2

debts 36:10 52:6

decide 35:7

decided 34:16 35:3 44:2,5

decision 34:9 35:16 44:7,10

defendant 16:5 24:16 36:22 47:11 54:12 62:6 65:17 74:3 77:10

Defendant's 14:7

defense 14:14,18,23 15:8,18

defenses 14:14

defines 59:3

definite 43:15

definitely 19:4

definitive 16:7

degree 11:10

depend 21:16,17 32:16

depends 31:17 32:3,4,5,12

deposed 5:4

deposition 5:24 7:21,23 8:8 12:10,14 13:21 16:11,24 17:2 18:10 24:11 36:18 47:7 53:4 62:2 65:13 72:18 77:11 78:20

derived 26:19

description 42:9

designated 13:3

designed 15:12

details 27:7

determine 31:15

dialed 20:13

did 8:10 9:24 10:3 11:10 17:14 23:13 25:9 29:10,17 35:7,18,22 36:2,10,12 37:2 41:5 44:17 45:2,6 46:18 49:9 50:5,12,19,23 52:15 53:20 57:17,21 59:6 61:2,6 64:11,17 70:1,5,9,24 73:3 75:6

didn't 71:7

different 7:18 19:6 21:20,21 39:22 40:20,23 41:15,23 42:3

difficult 6:21

diploma 11:13

direct 8:18 14:15 21:7,13 23:8 24:6 41:13 49:9 56:2 73:6,24

directed 60:20 71:10

directing 38:22 56:22 63:9 64:9,20 65:10,24 66:9 68:24 69:13 73:20

direction 43:21 49:17

discovery 17:3 72:23

discuss 15:19,21

discussion 68:6 76:13 77:8

dismissed 15:5

Disposal 33:12,13,17,19,23 34:2 35:20 40:20 47:13,19 49:9,14,20 50:2, 14 51:1,21 52:8

disrespectful 7:19

District 5:21

document 12:7,16,19,21 23:9 40:3 54:5,8 62:11,14 65:22 66:1 70:20 73:1,4,21

documentation 22:2,5

documents 20:2,4

**dollar**  28:5 30:13

**dollars**  48:3,10

**doubt**  75:13

**down**  33:10

**dropped**  20:12

**due**  58:17

**duly**  5:3

**during**  7:22 10:15 53:18

**duties**  10:18

---

**E**

**easier**  68:4

**education**  11:7

**either**  8:9,19 9:7 16:1 36:6 69:5

**electronic**  78:6

**else**  6:8,13,17 46:14 58:23,24 71:4
78:17

**ending**  60:3

**engage**  23:13 25:10

**entail**  20:1

**entails**  59:4

**entirely**  8:10

**entities**  21:7 34:4

**entitled**  7:24 62:6 75:11

**entity**  21:11

**entries**  56:4,6,8

**EPNO**  23:12,13,18,21 24:1,17 27:6
28:6 32:23 33:23 36:3 40:19,22 42:4

**ER**  24:17

**error**  14:23 15:6,9,10,13,14 16:14
17:7

**established**  56:11

**ever**  5:23 29:10 31:10 62:11 71:9

**evidence**  15:12

**exactly**  35:17

**Examination**  5:3,5

**example**  32:21 33:5

**examples**  21:10

**exclusive**  43:17

**excuse**  23:1,18 30:16,23 31:1 38:11
44:1 45:13 49:18 50:24 51:5 55:20
66:1 71:19 75:15

**excused**  78:21

**exhibit**  12:5,10,13 13:19,21 14:7
17:11 18:5,9,10,14,20 23:9 24:2,7,9,
11,15,19,22,24 25:4 30:5 36:17,18,22,
24 37:2,4 38:7,8,11,22,23 39:6,14,15,
18,23 41:4,14,22 47:4,7,11,15,17
53:3,4 54:4,12 56:23 62:1,2,6 64:10
65:12,13,17 67:20,23,24 68:9 69:14,
16 72:12,17,18,21 75:17

**exhibits**  12:1,2 67:15 77:6,11,14
78:7,14

---

**F**

**fair**  7:5 10:8 16:17 19:15 21:20 31:10
45:24 48:9,10

**faith**  15:9

**fall**  40:1

**familiarity**  19:19

**FDCPA**  19:14,15,19,22 20:2,4,8,24
45:16

**feel**  18:15

**fees**  25:21 26:3,6 48:11,12,21,22
50:1,6 51:1 52:17 56:14,15,16,19
61:8,9 64:6,7 68:18,19 70:6,15,16

**few-minute**  53:7

**fide**  14:23 16:13 17:7

**file**  15:16

**filed**  5:20 11:23 16:3

**final**  29:21

**Finally**  65:10

**Finance**  5:20 9:14,21 10:1,6,9,24
13:3 14:18 17:14,20 18:1,21 19:7
21:8,12,13,14,22 22:8,9 23:1,13,21
24:1 25:4,9,14 26:10 27:1,9,20,21
28:7,9,12,22 29:11,16 31:5,11,14,24
33:3 34:12 35:18,22 36:2,5,13,22
37:13 38:9 39:5 40:6 42:11 43:7,9,13,
18,21 44:1,5,23 47:11,21 48:7,13
49:4,9,14,19,23 50:11,22,23 51:9,20
52:5,15 54:12,17,23 55:7,17 56:13
57:8,17,21 60:7,19,22 61:3,7,13 62:6,

15 63:18,23 64:5,12,17 65:6,17 66:3
68:17 70:1,5,9,14,21 71:1,19 72:21
73:12,15 74:3,9,13,21 75:6,10

**fine**  7:24 20:21 59:8

**finish**  8:4

**first**  5:3 6:3 12:18 18:15 24:21 37:2
54:23 67:10 72:22

**five**  38:23 39:3 43:14 72:3

**five-year**  43:16

**flip**  12:21 14:10 56:7 73:22

**flipped**  13:24

**follow-up**  16:24

**following**  34:23

**follows**  5:4

**form**  41:19 51:24 73:13

**formally**  16:15

**formulate**  32:13

**forth**  15:8,12

**forward**  51:11 67:12

**frame**  37:19

**free**  18:15

**front**  75:14

**FST**  24:16

**full**  5:7 28:19,20 29:19 31:3 33:3
41:13,17,23 42:6 51:4,6 52:3,6,9,11

**fully**  13:9

**further**  17:2 51:21,24 52:16 77:2,21

---

**G**

**Gaston**  5:20 11:22 29:8,10

**general**  10:17 19:20 29:7,9

**generally**  11:19 21:11 46:11

**generated**  43:7

**Gentry**  8:17 15:2,19 16:16 20:10,11,
18 21:1 22:17 26:12,16 30:1,8,13,19
32:7,11 37:22 38:3,13 39:8 40:9 41:18
42:14,18,21 50:8,15 51:12,23 52:20
58:12 59:16 60:10 76:6,12,20,22 77:1,
9,10,23 78:8,11,18

**gibe**  67:19

**girl** 47:4,6

**give** 7:3 42:12 43:15 76:7

**given** 5:23

**giving** 42:8

**good** 5:7,13,14 11:18 15:9

**governs** 70:20

**grab** 23:9

**great** 6:24 7:16 8:7,16 9:15 12:12 19:3 53:12 54:8

**ground** 6:4 20:19

**group** 33:8 34:10,16 35:3,7,16,18,22 36:2,7

**grouped** 34:5

**groups** 34:7

**guess** 16:10 20:18 22:18 56:2

**guys** 15:16 72:6

**H**

**hand** 12:5 13:19 18:8 21:4 24:8 72:16

**handle** 11:3

**hang** 77:15

**happened** 20:20

**he** 32:11 37:18 45:9

**he's** 32:11 44:14

**head** 7:11

**header** 37:5,7,11 39:23 40:1,7,10 41:2

**hear** 6:21 7:1

**held** 9:20 10:5,14

**helpful** 6:4

**her** 20:23

**here** 9:1,9 11:21 30:23 53:7,21 54:7 67:10 71:18,22 73:17 76:4,18,24

**herein** 5:2

**hereinafter** 5:4

**high** 11:13

**highest** 11:7

**him** 32:13 42:8 76:9

**His** 29:21

**history** 42:9

**hold** 9:24 20:8

**holds** 37:9,10

**honest** 22:6

**Honestly** 12:20

**hospital** 10:21 22:7 24:17

**hour** 37:24

**hours** 7:21

**I**

**Idea** 75:5

**igloo** 54:4

**illegal** 9:8

**Illinois** 6:7

**immediately** 9:23

**impair** 9:8

**important** 7:8,13

**included** 33:10 34:4,15 35:2 77:12

**indicated** 14:21

**individual** 74:11

**individuals** 44:9

**influence** 9:7

**information** 65:1

**instruct** 61:2,7 70:24

**instructed** 60:23 61:14,16,20 71:13, 19,22

**instructs** 8:12

**intend** 15:11 57:18,22

**intent** 52:16 64:12 70:2,6

**intention** 50:13,24 51:20 64:18 70:10

**interest** 15:4 25:17,18 48:4,6,11,21 49:11 50:1,6,13 51:1 52:17 56:14 57:4,18 58:18,20 61:3,8 64:6 68:17 70:2,8,10,15 71:1,11

**interested** 42:24

**interests** 56:15

**involved** 10:18

**issue** 30:3

**issues** 13:12

**J**

**James** 46:16 67:18

**January** 18:1,24 30:9,11,17 31:6,12 33:11 36:11 41:6,13 42:6 43:3 44:2,18 45:3,7 46:4,18,24 49:24 50:4,12,22 52:12 57:1,12,16 59:3,13 64:11,21 65:7 69:14 74:14,22 75:4,14,18

**Jim** 20:18 68:2 76:7

**Jim's** 78:12

**job** 7:7 68:4

**jobs** 10:14

**John** 65:12

**judgment** 56:15 61:8

**July** 25:6 48:17,21 63:5,12,15,22 69:2

**June** 63:19,24

**K**

**keep** 7:8,13 20:17 28:23 29:2,3,11,16 77:6

**kind** 6:4 10:18 19:23 21:11 50:14

**know** 7:1,18 12:7 13:16 14:1,2,20 16:7,14 18:14 19:10,12 22:6 24:9 29:3,5,13 35:21 36:1,4,14 37:19 39:7, 16 40:7 44:8,15,22 46:22,23 47:2 48:16 49:12 50:7 53:19 55:15,18,22 56:11 59:13 63:1 66:12,15,22 67:17 71:3,4 73:9

**knowledge** 33:18,22 34:1,3 36:9 40:5 45:9,12,14,17,18,22 46:1 56:19,21 61:5,6,11,13 68:22 69:5 71:9,12 74:6, 24 75:3

**L**

**last** 5:11 9:6 19:7 20:16 23:10 28:8,11 56:5 68:16

**lasting** 7:21

**law** 20:3

**lawsuit** 11:22

ROBIE GASTON vs FINANCE SYSTEM OF TOLEDO
Nancy Quiroga October 22, 2019

Job 31004
Index: least..occupations

least 67:4

ledger 38:11,24

left 8:20 15:3 30:6 54:2

legal 9:7 11:20 13:11,12 17:12 50:5,9

less 55:6

letter 18:15 30:5,9,12,18 31:12 33:11 34:15 35:1 43:3,10,12 44:2 46:18 47:1 57:1,5,9,22 58:9 59:13

letter-sender 43:18

letters 43:20 46:8 73:13,14

level 11:7

liaison 10:20 11:4 21:6

licensed 11:16

like 8:1,9 16:22 18:16 29:3 53:9 63:4 69:1,9 76:8 77:4 78:3,9,14

likely 8:8,11

likes 29:4

limited 17:5

line 20:12 30:16,17 72:14

list 12:23 31:18 33:14 34:4 40:2

listed 20:6 24:2 31:4,12,15 36:11 37:12,17 38:10,23 39:6,10,15 41:15, 24 42:6 55:24 56:20

listing 37:10

little 6:21 44:20

Lombard 6:7

long 9:15 10:3 27:19,21 31:23,24 33:2 43:12 53:9

look 12:6,7 13:17 24:8 30:16 38:21 40:16 54:3 56:1 64:22 65:11 67:20,23

looking 68:9 69:15,16

looks 63:4 69:1,9

lot 31:19

---

**M**

ma'am 50:19

made 15:6,9,10 28:5,6,8,11 35:15 44:9 55:11,13,17,18,20,23 56:9 63:12 69:2,10,21

mail 43:8,10

main 37:9 69:1

make 7:1,8,13 8:8 11:15 13:8 15:22 30:23 33:9 61:23 66:15 68:3

makes 6:20 8:13 34:9

management 44:7,9

manager 9:13 10:2

many 7:24 11:18 19:6 32:17

Mary 18:9 69:14 77:13

matter 5:18,19

Maybe 10:4

me 5:3 6:8,22 7:1 10:18 12:7 14:1,2 18:14 20:12 22:8,9 23:2,19 24:9 26:21 30:17,23 31:1 33:9 38:11 39:1 41:15 44:1,20 45:13 46:6 49:18 50:24 51:5 55:20 56:1,7 58:5,9,14 66:1 67:14 71:19 72:4,8 73:9 75:15

mean 16:4 22:19 40:9 58:16,19,22 59:6 60:10 71:7

meaning 58:10

means 58:17,20 59:19

medical 10:24 11:4

middle 8:3 56:5,24

minute 20:14,17 32:7

minutes 53:10,11 72:3,8 76:8

miscellaneous 26:3 48:11,22 56:15 61:9 64:7 68:18 70:16

mispronounce 5:16 45:19

missed 20:13

misunderstood 30:20

moment 37:21

money 64:13,18

monies 58:20

months 49:3

more 6:21 7:21 11:6 17:23 19:10 23:7 46:11 72:11

morning 5:7,13,14 9:1 76:4

most 67:4

move 67:12

movement 7:12

---

**N**

name 5:8,11,16 9:11 23:12 35:11

Nancy 5:1,9 8:17 32:8 37:22 38:16 42:18 59:17

Nate 5:17 76:17

Nathan 76:6,22,23 77:18

necessarily 12:1 22:3 37:15 39:19

need 7:18 8:3 16:1,2,11 20:15,19 31:20,21 37:22 66:17 67:6 72:13 78:7, 16

needs 7:23 77:16

Next 58:18,21

No.28093807001. 62:9

nods 7:12

Northern 5:21

note 24:16 66:11

notes 25:2 27:14,16 29:15 36:23 39:24 41:2,7 47:12 54:13 55:24 56:3 62:7 63:11 65:18 66:2 67:3,11 69:6,10 72:5

nothing 49:5

Notice 12:14

Nowak 20:21 46:16,23 67:7,8,22 68:5 76:14,19,21 78:9,15

number 39:23 40:1,16,20 60:6 67:5

numbers 39:22,24 40:4,14,22,23 67:14 73:21

---

**O**

oath 9:1 53:24

Object 41:18

objection 8:13 26:12,15 38:13 42:14 50:8,15 51:12,23 52:20 58:12 59:16

objections 8:8 13:7

obtained 65:1

obviously 6:19 18:15

occupation 9:12

occupations 10:15

October 29:19 31:4 33:2

offensive 7:17 8:24

office 6:6,7 78:12

offices 10:21,22

Ohio 5:21

once 8:13 13:24

one 6:7,8 15:3 19:5,10 32:18,22 35:15 37:21 41:20 55:20 72:11

ones 31:16 64:3

only 8:2 15:3 30:5,8 72:7 78:6

open 15:22 29:12,16 76:15

opinion 11:20 17:12

opinions 13:12

order 77:17 78:3,6

originals 77:15

other 6:11,15 7:20 9:20,21,24 10:6, 14,15 11:1,2,3 13:7,12 15:4 26:11 33:7,14 36:10,12 37:18 39:3,4 46:2,9, 19 50:1,6,13 51:1 52:18 56:12 57:7,22 58:22 59:4,14,23 61:9,12,19,21 64:2,7 66:11,20 68:18 70:6 71:6,14,23 74:20

otherwise 36:6 49:19 60:22

our 5:10 6:12,15 11:24 12:4 15:10 18:7,21 20:15 21:3 24:7 29:5 31:8 34:8 43:8

out 16:19 47:3 54:6 61:24

outlined 22:2,4

outstanding 68:22

over 6:4,8 27:6 43:14 50:20 58:18,21

overview 10:17

owed 33:15,16

own 45:12 67:13

owner 44:14

---

**P**

---

p.m. 78:21

page 12:21,22 14:11,13 23:10 56:4,5 63:10 64:20 66:10 67:5,10,13 69:1,15, 18 73:7,22

pages 66:11,22 67:24 75:15

paging 67:14

paid 28:3,4,19,20,24 29:5,19 31:3,11, 17,24 32:19 33:1,3,6,7 37:18 41:12, 16,23 42:5 51:4 55:15

Parker 44:12 45:9,12,14 46:3,19

Parker's 44:13

part 74:2

participate 73:3

particular 31:19 40:10 64:19

parties 60:20

party 55:23

Pause 14:4 41:8 66:13 72:10

payment 28:5,8,11 29:21,22 55:11, 13,16,21,24 56:9 63:12 69:2,6,7,10,21

payments 28:6

penalty 9:4

people 6:20

period 43:16

Periodically 8:7

perjury 9:4

permission 35:19,23 36:3,7

Pfeiffer 6:14,15 44:11 45:20,22 46:3, 20

phone 6:8

Physician 24:17

pick 53:13

picked 7:12

pile 12:3

placed 25:4,14 36:13 38:9 39:4 42:12 47:20 48:4,7 49:4,8 54:16,23 56:13 62:15,20 63:23 64:4 66:3 68:16

placement 25:19,22 26:1,4,7 27:2 48:13 54:20 56:16 62:18 63:18 66:6 68:10 71:16,17,21

places 21:11

plaintiff 5:2,18 73:13 74:5 77:19

Plaintiff's 72:22

please 5:8,11 6:12 7:1 9:12 15:1 18:14 32:8,14 34:20 37:21 52:24 66:7 73:6

point 5:16 7:22 30:23 31:23 45:3 71:1

policies 16:13

position 15:10

possession 74:14

Possibly 56:1

Practices 19:16 45:24

pre-labeled 12:13 24:7,15

pre-marked 12:5 13:19 18:9 24:7 36:17 47:4 53:3 54:4 61:24 65:12 72:17

preceding 9:23

preparing 44:17

present 6:9,11

presented 12:11 13:22 18:11 24:12 36:19 47:8 53:5 62:3 65:14 72:19

presume 7:3

pretty 58:10

principal 57:2 58:10,11

print 46:10,15

printout 25:1 47:18

prior 10:5 45:6 46:5,20 47:1 66:22

probably 35:13 72:7

procedure 15:12

procedures 16:13

proceedings 7:11 13:8

Produced 24:16 36:23 47:12 54:13 62:7 65:18

prosecution 16:21

provide 31:7

provided 74:17,20

providers 10:24

pull 47:3 54:5 61:24

purpose 29:2 65:2

push 31:20

put 13:15 15:11 27:1 63:18

putting 15:8

**Q**

**Q-U-I-R-O-G-A** 5:12

**qualifications** 20:23

**question** 7:2,3,4 8:3,4,9,14 9:6 26:18 32:8,9,13,14 33:2 34:21,24 39:9,18 45:2 46:6,12 50:19 51:13,15 52:14

**questioning** 77:3

**questions** 11:6 20:22 41:20 76:2,10 77:2,21,24

**quick** 61:23

**Quiroga** 5:1,9,13,23

**R**

**R-E-N-K-I-M** 75:2

**Randy** 44:12

**read** 20:16 34:20,22 41:7

**reading** 63:4 65:3

**really** 22:6 24:23 36:14 55:22

**reason** 6:24 75:13,22

**received** 27:9

**receiving** 59:12

**recess** 53:16

**record** 5:8 12:13 14:7 15:1,22 18:19 24:15 40:11 47:10 52:23 54:11 62:5 65:16 68:3,6,8 72:21 76:10,13,16 77:4,8,20

**records** 29:4 31:7 36:6

**Recycling** 47:13 49:14,21

**refer** 37:5

**reference** 54:14 60:6 62:8 65:19

**referring** 17:19,24 18:24 19:15 20:3,5 22:20

**reflect** 62:14

**reflected** 27:14 29:14 30:11 69:6,17

**regarding** 17:16,18 20:4 25:11 32:1 38:10 39:5 41:3 46:17 50:1 51:1 60:8 64:16 67:6 78:5

**regards** 19:8,21 20:8 45:15 54:18 57:18 60:3,5 61:9 62:16 64:13 70:8

71:11,24 75:17

**rejoining** 20:11

**related** 16:12

**relationship** 33:19,23 34:3

**relevant** 30:9

**rely** 16:19

**relying** 17:7

**remain** 33:6 68:21

**remaining** 28:12 30:4

**remember** 8:19 24:23 37:3

**remind** 7:16

**Renkim** 43:11,12,17,20,23 74:24 75:3,6,9

**repeat** 7:2 34:18 38:18 52:23

**rephrase** 38:18 44:20

**reporter** 6:12,16 11:24 12:4 13:19 18:8 20:16 21:4 24:8 34:20,22 72:16 75:1 77:5,15,17 78:2,8,13

**reporter's** 5:10 68:4

**representative** 5:17 13:4

**request** 41:5 73:11

**Requests** 72:23

**requirements** 21:22 22:1

**reserve** 78:1

**reserved** 78:22

**resolved** 52:6,9,11

**respect** 37:13 42:24 56:23 58:8

**response** 16:7 74:2

**Responses** 72:22

**result** 55:10

**retain** 74:10

**reversed** 69:2,7,10

**review** 12:8 18:13,15 24:10 45:3,6 46:9,14,20 72:4

**reviewed** 46:3,24

**reviewing** 14:2 20:2 27:16 38:7,8 39:17

**right** 5:15 6:17,22 8:10 16:9,18 17:2 30:5,10 37:20 40:11 64:23 71:21

76:12

**right-hand** 66:10

**Robie** 5:19 29:8,10

**role** 9:16,21,24 10:3,5,19 21:6

**roles** 9:20 10:6

**room** 6:12,13,17 7:10,23

**rules** 6:4

**S**

**said** 5:4 32:11 39:10

**same** 56:4 63:17,22 69:11

**satisfied** 27:10 28:1 47:23 48:17,20, 24 49:5 51:6 62:23 63:2,5,15,21

**saw** 12:19 24:21

**say** 8:23 10:8 17:18 19:15,24 21:20 26:16 29:6 31:10 40:3 43:14 48:9,10 50:20 63:20

**saying** 42:19

**says** 64:24 66:10

**scanned** 78:14

**school** 11:13

**second** 30:4 33:10

**second-to-last** 14:11,13

**see** 12:3,24 18:3 27:17 29:4,17 37:2 41:9 46:6 56:6 76:9

**seek** 17:2

**seeking** 57:8 64:5

**seem** 67:19

**seems** 67:12,13

**seen** 12:16 24:19 36:24 47:15 54:8 62:11 65:22 73:1

**self-training** 19:23,24

**send** 32:1 33:4 43:20,23 46:4 78:12

**sender** 43:13

**sends** 42:11 74:11

**sent** 17:21 18:1,20 27:6 31:5 41:5 43:3,5,7,10 45:7 46:5,21 47:1 49:24 50:4,11,22 52:12,15 57:2,5,17,22,23 60:2 64:11,16 65:6 69:21 70:1,5 73:13 74:5

sentence 64:23

serve 10:3

served 9:16

service 43:8,10

services 9:13 21:8

set 17:11 19:3,5 39:22 67:13 72:22

settled 52:2

several 35:13,14

she 42:21 45:20

sheet 12:23

shorthand 19:14

should 11:24 49:10,20

signature 78:1,22

Since 27:24 70:14

sincerely 76:3

sit 55:2 71:18,22 73:17

sits 56:18

skip 18:14

slightly 55:6

snapshot 57:9,20,24 70:12

software 34:8,10

some 11:9 12:1 16:20 18:20 20:22 67:2,6 73:21

someone 46:9,13

something 15:17 16:2,18,21

sometimes 22:4,11 23:6

somewhere 18:5

sorry 10:10 20:10 21:5 22:17 30:19 58:4 59:6 61:19 63:20 68:10 71:6,20 73:11

sort 11:10

sought 68:19

sounds 53:12

speak 38:3,4 53:20

speaker 76:14

speaking 29:6,7,8 38:12,24

special 45:15

specific 17:23 21:10 23:7 74:10

specifically 46:17 73:24

speculating 67:10,17

spell 5:11

spelled 75:1

spending 30:2

staff 10:21,22

stands 17:4

start 32:22 46:11 60:13 67:4

starts 67:11

state 5:7 6:13 9:12 63:11 77:5

stated 9:11 32:18 35:9 48:16 70:9 74:3

statement 65:4,7

states 29:15 59:22

still 33:4 55:2 74:7

stipulate 14:24 16:1

stipulating 16:9

strike 23:2 30:23 31:2 38:7 43:23 45:13 48:5 51:5 60:2,4,20 71:20 75:15

subject 9:3 50:16 76:2

substance 44:22 53:19

substances 9:7

suppose 23:8

sure 7:2,8,13 11:15 16:6 20:20 22:21 30:2 33:9 34:19 38:14 39:11 43:16 44:21 50:21 51:3,9 63:21 66:15

sworn 5:3

system 5:20 9:14,21 10:1,6,9,24 13:3 14:18 17:14,20 18:1,21 19:7 21:8,12, 13,14,22 22:8,9 23:1,13,21 24:1 25:4, 9,14 26:10 27:1,9,20,21 28:7,9,12,22 29:5,11,16 31:5,11,14,24 33:3 34:12 35:18,22 36:2,5,13,22 37:13 38:9 39:5 40:6 42:11 43:8,9,13,18,21 44:1,5,23 47:11,21 48:7,13 49:4,9,14,19,23 50:11,22,23 51:9,20 52:5,15 54:12,17, 23 55:7,18 56:13 57:8,17,21 60:7,19, 22 61:3,7,13 62:7,15 63:18,23 64:5, 12,17 65:6,17 66:3 68:17 70:1,5,9,14, 21 71:1,19 72:21 73:12,15 74:3,9,13, 21 75:6,10

---
**T**
---

table 17:16,17,18,19 18:23 32:21 33:5,6

take 7:23 8:4 12:6 13:17 51:19 53:6 54:3 65:11 66:16 72:8

taken 20:7

talking 40:10

telephonically 6:20

tell 6:5,6 10:17 19:9 35:17 36:6 39:18 55:17 56:9

template 44:18 45:3 46:3,4,18,20,24

templates 46:15

term 58:9,22

terms 22:14 23:1,4

testified 33:1 42:22

testify 13:4,9,13

testimony 5:24 9:8,9 31:9 34:14 35:1 42:10 43:1,24 53:21 66:21

theory 16:20

thing 8:2 30:6,8

things 7:20

think 12:1 16:17 18:14 20:11,13 26:18 48:16 50:16 54:2 58:7 67:3 76:14,15 78:18

third 56:24

three 41:15,23 42:2,5 46:9

through 12:7,23 13:5,10,13,24 24:8 41:7 56:3 64:3 67:11,15,24 71:17,18 72:12,14

throughout 8:7 13:8

tied 40:7

time 6:3 10:15 12:18 24:21 26:10 27:8,10 28:16 30:2 31:19 37:19 48:9, 13,23 49:3,5,23 50:4,11,21 52:12,14 57:1,5,16,20,21,24 60:1 62:20 63:14 64:4,9,10,16 66:16 68:13,16 69:20,24 70:3,4,9,13,14 71:16,17,21 76:4

title 44:13

today 5:16 7:22 9:9 11:21 12:16 16:17 24:19 36:24 47:15 53:21 54:9 55:2 62:12 65:22 71:18,22 73:1,17

**together** 34:6,7,10,17 35:4,8,10,16, 19,23 36:3,8 38:22

**Toledo** 5:20 9:14,21 10:1,6,9 13:3 14:18 17:14,21 18:1,21 19:7 21:12,13, 23 22:8,10 23:1,13,14,18,21 24:1,2 25:4,9,14 26:11 27:1,9,20,22 28:7,9, 12,22 29:11,16 31:5,11,15 32:1,23 33:4,19,24 34:12 35:18,22,23 36:5,13, 23 37:13 38:9 39:5 40:6,19,24 42:4,11 43:13,18,21 44:1,5,23 47:12,21 48:7, 13 49:4,10,15,20,23 50:11,22,23 51:10,20 52:5,16 54:13,17,23 56:14 57:8,17,21 60:8,19,23 61:2,3,6,7,14, 17,20 62:7,8,15,16 63:18,23 64:5,12, 17 65:6,18 66:3 67:9 68:17 70:1,5,10, 15,21,24 71:1,10,13,23 72:22 73:12 74:3,9,13,21 75:6,10

**Toledo's** 10:24 21:8 43:9 73:15

**top** 30:17 32:22 63:10 65:24 66:10

**topic** 16:24

**topics** 12:23,24 13:4,9,13 16:12

**towards** 63:10

**trailer** 39:24 40:4

**training** 19:21 45:15,23

**transcribed** 7:11

**transcript** 78:4,10

**true** 75:15,19

**turn** 23:10 36:16 53:2

**turns** 16:19

**two** 7:21 10:4 19:8 28:6 41:19 49:2,3 56:8

---

### U

**Uh-huh** 45:1 73:8

**under** 5:21 9:1,6 40:1 53:24 57:7 59:22

**understand** 7:4 8:24 16:23 20:23 31:21 32:4,5,12 33:9 38:14,15 46:6 50:19 53:23

**understanding** 11:21 13:2 14:17 17:13 19:14

**understood** 7:14 8:14 16:16 26:20

**Unless** 8:12

**until** 27:9 33:7

**up** 7:13 9:17 26:22 38:3,4 40:17 53:13

**update** 42:12

**upon** 5:2

**use** 15:3 32:6,20 51:24

**used** 44:18 45:3 46:4,18 65:1 77:11

**using** 12:2 13:16 19:13 33:5

**utilize** 21:7

---

### V

**vague** 26:18 50:17

**value** 57:14

**variables** 31:19,22 32:17,19

**Various** 36:23

**verbal** 7:9,14 49:18,19

**Volheim** 5:6,17 8:22 12:12,15 13:23 14:6,9,20 15:15,24 17:8,10 18:7,12, 19,22 20:15 21:2 22:21,23 24:14,18 26:14,21,23 30:7,10,15,21 32:15 34:19 35:6 36:15,21 37:20 38:6,20 39:13 40:12,18 41:11,21 42:16,23 43:2 47:10,14 50:10,18 51:18 52:4,22 53:8,12,17 54:11,15 58:15 59:20 60:12,14 62:5,10 65:16,21 66:14 67:1, 16 68:2,7 72:2,11,20,24 76:1,11,17,24 77:18,19 78:3,5,16

---

### W

**wait** 32:7,9 72:7

**waiting** 66:16,17,19

**wanted** 70:21

**website** 20:6

**well** 6:9 11:1,4 13:17 15:2,24 23:7 31:14,20 39:17 63:7 67:22

**went** 44:2 68:8

**whatsoever** 33:19

**whole** 6:2

**withdrawing** 14:22 15:17

**withdrawn** 14:18 16:15

**wondering** 8:21

**word** 15:4 51:24 58:11 59:4,14

**work** 35:9

**worked** 31:18 33:7

**working** 35:12,15

**worried** 66:19

**written** 22:19,24 23:3,5,17,20,24 36:6 49:13,18 60:10,13,15,18,22 70:19 74:4

**wrong** 17:15

---

### Y

**years** 9:17 10:4,9,10,12 19:8 43:14 49:2

---

# Exhibit A

Amended Notice of Deposition

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | |
|---|---|
| ROBIE GASTON, | |
|       Plaintiff, | |
| v. | 3:18-cv-02652 |
| FINANCE SYSTEM OF TOLEDO, INC., | |
|       Defendant. | |

### *AMENDED* NOTICE OF DEPOSITION

To:    Finance System of Toledo, Inc.
c/o Law Office of Boyd W. Gentry
4031 Colonel Glenn Highway
Beavercreek, OH 45431
zelliott@boydgentrylaw.com
bgentry@boydgentrylaw.com

PLEASE TAKE NOTICE that pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure, the undersigned will take the deposition by oral examination of certain designated representative(s) of the following party on the date and time indicated below:

**Finance System of Toledo, Inc. ("FST")**

**October 22, 2019 at 10:00 a.m. CST**

The deposition will take place telephonically from 2500 S. Highland Avenue, Suite 200, Lombard, Illinois 60148 on the one end and a location in Toledo, Ohio on the other.  **We will provide that location soon.**  The deposition will be recorded by stenographic means.  The deposition will continue until completed.  The deposition is being taken for the purpose of discovery, for use at trial, or for such other purposes as are permitted under the Federal Rules of Civil Procedure.

FST is hereby notified of its duty, pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure, to designate one or more officers, directors, agents or other persons who will testify on its behalf and, for each person so designated, to set forth the matters upon which the person will testify.  Definitions for all applicable terms below are given the same meaning as in Plaintiff's Interrogatories to FST issued on April 23, 2019.

1. FST's relationship with Toledo Clinic, Inc. as it relates to Plaintiff.

2. FST's relationship with Allstar Disposal as it relates to Plaintiff.

3. FST's relationship with EPNO of Toledo, Inc. as it relates to Plaintiff.

4. In depth discussion regarding the allegations against FST as set forth in Plaintiff's Complaint.

5. In depth discussion on any correspondence FST caused to be sent to Plaintiff.

6. In depth discussion on the identity and duties of any third-party service providers employed by FST to assist in sending correspondences to Plaintiff.

7. Claims and defenses of the parties, the parties' discovery requests and responses, and all documents disclosed, produced, or required to be produced by either party in connection with the case.

8. In depth discussion on FST's collections systems used in conjunction with Plaintiff.

9. In depth discussion on all documentation methods, if any, whether computerized, manual, or other, of all activities undertaken by FST or their employees related to the collection of Plaintiff's account.

10. In depth discussion on FST's methods of communications as they relate to delinquent consumer accounts.

11. In depth discussion on FST's training of employees in its collections department.

12. In depth discussion on all documents produced to Plaintiff by FST in the course of this case.

13. In depth discussion on all policy, procedure and training manuals, memoranda and other writings regarding collection activities of FST which were in effect and used for a period of five (5) years prior to the date of this notice to the present relating to Plaintiff's account.

14. The relationship between FST and Plaintiff.

15. FST's Answer to Plaintiff's Complaint.

16. FST's affirmative defense(s) as raised in its Answer to Plaintiff's Complaint.

17. FST's responses to Plaintiff's Interrogatories.

18. FST's responses to Plaintiff's Requests for Production.

19. FST's responses to Plaintiff's Requests for Admission.

20. FST's training process for training employees to be compliant with state and federal laws.

21. In depth discussion on the procedures employed by FST to comply with the Fair Debt Collection Practices Act.

22. The process and procedures that govern the drafting of any correspondences sent to Plaintiff by FST.

23. The review process of any correspondence sent to Plaintiff.

s/ Nathan C. Volheim
Nathan C. Volheim, Esq. #6302103
*Counsel for Plaintiff*
Sulaiman Law Group, Ltd.
2500 South Highland Ave, Suite 200
Lombard, Illinois 60148
(630) 630-568-3056 (phone)
(630) 575-8188 (fax)
nvolheim@sulaimanlaw.com

## <u>CERTIFICATE OF SERVICE</u>

The undersigned, one of the attorneys for Plaintiff, certifies that on September 23, 2019, he caused a copy of the foregoing *Amended* Notice of Deposition, to be served by electronic mail on:

James S. Nowak
4808 North Summit Street
Toledo, OH 43611
joffice@bex.netjoffice

Law Offices of Boyd W. Gentry
Attn: Boyd W. Gentry
Attn: James S. Nowak
4031 Colonel Glenn Highway
Beavercreek, OH 45431
zelliott@boydgentrylaw.com
bgentry@boydgentrylaw.com

 s/ Nathan C. Volheim
Nathan C. Volheim
*Counsel for Plaintiff*

# Exhibit B

Answer to Complaint with Counterclaims

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| ROBIE GASTON, | : | CASE NO. 3:18-cv-02652 - JJH |
| Plaintiff, | : | |
| v. | : | |
| FINANCE SYSTEM OF TOLEDO, INC., | : | |
| Defendant. | : | |

## ANSWER TO COMPLAINT;
## WITH COUNTERCLAIM

Now comes Defendant, by counsel, and provides the following for its Answer and Counterclaim.

COMPLAINT 1. Plaintiff brings this action for damages pursuant to the Fair Debt Collection Practices Act ("FDCPA") under 15 U.S.C. §1692 et seq., for Defendant's unlawful conduct.
**ANSWER 1. Denied**

COMPLAINT 2. This action arises under and is brought pursuant to the FDCPA. Subject matter jurisdiction is conferred upon this Court by 28 U.S.C. §§1331 and 1337 as the action arises under the laws of the United States.
**ANSWER 2. Denied**

COMPLAINT 3. Venue is proper in this Court pursuant to 28 U.S.C. §1391 as Defendant conducts business in the Northern District of Ohio and a substantial portion the events or omissions giving rise to the claims occurred within the Northern District of Ohio.
**ANSWER 3. Admitted**

COMPLAINT 4. Plaintiff is a 54 year-old natural person residing in Toledo, Ohio which falls within the Northern District of Ohio.
**ANSWER 4. Defendant is without sufficient knowledge to enable it to admit or deny this allegation and therefore denies it.**

COMPLAINT 5. Defendant promotes that it "is one of the largest and most experienced full-service collection agencies in Northwest Ohio." Defendant is a corporation formed under the laws of the State of Ohio with James Nowak as its registered agent, located at 4808 North Summit, Toledo, Ohio 43611. Defendant uses the mail and telephone for the

principal purpose of collecting debts from consumers on a nationwide basis, including consumers in the State of Ohio.
**ANSWER 5. Admitted**

COMPLAINT 6. Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives and insurers at all times relevant to the instant action.
**ANSWER 6. Defendant is without sufficient knowledge to enable it to admit or deny this allegation and therefore denies it.**

COMPLAINT 7. Upon information and belief, Plaintiff received medical services at The Toledo Clinic ("Toledo Clinic") on several occasions.
**ANSWER 7. Defendant is without sufficient knowledge to enable it to admit or deny this allegation and therefore denies it.**

COMPLAINT 8. Due to financial hardship, Plaintiff fell behind on his payments to Toledo Clinic, thus incurring debt ("subject consumer debts").
**ANSWER 8. Defendant is without sufficient knowledge to enable it to admit or deny this allegation and therefore denies it.**

COMPLAINT 9. Plaintiff incurred the subject consumer debts for personal services related to his healthcare.
**ANSWER 9. Defendant is without sufficient knowledge to enable it to admit or deny this allegation and therefore denies it.**

COMPLAINT 10. Between the spring of 2017 and the spring of 2018, Toledo Clinic charged-off the subject consumer debts and sold the collection rights to Defendant.
**ANSWER 10. Denied**

COMPLAINT 11. The Toledo Clinic stopped sending statements to Plaintiff when it charged-off the subject consumer debts.
**ANSWER 11. Defendant is without sufficient knowledge to enable it to admit or deny this allegation and therefore denies it.**

COMPLAINT 12. Upon information and belief, the balances of the subject consumer debts are $775.30 and $435.00.
**ANSWER 12. Defendant is without sufficient knowledge to enable it to admit or deny this allegation and therefore denies it.**

COMPLAINT 13. Defendant purchased the subject consumer debts while Plaintiff was in default.
**ANSWER 13. Denied**

COMPLAINT 14. Defendant has sought collection of the subject consumer debts from Plaintiff through collection correspondences.

**ANSWER 14. Defendant admits that it sent correspondence to Plaintiff in an attempt to collect on an account. Defendant is without sufficient knowledge to enable it to admit or deny the remainder of the allegations in paragraph 14 and therefore denies them.**

COMPLAINT 15. Defendant's collection efforts included sending correspondences dated January 15, 2018 and April 5, 2018. In those correspondences Defendant failed to disclose itself as a debt collector as shown in the language which appeared as follows:
**ANSWER 15. Defendant admits that it sent correspondence to Plaintiff in an attempt to collect on an account. All other allegations in paragraph 15 are denied.**

COMPLAINT 16. In its January 15, 2018 correspondence, Defendant included language which appeared as follows:
**ANSWER 16. Defendant admits that the letter speaks for itself and denies all other allegations in paragraph 16.**

COMPLAINT 17. Plaintiff received both correspondences from Defendant and was misled as to his rights and obligations.
**ANSWER 17. Denied.**

COMPLAINT 18. In Defendant's correspondence, Defendant included line items for interest and other costs.
**ANSWER 18. Defendant admits that the letter speaks for itself and denies all other allegations in paragraph 18.**

COMPLAINT 19. Accordingly, Plaintiff was falsely led to believe that Defendant had the lawful ability to collect interest and other costs.
**ANSWER 19. Denied**

COMPLAINT 20. Plaintiff spoke with Sulaiman regarding the correspondences resulting in pecuniary loss and expenditure of resources.
**ANSWER 20. Denied**

COMPLAINT 21. Plaintiff has suffered concrete harm as a result of Defendant's actions, including but not limited to, invasion of privacy, confusion, and aggravation.
**ANSWER 21. Denied**

COMPLAINT 22. Plaintiff repeats and realleges paragraphs 1 through 21 as though full set forth herein.
**ANSWER 22. Defendant incorporates its prior responses as though fully set forth herein.**

COMPLAINT 23. Plaintiff is a "consumer" as defined by 15 U.S.C. §1692a(3) of the FDCPA.
**ANSWER 23. Defendant is without sufficient knowledge to enable it to admit or deny the allegations in paragraph 23 and therefore denies them.**

COMPLAINT 24. Defendant is a "debt collector" as defined by §1692a(6) of the FDCPA, because it regularly uses the mail and/or the telephone to collect, or attempt to collect, delinquent consumer accounts.

**ANSWER 24. Admitted**

COMPLAINT 25. Defendant identifies itself as a debt collector on its website, and is engaged in the business of collecting or attempting to collect, directly or indirectly, defaulted debts owed or due or asserted to be owed or due to others. Defendant has been a member of the Association of Credit and Collection Professionals, an association of debt collectors, since 1954.

**ANSWER 25. Admitted**

COMPLAINT 26. The subject consumer debts are "debt[s]" as defined by FDCPA §1692a(5) as they arise out of a transaction due or asserted to be due to another for personal, family, or household purposes.

**ANSWER 26. Defendant is without sufficient knowledge to enable it to admit or deny the allegations in paragraph 26 and therefore denies them.**

COMPLAINT 27. The FDCPA, pursuant to 15 U.S.C. §1692e, prohibits a debt collector from using "any false, deceptive, or misleading representation or means in connection with the collection of any debt."

**ANSWER 27. Defendant is without sufficient knowledge to enable it to admit or deny the allegations in paragraph 27 and therefore denies them.**

COMPLAINT 28. In addition, this section enumerates specific violations, such as:
"The false representation of – the character, amount, or legal status of any debt . . . ." 15 U.S.C. § 1692e(2).
"The threat to take any action that cannot legally be taken or that is not intended to be taken." 15 U.S.C. § 1692e(5).
"The use of any false representation or deceptive means to collect or attempt to collect any debt or to obtain information concerning a consumer." 15 U.S.C. §1692e(10); and
"The failure to disclose in the initial written communication with the consumer and, in addition, if the initial communication with the consumer is oral, in that initial oral communication, that the debt collector is attempting to collect a debt and that any information obtained will be used for that purpose, and the failure to disclose in subsequent communications that the communication is from a debt collector, except that this paragraph shall not apply to a formal pleading made in connection with a legal action." 15 U.S.C. §1692e(11).

**ANSWER 28. Defendant is without sufficient knowledge to enable it to admit or deny the allegations in paragraph 28 and therefore denies them.**

COMPLAINT 29. Defendant violated 15 U.S.C. §§ 1692e, e(2), e(5), and e(10) through the inclusion of language mentioning interest and costs. The inclusion of this language misleadingly suggests to consumers the false possibility that Defendant could collect an amount that would be above and beyond that which was outlined as the total due on the

collection correspondence. The subject consumer debts were charged-off by Toledo Clinic in the amount of $775.30. Upon charge-off, Toledo Clinic and its successors waived the right and ability to add interest and other charges, as evidenced by Defendant seeking to collect the same amount of $775.30 and the fact that Toledo Clinic stopped sending periodic billing statements for the subject consumer debts. It was a legal impossibility for Defendant to add interest and other charges to the subject consumer debts at the time the correspondence were sent. Defendant purposefully included this misleading language to instill a false sense of urgency in Plaintiff so that he would feel compelled to make payment.

**ANSWER 29.  Denied.**

COMPLAINT 30. Defendant violated 15 U.S.C. §§ 1692e, e(10), and e(11) through its failure to disclose itself as a debt collector. By failing to disclose itself as a debt collector, Defendant deceptively and misleadingly attempted to obscure Plaintiff's rights under the FDCPA. Consequently, Defendant's objective was to obfuscate its status as a debt collector in order to prevent Plaintiff from believing that he was afforded certain FDCPA protections against Defendant.

**ANSWER 30. Denied.**

COMPLAINT 31. The FDCPA, pursuant to 15 U.S.C. §1692f, prohibits a debt collector from using "unfair or unconscionable means to collect or attempt to collect any debt."

**ANSWER 31. Defendant is without sufficient knowledge to enable it to admit or deny the allegations in paragraph 31 and therefore denies them.**

COMPLAINT 32. In addition, this section enumerates specific violations, such as:
"The collection of any amount (including any interest, fee, charge, or
expense incidental to the principal obligation) unless such amount is
expressly authorized by the agreement creating the debt or permitted by
law ." 15 U.S.C. §1692f(1).

**ANSWER 32. Defendant is without sufficient knowledge to enable it to admit or deny the allegations in paragraph 32 and therefore denies them.**

COMPLAINT 33. Defendant violated §1692f and f(1) when it unfairly suggested that it could collect additional amounts above and beyond the total balance due as represented in the correspondence. Because Defendant was precluded from adding anything to the balances of the subject consumer debts as its right to do so was waived, the above referenced portions of correspondence violate the FDCPA.

**ANSWER 33. Denied.**

COMPLAINT 34. Defendant further violated §1692f when it unfairly and unconscionably attempted to collect on a debt by concealing its status as a debt collector. Failing to disclose itself as a debt collector is an unfair and unconscionable act intended to confuse Plaintiff regarding the status and identity of the debt collector and unlawfully designed shield itself from any potential retaliation.

**ANSWER 34. Denied.**

COMPLAINT 35. As pled in paragraphs 19 through 21, Plaintiff has been harmed and suffered damages as a result of Defendant's unlawful actions.
**ANSWER 35. Denied.**

All other allegations in the Complaint are denied.

## ADDITIONAL DEFENSES

1. Plaintiff's claims are barred by the applicable statute of limitations.

2. Plaintiff's injuries or damages, if any, are the result of her own acts or omissions.

3. Pursuant to 15 USC § 1692k, any violations that may be found were not intentional and resulted from a bona fide error notwithstanding the maintenance of procedures reasonably adapted to avoid such error.

4. Plaintiff lacks standing, as Plaintiff did not suffer an injury or loss sufficient to have standing.

5. Defendant relied upon and acted in good faith conformity with a prior opinion from the Federal Trade Commission. 15 U.S.C. 1692k(e).

## COUNTERCLAIM

As set forth in the Fair Debt Collection Practices Act, 15 U.S.C. § 1692k, Defendant is entitled to attorney fees and its cost of defending this matter.

Respectfully Submitted,


/s/James S. Nowak
James S. Nowak (0012890)
4808 N. Summit St.
Toledo, Ohio 43611
Phone: (419) 726-2605
Fax: (419) 726-1549
*Attorney for Finance System of Toledo, Inc.*

/s/Boyd W. Gentry
Boyd W. Gentry (0071057)
Zachary P. Elliott (0090057)
Law Office of Boyd W. Gentry, LLC
4031 Colonel Glenn Highway, First Floor
Beavercreek, Ohio 45431
Phone: (937) 839-2881
Fax: (800) 839-5843
bgentry@boydgentrylaw.com

zelliott@boydgentrylaw.com
*Attorneys for Finance System of Toledo, Inc.*

**<u>CERTIFICATE OF SERVICE</u>**

I certify that the foregoing was filed with the Clerk of Court's CM/ECF system which will provide electronic service to all counsel on January 24, 2019.

/s/Boyd W. Gentry
Boyd W. Gentry (0071057)

# Exhibit C

## Def. FST Responses to Pla. First Set of Combined Discovery Requests

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| Robie Gaston, | : | Case No: 3:18-cv-02652-JJH |
| | : | |
| Plaintiff, | : | |
| | : | Judge: Helmick |
| v. | : | |
| | : | |
| Finance System of Toledo, Inc., | : | Defendant Finance System of Toledo, |
| | : | Inc.'s Responses to Plaintiff's First Set of |
| Defendant. | : | Combined Discovery Requests |
| | : | |

Now comes Defendant Finance Systems of Toledo, Inc. ("FST") and provides the following for its responses to Plaintiff Robie Gaston's ("Gaston") first set of combined discovery requests directed to it.

## General Objections

1. FST's general objections to Gaston's discovery requests are made without waiver of or prejudice to specific objections that are made.

2. FST objects to each discovery request to the extent that the information or documentation requested is protected from discovery by the attorney-client privilege, work-product doctrine or other applicable privileges or immunities.

3. FST objects to each and every discovery request to the extent that the information requested is irrelevant, duplicative, unreasonably vague, overbroad, repetitious, unduly burdensome, equally accessible to each party, not important in resolving the issues of the case, or purports to require the disclosure of information beyond the scope of permissible discovery under the Federal Rules of Civil Procedure.

## REQUESTS FOR ADMISSION

1. Admit that You are in the business of using the mail system to collect consumer debts originally owed to others.

**ANSWER:**

**Admitted, but Defendant does not know if any particular account is a "debt" under 15 U.S.C. 1692a.**

2.      Admit that You are a business whose principal purpose is the collection of debts.

**ANSWER:**

**Admitted, but Defendant does not know if any particular account is a "debt" under 15 U.S.C. 1692a.**

3.      Admit that You are a debt collector as defined by the Fair Debt Collection Practices Act ("FDCPA").

**ANSWER:**

**Admitted, but Defendant does not know if any particular account is a "debt" under 15 U.S.C. 1692a.**

4.      Admit that You sent the collection letters as discussed in Plaintiff's complaint.

**ANSWER:**

**Denied. Defendant does not know what letters to which this request refers as the complaint alleges certain letters that were not sent by Defendant.**

5.      Admit that the collection letters You sent to Plaintiff are form letters.

**ANSWER:**

**Admitted.**

6.      Admit that you were not the creditor or holder of the debt with regard to the collection letters You sent to Plaintiff.

**ANSWER:**

**Admitted.**

7.      Admit that Your collection department utilizes technology or software that generates or creates the collection letters You sent to Plaintiff.

**ANSWER:**

**Admitted that Defendant uses technology or software to generate or request letters, but Defendant does not know what letters to which this request refers as the complaint alleges certain letters that were not sent by Defendant.**


      8.      Admit that Your collection department utilizes technology or software that generates or creates portions of the collection letters You sent to Plaintiff.

**ANSWER:**

**Admitted that Defendant uses technology or software to generate or request letters, but Defendant does not know what letters to which this request refers as the complaint alleges certain letters that were not sent by Defendant.**


      9.      Admit that You contract with or otherwise utilize a third party to create or generate all or portions of the collection letters You sent to Plaintiff.

**ANSWER:**

**Admitted that Defendant utilizes a third party, on occasion, to generate or request letters, but Defendant does not know what letters to which this request refers as the complaint alleges certain letters that were not sent by Defendant.**

## INTERROGATORIES

Defendant is required to provide a written response to the following interrogatories:

1.     State the name, address and title of each and every party or individual providing any information or documents with respect to the answers to these Interrogatories, Requests to Produce, and Requests to Admit.

**RESPONSE:**

**Nancy Quiroga, Client Services Manager**
**Amy Pfeiffer, Collection Manager**
**Finance System of Toledo, Inc.**
**PO Box 351297**
**Toledo, Ohio 43537-1297**

**Ms. Quiroga and Ms. Pfeiffer are represented by the undersigned and may be contacted through the undersigned counsel.**

2.     Please identify by name, case number, and jurisdiction, any and all cases where Defendant has been found to have violated and/or has been alleged to have violated the Fair Debt Collection Practices Act ("FDCPA"), or where Defendant settled an FDCPA violation or alleged violation by way of payment of any United States currency. This question relates to any such actions taken within five (5) years of the date of the filing of the underlying lawsuit.

**RESPONSE:**

**Objection. This request calls for information that has no relevance to the claims and defenses in this case. The Federal Rules of Civil Procedure require that discovery requests to be relevant. Beyond this though, this discovery request is overly broad and unduly burdensome, it has no importance in resolving the claims in this case, the burden and expense far outweigh the benefits because there would be no benefits to providing this information in discovery.**

3.     State the name, address, title, and job description of each of Your employee(s) who had oversight of or otherwise controlled the creation of the collection letters sent by You to Plaintiff.

**RESPONSE:**

**Amy Pfeiffer, Collection Manager**
**Nancy Quiroga,  Client Services Manager**
**Finance System of Toledo, Inc.**

**PO Box 351297**
**Toledo, Ohio 43537-1297**

4.      State the name, address, title, and job description of each individual who authorizes or approves the content, nature, and/or structure of the collection letters sent to Plaintiff.

**RESPONSE:**

**Amy Pfeiffer, Collection Manager**
**Nancy Quiroga, Client Services Manager**
**Finance System of Toledo, Inc.**
**P.O. Box 351297**
**Toledo, Ohio 43537-1297**

5.      Please provide a detailed description of the services that You perform for the original creditor(s) of the debt(s) You were collecting on when communicating with Plaintiff.

**RESPONSE:**

**Objection. "Detailed" is vague and ambiguous. Defendant performs account management services for the creditors at issue, including attempted communications with Plaintiff via telephone and letters. Defendant also received and processed numerous payments from Plaintiff.**

6.      Please state the number of collection letters You have sent to any accounts that You service, or upon which you were collecting a debt, during the relevant time period, and indicate the number of collection letters sent per month, and indicate the method of delivery, whether by U.S. mail or otherwise.

**RESPONSE:**

**Objection.  This request calls for information that has no relevance to the claims and defenses in this case and thus, is beyond the scope of discovery. Additionally, this request is overly broad and unduly burdensome.**

7.      Please state in detail the transactions and/or any and all agreements relating to Your acquisition of the rights to collect upon the subject debt, and specify all documents and the date of such documents relating to such transactions.

**RESPONSE:**

**Objection.  This request does not relate to any claim or defense.  Without waiving objections, Defendant has an agreement with each creditor to service that creditor's accounts.**

8.     Please list any and all agreements, assignments, and/or insurance policies that You have in place either to indemnify/insure or be indemnified/insured for Your activities relating to Plaintiff, including but not limited to all agreements by and between You and the original creditor(s) relating to the instant matter.

**RESPONSE:**

**None.**

9.     Identify all written correspondences, including emails, You have sent to and/or received from the Plaintiff during the relevant time period.   For each written correspondence, please list the date and the content of the written correspondence.

**RESPONSE:**

**Defendant received a money order from Plaintiff for a payment.  Defendant has no record of receiving other written correspondence from Plaintiff. Defendant does not have copies of the actual written correspondence it sent to Plaintiff: Plaintiff has the originals.  Defendant has requested to inspect those originals and will update and reconsider its response upon such inspection.**

10.     State the name, title or position, address and phone number of each and every witness that Defendant plans to call to testify at trial in this case and state the substance of the testimony expected from each witness.

**RESPONSE:**

**Corporate representative from Renkim to testify about the correspondence that was sent to Plaintiff.**

**Derek Blue, account representative at Renkim Corporation, 13333 Allen Road, Southgate, Michigan 48195.**

11.     Identify all emails, collection records, data records, statements, phone recordings, oral communications, or any other form of data related to the collection efforts Defendant engaged in regarding Plaintiff during the relevant time period.

**RESPONSE:**

**Defendant has a number of emails with its counsel in this case which were created after this litigation commenced.  Those emails are confidential communications between Defendant and its attorneys and are withheld on that basis.  Defendant also has an email to Cristen Balk at Allstar Disposal requesting details of Plaintiff's account.  That email was sent at the request of Defendant's counsel, and thus, is subject to work product protections.  It is being withheld on that basis**

**Without waiving objection, see account notes produced with Defendant's Rule 34 responses.**

12.     Identify any and all third parties that were responsible for creating, or otherwise had input over the content, form or nature of the collection letters you sent to Plaintiff during the relevant time period.

**RESPONSE:**

> **Renkim Corporation**
>
> **Nancy Quiroga, Client Services Manager**
> **Amy Pfeiffer, Collection Manager**
> **Finance System of Toledo, Inc.**
> **PO Box 351297**
> **Toledo, Ohio 43537-1297**

14.     Identify any system, computer software, application, or other form of technology used by You or any third parties to generate the collection letters You sent to Plaintiff.

**RESPONSE:**

**Collect One, from CDS Software.**

15.     Explain the basis for any claim that any violation alleged in the complaint was unintentional and resulted from a bona fide error notwithstanding the maintenance of procedures reasonably adapted to avoid such error. Identify what procedures are maintained and how they are adapted to avoid the matters complained of.

**RESPONSE:**

**Defendant is not claiming to have made an error.**

16.    State all actions taken by You to verify the accuracy and completeness of any records provided to You by the original creditor(s) of the subject debt(s) upon which You were collecting or attempting to collect when communicating with Plaintiff.

**RESPONSE:**

**Objection.  Plaintiff has not disputed the records of the original creditors. This request is not related to any claim or defense but is beyond the scope of discovery.**

17.    Describe all collection activities, which You were authorized to perform by the original creditor(s), and identify the terms of the agreement between the original creditor(s) and You pursuant to which You sought to collect the subject debt(s).

**RESPONSE:**

**Objection.  This request is not related to any claim or defense but is beyond the scope of discovery.**

18.    For each person who has had any involvement in any manner in any efforts on Your behalf to collect or attempt to collect any debt(s) purported owed by Plaintiff, state his/her name, position, work address, and telephone numbers, and the nature and purpose of his/her involvement.

**RESPONSE:**

**Objection.  This request is overly broad and unduly burdensome.  The only claim in this case is limited to the application of the FDCPA to the words on the January 15, 2018 letter.**

**Without waiving objection, the following persons are employees of Defendant who had involvement with Plaintiff's accounts.**

> **Heather Pottker, Collector ("HTP"), Collector**
> **Sierra Dupuis ("SRD"), Collector**
> **Nancy Quiroga ("NJQ"), Client Service Manager**
> **Beverly Eastman ("BAE"), Payment Poster**
> **Dana Miller ("DMM"), Collector**
> **Amy Pfeiffer ("AEW"), Collection Manager**
> **Emily Parker (" EKP "), Collector**
> **Susan Poiry ("SJP"), Clerical**
> **Louise Stricker ("LAS"), Clerical**
> **Anita Mendoza ("ANM"), Clerical**
> **Mary Humpert ("MEH"), Clerical**
> **Katie Stayancho ("KPS"), Collector**

**Shelly Duncan ("SBD"), Collector**
**Mary Squire ("MJS") Collector**
**Kathy Miller ("KMM") Clerical**
**Danelle Zemenski ("DAD"), Clerical**
**Shana Shannon ("SBS"), Collector**
**Cathy Lipkowski ("CEL"), Collector**

19.     To the extent not previously done, identify all documents relevant, related to, or reflecting any aspect of any efforts undertaken by You to collect any debt(s) from Plaintiff, or to any debt(s) purportedly owed by Plaintiff to You or any original creditor(s).

**RESPONSE:**

       **See Account notes marked FST1-42.**

20.     Identify how the information regarding Plaintiff, including but not limited to Plaintiff's personal information and the information regarding purported debts or accounts, was inputted into the collection letters sent to Plaintiff.

**RESPONSE:**

**Plaintiff's identification information was pulled from information contained in the Collect One software system.**

21.     Identify in which situations You add language mentioning interest and/or costs in Your collection letters to consumers.

**RESPONSE:**

**Letters sent to consumers who have multiple accounts might include the terms "interest". The term "costs" is not normally used in letters, and Defendant cannot locate a letter sent to Plaintiff which included the term "costs". Also, letters sent to consumers who have been sued by the creditor might include the terms "interest". The term "costs" is not normally used in such letters.**

22.     Identify all of the language you include regarding interest and/or costs Your collection letters.

**RESPONSE:**

**Every letter is unique in its exact content and wording.  Plaintiff has the letters sent to him.  See January 15, 2018 letter disclosed by Plaintiff in discovery and quoted in the complaint.**

<u>VERIFICATION OF INTERROGATORY RESPONSES</u>

       I verify that the foregoing responses to Interrogatories are true and correct to the best of my knowledge and the information available to me.

_____

Signed in my presence:

_____
NOTARY PUBLIC
My Commission Expires_____

10

## REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS

Defendant is required to produce for inspection and copying all of the following categories of documents to Plaintiff's counsel:

1.     Any and all documents (including electronically stored information ("ESI") and tangible things relating to the claims or defenses in this action.

**RESPONSE:**

**Please see documents attached hereto, which have been bates-stamped as FST1-42.**

2.     Any and all documents (including ESI) and tangible things required to be disclosed pursuant to Federal Rule of Civil Procedure 26(a)(1)(A).

**RESPONSE:**

**Please see documents attached hereto, which have been bates-stamped as FST1-42.**

3.     Any and all records concerning Plaintiff.

**RESPONSE:**

**Objection. This request calls for information generally "concerning Plaintiff" without any indication that it is seeking relevant information. FST objects to the extent that FST has information "concerning Plaintiff" that is irrelevant to the claims and defenses in this case. Without waiving these objections, please see documents attached hereto, which have been bates-stamped as FST1-42.**

4.     All of Your account notes regarding Plaintiff.

**RESPONSE:**

**Objection. This request calls for information generally "regarding Plaintiff" without any indication that it is seeking relevant information. FST objects to the extent that FST has information "concerning Plaintiff" that is irrelevant to the claims and defenses in this case. Without waiving these objections, please see documents attached hereto, which have been bates-stamped as FST 10-17 (payment records) and 18-42 (internal account notes).**

11

5.      Any written correspondence(s) mailed, including email, to Plaintiff during the relevant time period.

**RESPONSE:**

**Objection. Plaintiff is in possession of the original correspondence in this case. Defendant does not have copies of the actual written correspondence it sent to Plaintiff. Defendant has requested to inspect those originals and will update and reconsider its response upon such inspection.**

6.      Please provide all emails, voicemails, collection records, data records, statements, telephone recordings, or any other form of data related to Plaintiff.

**RESPONSE:**

**Objection. This request calls for information generally "related to Plaintiff" without any indication that it is seeking relevant information. FST objects to the extent that FST has information "concerning Plaintiff" that is irrelevant to the claims and defenses in this case. An audio recording between Plaintiff and Defendant exists, but it is irrelevant to the remaining claim alleged in the complaint.  Without waiving these objections, please see documents attached hereto, which have been bates-stamped as FST1-42.**

7.      All documents regarding how You determine the layout of Your collection letters.

**RESPONSE:**

**Objection. This request calls for information that is overly broad and unduly burdensome. Additionally, it potentially requests information that is subject to attorney-client privilege or includes attorney work product. Finally, this request calls for information that is beyond the scope of discovery, as some of the requested documents may relate to correspondence that was never sent to Plaintiff in this case and thus, the documents requested would be irrelevant to the claims and defenses in this case.**

8.      All manuals, memoranda, instructions, and other documents that discuss, describe, or set forth standards, criteria, guidelines, policies, or practices relating to compliance with the Fair Debt Collection Practices Act ("FDCPA").

**RESPONSE:**

**Objection. This request calls for information that is beyond the scope of discovery in this case, as it does not relate to the claims and defenses in this case.**

9.     Any and all documented data retention policies and a description of the data retention policies actually in place.

**RESPONSE:**

**Objection. This request calls for information that is beyond the scope of discovery in this case, as it does not relate to the claims and defenses in this case.**

10.    Copies of each and every exhibit, known at this time, that You will seek to introduce into evidence at trial.

**RESPONSE:**

**Objection. This request is premature. FST will provide this information in accordance with any Court Orders and the Federal Rules of Civil Procedures.**

11.    Copies of the operation manual(s) for all systems and/or technology employed by You or any third parties to create the collection letters You sent to Plaintiff during the relevant time period.

**RESPONSE:**

**Objection. This request calls for information that is beyond the scope of discovery in this case, as it does not relate to the claims and defenses in this case.**

12.    All court orders in which you have been found to have violated the Fair Debt Collection Practices Act ("FDCPA").

**RESPONSE:**

**Objection. This request calls for information that is beyond the scope of discovery in this case, as it does not relate to the claims and defenses in this case. Additionally, this request is overly broad and unduly burdensome and is for the purpose of harassing FST.**

13.    The complete file, including but not limited to computer information, for all of the collection efforts engaged in towards Plaintiff.

**RESPONSE:**

**Objection. This request calls for information generally regarding "Plaintiff" without any indication that it is seeking relevant information. FST objects to**

the extent that FST has information about "Plaintiff" that is irrelevant to the claims and defenses in this case.  Additionally, the Federal Rules of Civil Procedure require that requests for production of documents "describe with reasonable particularity each line or category to be inspected" and the general statement for the "complete file" does not meet this standard.

Without waiving these objections, please see documents attached hereto, which have been bates-stamped as FST1-42.

14.    Please provide all documents relating to the technology employed by Your collections department to send the collection letters to Plaintiff.

**RESPONSE:**

**Objection. This request calls for information that is beyond the scope of discovery in this case, as it does not relate to the claims and defenses in this case.**

15.    Please provide Your internal procedures or manual(s) relating to Your debt collection activities.

**RESPONSE:**

**Objection. This request calls for information that is beyond the scope of discovery in this case, as it does not relate to the claims and defenses in this case.**

16.    Please provide all documents relating to the technology employed by Your collections department to create the collection letters You sent to Plaintiff.

**RESPONSE:**

**Objection. This request calls for information that is beyond the scope of discovery in this case, as it does not relate to the claims and defenses in this case.**

17.    Any and all documents pertaining to Your policies and procedures as to past due accounts, including any attempts to collect debts, collection of monies and/or debts and/or past due accounts.

**RESPONSE:**

**Objection. This request calls for information that is beyond the scope of discovery in this case, as it does not relate to the claims and defenses in this case.**

18.     Any and all communications by and between You and the original creditor(s) relating to Plaintiff's account(s), including but not limited to any original creditor(s) agreement to hire or otherwise turn the subject debt(s) over to You for collection, and any communications regarding that agreement and communications concerning Plaintiff.

**RESPONSE:**

**Objection. This request calls for information that is beyond the scope of discovery in this case, as it does not relate to the claims and defenses in this case.**

19.     Any and all agreements, assignments, and/or insurance policies that You have in place either to indemnity/insure or be indemnified/insured for Your activities relating to Plaintiff, including but not limited to all agreements between You and the original creditor(s) relating to the instant matter.

**RESPONSE:**

**Objection. This request calls for information that is beyond the scope of discovery in this case, as it does not relate to the claims and defenses in this case.**

20.     Any and all documents or statements outlining or explaining the creation of the $197.00 in "fees" as referenced in the collection letter sent regarding account number ████850.

**RESPONSE:**

**Objection. This request calls for information that is beyond the scope of discovery in this case, as it does not relate to the claims and defenses in this case. The "$197" "fee" is not in the one letter at issue in this case.**

21.     All documents explaining or outlining the calculation of interest charges on the debts upon which you were attempting to collect when sending Plaintiff the collection letters referenced in his Complaint.

**RESPONSE:**

**Defendant did not calculate interest on the one letter at issue in this case.**

22.     Any and all documents which explain any codes, symbols, keys, phrases, and/or shorthand notations which are contained within Your records and/or account notes.

**RESPONSE:**

**Objection. This request requires FST to create documents. The Federal Rules of Civil Procedure do not contemplate the creation of documents in response to a discovery request and this is improper.**

23.     Please provide any and all documents outlining or addressing Your policies and procedures as they relate to the addition of interest and fees to the principal balance of debts which have been turned over to You for collection.

**RESPONSE:**

**Objection. This request calls for information that is beyond the scope of discovery in this case, as it does not relate to the claims and defenses in this case.  Defendant did not calculate interest on the one letter at issue in this case.**

Respectfully submitted,

/s/Boyd W. Gentry
Boyd W. Gentry (0071057)
Zachary P. Elliott (0090057)
Law Office of Boyd W. Gentry, LLC
4031 Colonel Glenn Highway, First Floor
Beavercreek, OH 45431
Tel. (937) 839-2881
Fax (800) 839-5843
bgentry@boydgentrylaw.com
zelliott@boydgentrylaw.com
*Counsel for Finance System of Toledo, Inc.*

James S. Nowak (0012890)
4808 N. Summit St.
Toledo, Ohio 43611
Phone: (419) 726-2605
Fax: (419) 726-1549
*Attorney for Finance System of Toledo, Inc.*

## **Certificate of Service**

I certify that the foregoing has been served via e-mail and regular mail to all counsel of record, as indicated below, on September 20, 2019.

Nathan C. Volheim
Taxiarchis Hatzidimitriadis
Sulaiman Law Group, Ltd.
2500 South Highland Ave., Suite 200
Lombard, Illinois 60148
nvolheim@sulaimanlaw.com
thatz@sulainmanlaw.com

/s/Boyd W. Gentry
Boyd W. Gentry (0071057)

# Exhibit F

## Def. FST Produced Account Notes for Clt. Epno Toledo Hospital ER Physician

```
ALEDFWKC 12/03/18  14:02:21     Print Debtor Work Card                      PAGE   1
Clt EPNO INC TOLEDO HOSP ER PHYS                       Ac# FSTI 018581            9546
Rf#    3400
Nm1 GASTON,ROBIE                   Desk    014 Sts  PIF Assignd              66.37
Nm2                                Assigned     07/23/13 PrincDue               .00
Adr 6543 SOUTH AVE                 L/Charge     12/25/12 In    .00 %             .00
                                   L/Paymnt              Attorney               .00
    HOLLAND, OH 43528-0000         L/Letter     09/30/13 Court                   .00
PhN 419-891-8381                   L/Worked     11/26/18 Other                   .00
                                   L/Trust      10/24/17 JudInt                  .00
                                   N/Review              Misc                    .00
Msg                                                      CntgcyFe                .00
                                                         Tot Due                 .00
                                                         Tot Paid              66.37
------------------------------ HISTORY ----------------------------------------
Date    Time  Uid Description              CR Dsk NxtRv Txt NextLtr Sts
------- ----- --- -----------------------  -- --- ----- --- ------- ---
07/23/13 16:01     New Assignment                    Y  014 08/22    1 07/23 HSE
07/23/13 21:02 CDS Ltr to 01 FIRST LETTER            Y  014 08/22 001 2 08/23 HSE
08/23/13 21:03 CDS Ltr to 01 JUNK LETTER             Y  014 08/23 JNK 3 08/23 HSE
08/23/13 21:03 CDS Ltr/Ser Completed                 Y  014 08/23            HSE
08/23/13 21:03 CDS Sts Chg:HSE To NEW                Y  014 08/23            NEW
08/23/13 21:03 CDS NEW BUSINESS                      Y  014 08/24            NEW
09/20/13 12:18 HTP Sts Chg:NEW To DLS                Y  014 08/24            DLS
09/20/13 12:18 HTP CALED PHN 1 - NO ANSWER           Y  014 10/04            DLS
09/20/13 12:18 HTP DEMAND LETTER SENT                Y  014 10/04            DLS
09/20/13 12:18 HTP Ltr to 01 DEMAND LETTER      SNT Y  014 10/04 002        DLS
09/26/13 14:02 LAS Sts Chg:DLS To PYR                Y  014 10/04            PYR
09/26/13 14:02 LAS PAYMENT RECEIVED                  Y  014 09/27            PYR
09/30/13 10:21 HTP Sts Chg:PYR To SBL                Y  014 09/27            SBL
09/30/13 10:21 HTP SMALL BALANCE LTR                 Y  014 10/14            SBL
09/30/13 10:21 HTP Ltr to 01 SMALL BALANCE LETT SNT Y  014 10/14 005        SBL
03/09/15 14:28 BAE Sts Chg:SBL To PYR                Y  014 10/14            PYR
03/09/15 14:28 BAE PAYMENT RECEIVED                  Y  014 03/10            PYR
03/10/15 12:43 HTP Sts Chg:PYR To CTC                Y  014 03/10            CTC
03/10/15 12:43 HTP Dsk Chg:014 To 015                Y  015 03/10            CTC
03/10/15 12:43 HTP COLLECTOR TO COLLECTOR            Y  015 03/11            CTC
        SPS TO RACHEL?
03/11/15 16:40 EKP Account Tied                      Y  015 03/11            CTC
03/13/15 11:24 EKP Sts Chg:CTC To PTP                Y  015                  PTP
03/13/15 11:24 EKP Tie Change                        Y  015                  PTP
09/22/15 08:32 EKP Sts Chg:PTP To BRK                Y  015                  BRK
09/22/15 08:32 EKP Tie Change                        Y  015                  BRK
09/23/15 16:58 EKP Sts Chg:BRK To LTR                Y  015                  LTR
09/23/15 16:58 EKP Tie Change                        Y  015                  LTR
10/08/15 08:41 EKP Sts Chg:LTR To PTP                Y  015                  PTP
10/08/15 08:41 EKP Tie Change                        Y  015                  PTP
06/08/16 11:54 EKP Sts Chg:PTP To PAT                Y  015                  PAT
06/08/16 11:54 EKP Tie Change                        Y  015                  PAT
12/28/16 13:34 EKP Sts Chg:PAT To LGR                Y  015                  LGR
12/28/16 13:34 EKP Tie Change                        Y  015                  LGR
12/28/16 13:36 EKP Sts Chg:LGR To PAT                Y  015                  PAT
12/28/16 13:36 EKP Tie Change                        Y  015                  PAT
01/26/17 13:55 EKP Sts Chg:PAT To LGR                Y  015                  LGR
```

FST18

```
ALEDFWKC 12/03/18  14:02:21    Print Debtor Work Card                    PAGE  2
01/26/17 13:55 EKP Dsk Chg:015 To LG1                    Y   LG1                    LGR
01/26/17 13:59 EKP Tie Change               .            Y   LG1                    LGR
06/13/17 13:36 HTP Account Untied                        Y   LG1                    LGR
     UNTIED FROM HEADER:          732 GASTON,RACHEL
08/31/11 13:59 MJS CALLED PHN 1-LEFT MSGE ON A/M         Y   017 09/14              DLS
08/31/11 13:59 MJS DEMAND LETTER SENT                    Y   017 09/14              DLS
08/31/11 13:59 MJS Ltr to 01 DEMAND LETTER TIED SNT Y   017 09/14 T02              DLS
09/14/11 12:25 MJS CALLED PHN 1-LEFT MSGE ON A/M         Y   017 10/14              LLS
09/14/11 12:25 MJS LAST LTR SENT TO DTR                  Y   017 10/14              LLS
09/14/11 12:25 MJS Ltr to 01 LAST LETTER TIED   SNT Y   017 10/14 T04              LLS
12/01/11 13:33 MJS ADDITIONAL REMARK                     Y   017 12/01              LLS
     ***LOOKS LIKE THIS D WORKS FOR THE SHERIFFS OFFICE.PER COUNTY EMPLOYEE
     SIGHT.
12/01/11 13:34 MJS ADDITIONAL REMARK               .     Y   017 12/01             LLS
     CORRECTION CENTER.
12/01/11 13:37 MJS ADDITIONAL REMARK                     Y   017 12/01             LLS
     CALLED POE AND WAS TRANFERED TO D. THEY STATED THAT SHE COMES IN AFTER
     4
12/01/11 13:37 MJS ACT/PENDING REVIEW                    Y   017 12/01             RVW
12/02/11 08:25 MJS ADDITIONAL REMARK                     Y   017 12/02             RVW
12/02/11 16:08 MJS ACT/PENDING REVIEW                    Y   017 12/02             RVW
     CALLED POE AND NO ANSW.
03/28/12 19:46 SBD CALLED PHN 1-LEFT MSGE ON A/M         Y   006 04/27             LGR
     ADDED PHONE FROM TRAILER  HAS LEGAL THAT IS NOT YET PAYING
03/28/12 19:46 SBD CALLED PHN2 - LFT MSGE ON A/M         Y   006 04/27             LGR
03/28/12 19:46 SBD LEGAL REVIEW                          Y   006 04/27             LGR
03/28/12 19:46 SBD GOOGLED DEBTOR                        Y   006 04/27             LGR
05/30/12 13:48 SBD LEGAL REVIEW                          Y   006 06/29             LGR
05/30/12 13:49 SBD ADDITIONAL REMARK                     Y   006 06/29             LGR
     NO NEW INFO
07/20/12 10:00 SBD ACT/PENDING REVIEW                    Y   006 07/20             RVW
     NOTHING ON LEGAL    .
02/11/13 16:50 KPS CALED PHN 1 - NO ANSWER               Y   010 02/11             RVW
     D ALREADY HAS LEGAL THAT HASN'Y RECEIVED ANYTHING BNUT A $10 PYMT SO
     FAR. THESE BILLS HAVE RCV'D FIRST AND LAST LETTERS.
02/11/13 16:50 KPS TEL BUSY                              Y   010 02/11             RVW
02/11/13 16:50 KPS ACT/PENDING REVIEW                    Y   010 02/11             RVW
03/14/13 09:04 AEW LEGAL COLLECTOR REVIEW                Y   010 03/15             LRV
03/29/13 13:40 KPS LEGAL REVIEW                          Y   010 04/28             LGR
     NOT SENDING OUT ANY OTHER LTRS ON THIS UNTIL OTHER CURRENT LEGAL
     STARTS GETTING PAID OFF SOME MORE.
06/14/13 09:24 KPS LEGAL REVIEW                          Y   010 07/14             LGR
     STILL NO MOVEMENT ON LEGAL CASE. JUST STICKING THIS BACK IN LGR
06/14/13 15:29 AEW ADDITIONAL REMARK                     Y   010 07/14             LGR
     IF NO UPDATES ON H 5942517 BY AUGUST LET ME KNOW AND I WILL RE-CHK
     WITH ATTY ON STATUS
08/19/13 13:54 DMM TEL MADE CONTACT                      Y   007 10/18             LGR
     CD PH#1. SHE STATED WENT TO DOC TODAY & HASN'T BEEN RELEASED TO RETRN
     TO EMP. SHE GOES BCK TO DOC IN 2-3WKS TO BE RE-ASSESSED. IS ON MED
     LEAVE. ADVSD I WILL CB 2MOS TO SEE IF SHE'S RETRND TO EMP & SEE ABT
     P/A
08/19/13 13:54 DMM LEGAL REVIEW                          Y   007 10/18             LGR
10/18/13 09:44 DMM LEGAL REVIEW                          Y   007 11/17             LGR
```

```
ALEDFWKC 12/03/18  14:02:21    Print Debtor Work Card                    PAGE  3
    STILL X PYMNTS ON LEGAL
02/04/14 11:51 EKP CALLED PHN 1-LEFT MSGE ON A/M      Y  015 03/06           ALS
    SENDING NEW ALS FOR PAT
02/04/14 11:51 EKP ATTY LTR SENT TO DTR               Y  015 03/06           ALS
02/04/14 11:52 EKP ATTY LTR SENT TO DTR               Y  015 03/06           ALS
02/04/14 11:52 EKP Ltr to 01 BIESIADA ATTY LETT SNT   Y  015 03/06 027       ALS
02/04/14 11:52 EKP POSSIBLE ASSET FOR LEGAL           Y  015 02/18           PAT
03/10/14 15:43 CEL COLLECTOR TO COLLECTOR             Y  015 03/11           CTC
    ADDED THREE NEW TRailers-cel
03/11/14 09:46 EKP POSSIBLE ASSET FOR LEGAL           Y  015 03/25           PAT
03/11/14 13:03 EKP PMT PLAN STARTED                   Y  015 03/25           PAY
    WANTS TO DO 40/EOM. WILL CALL IN ON THE 28TH TO DO OVER PH. CONFIRMED
    AD AND WILL AND EXPLAINED ARRANG LETTER GOING OUT WITH UPDATED
    BALANCE. ADVISED THAT ONCE SHE IS WORKING FT AGAIN SHE NEEDS TO UP
    THESE PAYMENTS SINCE IT WILL CURRENTLY TAKE HER A LONG TIME TO PAY
    OFF.
    THIS ACTION SENDS A T06 AUTOMATICALLY
03/11/14 13:03 EKP Ltr to 01 PAYMENT PLAN LETTE SNT   Y  015 03/25 T06       PAY
03/11/14 13:03 EKP PAYMENT PLAN START UP              Y  015                 PAY
03/11/14 14:33 LAS ADDITIONAL REMARK                  Y  015                 PAY
    RECD CK#3005 FOR $20.00-NOTHING IN IT WINDOW/OK TO APPLY PMT
03/18/14 21:00 CDS Pymnt Plan Reminder                Y  015          JNK    PAY
03/26/14 15:32 DMM HOLD VIRTUAL CHECK PAYMENTS        N  PAY 03/26           HVC
    DC TO MAKE $40 CHCK PYMNT FOR MARCH.
03/27/14 11:00 MEH PAYMENT RECEIVED                   N  015 03/28           PYR
03/27/14 11:40 MEH ADDITIONAL REMARK                  N  015 03/28           PYR
03/27/14 11:40 MEH Ltr to 01 TIE RECEIPT CHECK   SNT  N  015 03/28 RCP       PYR
04/07/14 09:36 EKP PAYMENT PLAN START UP              N  015                 PAY
05/05/14 11:30 EKP ADDITIONAL REMARK                  N  015 07/30           PAY
06/04/14 19:33 EKP PAYMENT PLAN START UP              N  015                 PAY
06/04/14 19:33 EKP Promise PTP    40.00 On 072514     N  015 07/25           PTP
07/02/14 14:36 LAS PAYMENT RECEIVED                   N  015 07/03           PYR
07/07/14 08:41 EKP Promise PTP.   40.00 On 072514     N  015 07/25           PTP
07/30/14 21:00 CDS BROKEN PROMISE                     N  015 07/31           BRK
    #ST="PTP" #LW="151033" #RV="000000"
08/04/14 12:17 LAS PAYMENT RECEIVED                   N  015 08/05           PYR
08/06/14 19:11 EKP Promise PTP    40.00 On 091514     N  015 09/15           PTP
09/09/14 14:45 LAS PAYMENT RECEIVED                   N  015 09/10           PYR
09/11/14 13:02 EKP Promise PTP    40.00 On 100914     N  015 10/09           PTP
09/30/14 11:32 LAS PAYMENT RECEIVED                   N  015 10/01           PYR
10/06/14 09:15 EKP Promise PTP    40.00 On 113014     N  015 11/30           PTP
10/31/14 13:39 LAS PAYMENT RECEIVED                   N  015 11/01           PYR
11/03/14 09:26 EKP Promise PTP    40.00 On 122614     N  015 12/26           PTP
12/02/14 15:50 LAS PAYMENT RECEIVED                   N  015 12/03           PYR
12/04/14 08:47 EKP Promise PTP    40.00 On 013115     N  015 01/31           PTP
01/07/15 12:08 ANM PAYMENT RECEIVED                   N  015 01/08           PYR
01/08/15 16:07 EKP Promise PTP    40.00 On 022815     N  015 02/28           PTP
02/04/15 10:40 ANM PAYMENT RECEIVED                   N  015 02/05           PYR
02/05/15 09:01 EKP Promise PTP    40.00 On 042415     N  015 04/24           PTP
03/11/15 19:49 EKP ADDITIONAL REMARK                  N  015 04/24           PTP
    ADDED TRL FOR SP SINCE HIS INFO IS ON THE BANKING PMT INFO WE
    RECIEVED. ALSO THE AD ON CHECK IS DIFF FROM HEADER THAT WAS VERIFIED
    PREV SO JUST ADDED TO SEQ2 FOR SP.
```

```
ALEDFWKC 12/03/18  14:02:21   Print Debtor Work Card                    PAGE   4
03/12/15 10:26 LAS PAYMENT RECEIVED                    N   015 03/13           PYR
03/13/15 11:24 EKP Promise PTP    40.00 On 043015      N   015 04/30           PTP
04/03/15 09:51 LAS PAYMENT RECEIVED                    N   015 04/04           PYR
04/06/15 13:52 EKP Promise PTP    40.00 On 063015      N   015 06/30           PTP
05/06/15 12:04 BAE PAYMENT RECEIVED                    N   015 05/07           PYR
05/07/15 14:41 EKP ADDITIONAL REMARK                   N   015 06/30           PTP
      PTP ALREADY SET
06/03/15 10:26 BAE PAYMENT RECEIVED                    N   015 06/04           PYR
06/04/15 09:38 EKP Promise PTP    40.00 On 083015      N   015 08/30           PTP
07/08/15 10:50 BAE PAYMENT RECEIVED                    N   015 07/09           PYR
07/09/15 08:52 EKP ADDITIONAL REMARK                   N   015 08/30           PYR
08/05/15 15:22 BAE PAYMENT RECEIVED                    N   015 08/06           PYR
08/06/15 14:51 EKP Promise PTP    40.00 On 093015      N   015 09/30           PTP
09/04/15 16:28 BAE PAYMENT RECEIVED                    N   015 09/05           PYR
09/09/15 11:52 EKP Promise PTP    40.00 On 113015      N   015 11/30           PTP
09/21/15 11:54 SJP  Action Taken                       N   015 09/22           NSF
      NSF FROM TRUST POSTING DEBTOR:0008254571
09/21/15 11:54 SJP  Action Taken                       N   015 09/22           NSF
      NSF FROM TRUST POSTING DEBTOR:0008254572
09/21/15 11:56 SJP ADDITIONAL REMARK                   N   015 09/22           NSF
      NSF - VCK DATED 9/1/15 FOR $40  NOT SUFFICIENT FUNDS + $45 FST/BANK
      FEE , FEE IS ON TRL # 8254571
09/22/15 08:31 EKP BROKEN PROMISE                      N   015 09/23           BRK
09/23/15 16:58 EKP DTR LTR REQUESTED                   Y   015 10/13           LTR
09/23/15 16:58 EKP Ltr to 01 FIRST BROKEN PROMI SNT Y  015 10/13 T08           LTR
10/07/15 14:46 BAE PAYMENT RECEIVED                    Y   015 10/08           PYR
10/07/15 14:59 BAE ADDITIONAL REMARK                   Y   015 10/08           PYR
      RECD ONLN CK# 0000005233 FOR $40.00, PUT TOWARDS NSF FEE
10/08/15 08:41 EKP ADDITIONAL REMARK                   Y   015 11/30           PTP
      D MADE UP PMT FOR SEPT- STILL HAS NSF FEE TO PAY BUT NEXT PMT NOT DUE
      TIL NOV
11/04/15 13:34 BAE PAYMENT RECEIVED                    Y   015 11/05           PYR
11/04/15 19:23 EKP Promise PTP    40.00 On 013016      Y   015 01/30           PTP
12/04/15 13:17 BAE PAYMENT RECEIVED                    Y   015 12/05           PYR
12/04/15 16:41 EKP ADDITIONAL REMARK                   Y   015 01/30           PTP
      D SENT IN ANOTHER PMT
12/21/15 14:05 EKP ADDITIONAL REMARK                   Y   015 01/30           PTP
      SEV NEW TRLS ADDED
01/06/16 11:57 BAE PAYMENT RECEIVED                    Y   015 01/07           PYR
01/06/16 18:28 EKP Promise PTP    40.00 On 022916      Y   015 02/29           PTP
01/27/16 14:50 EKP ADDITIONAL REMARK                   Y   015 02/29           PTP
      NEW TRL SAME INFO
02/05/16 09:45 BAE PAYMENT RECEIVED                    Y   015 02/06           PYR
02/08/16 11:26 EKP Promise PTP    40.00 On 032916      Y   015 03/29           PTP
03/04/16 16:14 BAE PAYMENT RECEIVED                    Y   015 03/05           PYR
03/08/16 09:12 EKP Promise PTP    40.00 On 052916      Y   015 05/29           PTP
04/12/16 11:14 EKP ADDITIONAL REMARK                   Y   015 05/29           PTP
      SEV NEW TRLS ADDED
05/13/16 09:05 EKP ADDITIONAL REMARK                   Y   015 05/29           PTP
      SEV NEW TRLS ADDED- WILL SEND NEW PPL AFTER NEXT PMT COMES IN
06/03/16 21:00 CDS BROKEN PROMISE                      Y   015 06/04           BRK
      #ST="PTP" #LW="151709" #RV="151725"
06/08/16 11:54 EKP POSSIBLE ASSET FOR LEGAL            Y   015 06/22           PAT
                                                                     FST21
```

```
ALEDFWKC 12/03/18  14:02:21    Print Debtor Work Card                PAGE  5
06/08/16 11:54 EKP Ltr to 01 FIRST BROKEN PROMI SNT Y  015 06/22 T08      PAT
06/22/16 13:34 EKP POSSIBLE ASSET FOR LEGAL         Y  015 07/06          PAT
07/06/16 16:45 EKP POSSIBLE ASSET FOR LEGAL         Y  015 07/20          PAT
07/06/16 16:45 EKP Ltr to 01 BIESIADA ATTY LETT SNT Y  015 07/20 027      PAT
07/13/16 14:36 EKP ADDITIONAL REMARK                Y  015 07/20          PAT
     RECEIVED CALL FROM GALLON AND TACKUS- REP HER ON TRL 8507485
07/28/16 08:47 EKP POSSIBLE ASSET FOR LEGAL         Y  015 08/11          PAT
08/01/16 08:25 EKP ADDITIONAL REMARK                Y  015 08/11          PYR
   D MADE PMT TO K
08/01/16 08:26 EKP PAYMENT PLAN START UP            Y  015               PAY
08/22/16 07:53 FST Pymnt Plan Reminder              Y  015        JNK    PAY
09/06/16 07:35 NJQ BROKEN PAYMENT PLAN              Y  015 09/07         BRP
     #ST="PAY" #LW="151789" #RV="151826"
09/07/16 11:29 EKP POSSIBLE ASSET FOR LEGAL         Y  015 09/21          PAT
09/23/16 10:37 EKP PAYMENT PLAN START UP            Y  015               PAY
09/23/16 21:02 CDS Pymnt Plan Reminder              Y  015        JNK    PAY
10/06/16 21:00 CDS BROKEN PAYMENT PLAN              Y  015 10/07         BRP
     #ST="PAY" #LW="151826" #RV="151856"
10/07/16 09:21 EKP ADDITIONAL REMARK                Y  015 11/07         BRP
10/07/16 09:21 EKP Ltr to 01 FIRST BROKEN PROMI SNT Y  015 11/07 T08     BRP
11/08/16 16:53 EKP POSSIBLE ASSET FOR LEGAL         Y  015 11/22          PAT
     BACK IN PAT ROTATION- NO PMT MADE
11/25/16 14:39 EKP POSSIBLE ASSET FOR LEGAL         Y  015 12/25          PAT
12/28/16 13:34 EKP LEGAL REVIEW                     Y  015 01/27         LGR
12/28/16 13:36 EKP POSSIBLE ASSET FOR LEGAL         Y  015 01/21          PAT
     NO PMTS MADE SINCE JULY. REMOVED PIF TRLS. ADDED IN NEW HSE, WILL SEND
   LEGAL NEXT MO.
01/26/17 13:54 EKP LEGAL REVIEW                     Y  LG1 02/25         LGR
01/26/17 13:54 EKP Ltr to 01 EMPLOYER LETTER -  SNT Y  LG1 02/25 T03     LGR
06/13/17 13:38 HTP Dsk Chg:LG1 To 014              Y  014 06/13         LGR
06/13/17 13:38 HTP Dsk Chg:LG1 To 014              Y  014 06/13         LGR
06/14/17 09:57 HTP Sts Chg:LGR To DLS              Y  014               DLS
06/14/17 09:57 HTP Tie Change                      Y  014               DLS
07/18/17 17:07 HTP Sts Chg:DLS To ALS              Y  014               ALS
07/18/17 17:07 HTP Tie Change                      Y  014               ALS
10/24/17 11:29 BAE Sts Chg:ALS To PYR              Y  014               PYR
10/24/17 11:29 BAE  Action Taken                   Y  014               PYR
     Applied Desk/Status/Priority/Credit Reporting Flag Changes
     from tied account 0009002260
10/24/17 15:02 BAE Sts Chg:PYR To PIF              Y  014               PIF
10/26/17 12:15 SJP CRDT BUR REPORT PIF             Y  014               PIF
     #PR="1" #TF="Y" #T1="Y" #LW="151279"
02/23/18 09:49 SJP CRDT BUR REPORT PIF             Y  014               PIF
     #PR="R" #TF="Y" #T1="Y" #LW="152240"
03/20/18 17:34 SJP CRDT BUR REPORT PIF             Y  014               PIF
   #TCC="  "T1="Y" #LW="152360"
04/24/18 12:13 SJP CRDT BUR REPORT PIF             Y  014               PIF
   #TCC="  "T1="Y" #LW="152385"
04/24/18 18:30 SJP CRDT BUR REPORT PIF             Y  014               PIF
   #TCC="  "T1="Y" #LW="152420"
05/09/18 12:23 DMM Account Untied                  Y  014               PIF
     Untied from Header: ████2260 TRAILER: ████546 GASTON,ROBIE
05/22/18 11:10 SJP CRDT BUR REPORT PIF             Y  014               PIF
```

```
ALEDFWKC 12/03/18  14:02:21    Print Debtor Work Card                        PAGE   6
       #TCC="  "T1="Y" #LW="152420"
06/21/18 19:35 SJP CRDT BUR REPORT PIF               Y  014                          PIF
       #TCC="  "T1="Y" #LW="152448"
07/23/18 18:13 SJP CRDT BUR REPORT PIF               Y  014                          PIF
       #TCC="  "T1="Y" #LW="152478"
08/21/18 12:02 SJP CRDT BUR REPORT PIF               Y  014 .                        PIF
       #TCC="  "T1="Y" #LW="152510"
09/19/18 17:21 SJP CRDT BUR REPORT PIF               Y  014                          PIF
       #TCC="  "T1="Y" #LW="152539"
10/23/18 15:56 SJP CRDT BUR REPORT PIF               Y  014                          PIF
       #TCC="  "T1="Y" #LW="152568"
11/26/18 18:45 SJP CRDT BUR REPORT PIF               Y  014                          PIF
       #TCC="  "T1="Y" #LW="152602"
-------------------------------- TRUST HISTORY ---------------------------------
Date     Batch  UId DSK TCD Description       Amount      Comm      NewBlnc
-------- ------ --- --- --- ------------------ ---------- ---------- ----------
09/26/13 065059 LAS 039 002 PRIN PMT TO CLIENT     20.00       4.40      46.37
08/28/17 999998 BAE 014 001 PRIN PMT TO AGENCY     41.14       9.05       5.23
10/24/17 079518 BAE 014 001 PRIN PMT TO AGENCY      5.23       1.15        .00

** End of Report **
```

FST23

# Exhibit G

## Def. FST Produced Account Notes for Clt Allstar Disposal and Recycling

＊ SIF
notes from

```
ALEDFWKC 12/03/18  14:04:25    Print Debtor Work Card                    PAGE  1
Clt ALLSTAR DISPOSAL AND RECYCLING                 Ac# FSTI 001669████3419
Rf#
Nm1 GASTON,ROBIE              Desk   014 Sts  SIF Assignd        157.00
Nm2                          Assigned  05/18/15 PrincDue          .00
Adr 6543 SOUTH               L/Charge  11/11/14 In    .00 %       .00
                             L/Paymnt          Attorney          .00
    HOLLAND, OH 43528        L/Letter  05/18/15 Court            .00
PhN 419-819-8381             L/Worked  11/26/18 Other            .00
                             L/Trust   07/27/17 JudInt           .00
                             N/Review          Misc             .00
Msg                                            CntgcyFe          .00
                                               Tot Due           .00
                                               Tot Paid       100.00
----------------------------------- HISTORY ----------------------------------
Date     Time  Uid Description                    CR Dsk NxtRv Txt NextLtr Sts
-------- ----- --- ------------------------------ -- --- ----- --- ------- ---
05/18/15 16:03 KMM New Assignment                 Y  019 06/17     1 05/18 HSE
05/18/15 21:00 CDS Ltr to 01 FIRST LETTER         Y  019 06/17 001 2 06/18 HSE
05/27/15 07:51 DAD Sts Chg:HSE To RKM             Y  019 06/18     2 06/18 RKM
05/27/15 07:51 DAD RENKIM UPDATES                 Y  019 05/28     1 06/18 RKM
     Mail Return Letter# 001  Reason Returned Undeliverable
05/28/15 08:34 SBS Sts Chg:RKM To RVW             Y  019 05/28     1 06/18 RVW
05/28/15 08:34 SBS ACT/PENDING REVIEW             Y  019 05/28               RVW
07/23/15 16:24 DAD Sts Chg:RVW To MGR             Y  019 05/28               MGR
07/23/15 16:24 DAD DANELLE TO COLLECTOR           Y  019 07/24               MGR
     CLIENT SENT POSS PH# TO TRY
07/23/15 16:24 DAD Demographics Change            Y  019 07/24               MGR
     Phn1 Chg: TO 4198198381
     Sequence# 01
07/28/15 08:36 SBS Sts Chg:MGR To RVW             Y  019 07/24               RVW
07/28/15 08:36 SBS CALLED PHN 1-LEFT MSGE ON A/M  Y  019 07/28               RVW
07/28/15 08:36 SBS ACT/PENDING REVIEW             Y  019 07/28               RVW
06/13/17 13:38 HTP Dsk Chg:019 To 014             Y  014 07/28               RVW
06/13/17 13:38 HTP Dsk Chg:019 To 014             Y  014 07/28               RVW
06/14/17 09:57 HTP Sts Chg:RVW To DLS             Y  014                     DLS
06/14/17 09:57 HTP Tie Change                     Y  014                     DLS
07/18/17 17:07 HTP Sts Chg:DLS To ALS             Y  014                     ALS
07/18/17 17:07 HTP Tie Change                     Y  014                     ALS
07/27/17 11:46 BAE Sts Chg:ALS To PYR             Y  014                     PYR
07/27/17 11:46 BAE PAYMENT RECEIVED               Y  014 07/28               PYR
07/27/17 12:04 BAE Sts Chg:PYR To ADJ             Y  014 07/28               ADJ
07/27/17 12:04 BAE ADJUSTED AMOUNT                Y  014 07/28               ADJ
     #ST="PYR" #LW="152149" #RV="152150"
07/27/17 12:04 BAE Sts Chg:ADJ To SIF             Y  014 07/28               SIF
08/21/17 15:47 SJP CRDT BUR REPORT PIF            Y  014                     SIF
     #PR="4" #TF="Y" #T1="Y" #LW="152149"
02/23/18 08:09 SJP CRDT BUR REPORT PIF            Y  014                     SIF
     #PR="R" #TF="Y" #T1="Y" #LW="152174"
03/20/18 15:42 SJP CRDT BUR REPORT PIF            Y  014                     SIF
     #TCC="   "T1="Y" #LW="152360"
04/24/18 09:22 SJP CRDT BUR REPORT PIF            Y  014                     SIF
     #TCC="   "T1="Y" #LW="152385"
04/24/18 15:20 SJP CRDT BUR REPORT PIF            Y  014                     SIF
```

```
ALEDFWKC 12/03/18  14:04:25    Print Debtor Work Card                    PAGE   2
      #TCC="  "T1="Y" #LW="152420"
05/09/18 12:23 DMM Account Untied                          Y  014 05/09              SIF
      Untied from Header:   0009002260 TRAILER: 0008608419 GASTON,ROBIE
05/10/18 07:53 HTP Priority Chg:R To                       Y  014 05/09              SIF
05/10/18 07:53 HTP DROP REVIEW DATE                        Y  014                    SIF
05/22/18 09:00 SJP CRDT BUR REPORT PIF                     Y  014                    SIF
      #TCC="  "T1="Y" #LW="152436"
06/21/18 16:42 SJP CRDT BUR REPORT PIF                     Y  014                    SIF
      #TCC="  "T1="Y" #LW="152448"
07/23/18 14:45 SJP CRDT BUR REPORT PIF                     Y  014                    SIF
      #TCC="  "T1="Y" #LW="152478"
08/21/18 10:02 SJP CRDT BUR REPORT PIF                     Y  014                    SIF
      #TCC="  "T1="Y" #LW="152510"
09/19/18 14:26 SJP CRDT BUR REPORT PIF                     Y  014                    SIF
      #TCC="  "T1="Y" #LW="152539"
10/23/18 13:52 SJP CRDT BUR REPORT PIF                     Y  014                    SIF
      #TCC="  "T1="Y" #LW="152568"
11/26/18 15:52 SJP CRDT BUR REPORT PIF                     Y  014                    SIF
      #TCC="  "T1="Y" #LW="152602"
-------------------------------- TRUST HISTORY ---------------------------------
Date    Batch  UId DSK TCD Description       Amount      Comm     NewBlnc
-------- ------ --- --- --- ------------------ ---------- ---------- ----------
07/27/17 078738 BAE 014 002 PRIN PMT TO CLIENT  100.00      33.33      .00
07/27/17 078738 BAE 014 033 PRIN AMT ADJ +/-     57.00-       .00      .00
07/27/17 078738 BAE 014 700 ATTY COMMISSION FEE   6.67        .00      .00

  ** End of Report **
```

# Exhibit H

## Def. FST Produced Account Notes for Toledo Clinic, Inc. Reference No. ██████870001

```
ALEDFWKC 12/03/18  14:05:29    Print Debtor Work Card                    PAGE  1
Clt TOLEDO CLINIC INC                            Ac# FSTI 05998           0737
Rf#        70001
Nm1 GASTON,ROBIE                    Desk    014 Sts  PIF Assignd          69.13
Nm2                                 Assigned  06/18/16 PrincDue             .00
Adr 6543 DORR ST APT 43             L/Charge   01/14/15 In    .00 %         .00
                                    L/Paymnt           Attorney            .00
     TOLEDO, OH 43615-4217          L/Letter   06/18/16 Court              .00
PhN 419-819-8381                    L/Worked   11/26/18 Other              .00
                                    L/Trust    08/02/17 JudInt             .00
                                    N/Review            Misc               .00
Msg                                                 CntgcyFe               .00
                                                    Tot Due                .00
                                                    Tot Paid             69.13
----------------------------- HISTORY -----------------------------------------
Date      Time  Uid Description                    CR Dsk NxtRv Txt NextLtr Sts
--------  ----- --- -----------------------------  -- --- ------ --- ------- ---
06/18/16 09:08     New Assignment                   Y  002 07/18     1 06/18 HSE
06/18/16 21:00 CDS Ltr to 01 FIRST LETTER           Y  002 07/18 001 2 07/19 HSE
06/22/16 13:33 EKP Dsk Chg:002 To 015               Y  015 07/19     2 07/19 HSE
06/22/16 13:33 EKP Dsk Chg:002 To 015               Y  015 07/19     2 07/19 HSE
06/22/16 13:34 EKP Sts Chg:HSE To PAT               Y  015                   PAT
06/22/16 13:34 EKP Tie Change                       Y  015                   PAT
12/28/16 13:34 EKP Sts Chg:PAT To LGR               Y  015                   LGR
12/28/16 13:34 EKP Tie Change                       Y  015                   LGR
12/28/16 13:36 EKP Sts Chg:LGR To PAT               Y  015                   PAT
12/28/16 13:36 EKP Tie Change                       Y  015                   PAT
01/26/17 13:55 EKP Sts Chg:PAT To LGR               Y  015                   LGR
01/26/17 13:55 EKP Dsk Chg:015 To LG1               Y  LG1                   LGR
01/26/17 13:55 EKP Tie Change                       Y  LG1                   LGR
06/13/17 13:37 HTP Account Untied                   Y  LG1                   LGR
               UNTIED FROM HEADER: 0008039732 GASTON,RACHEL
08/31/11 13:59 MJS CALLED PHN 1-LEFT MSGE ON A/M    Y  017 09/14            DLS
08/31/11 13:59 MJS DEMAND LETTER SENT               Y  017 09/14            DLS
08/31/11 13:59 MJS Ltr to 01 DEMAND LETTER TIED SNT Y  017 09/14 T02        DLS
09/14/11 12:25 MJS CALLED PHN 1-LEFT MSGE ON A/M    Y  017 10/14            LLS
09/14/11 12:25 MJS LAST LTR SENT TO DTR             Y  017 10/14            LLS
09/14/11 12:25 MJS Ltr to 01 LAST LETTER TIED   SNT Y  017 10/14 T04        LLS
12/01/11 13:33 MJS ADDITIONAL REMARK                Y  017 12/01            LLS
               ***LOOKS LIKE THIS D WORKS FOR THE SHERIFFS OFFICE.PER COUNTY EMPLOYER
   SIGHT.
12/01/11 13:34 MJS ADDITIONAL REMARK                Y  017 12/01            LLS
   CORRECTION CENTER.
12/01/11 13:37 MJS ADDITIONAL REMARK                Y  017 12/01            LLS
               CALLED POE AND WAS TRANFERED TO D. THEY STATED THAT SHE COMES IN AFTER
   4
12/01/11 13:37 MJS ACT/PENDING REVIEW               Y  017 12/01            RVW
12/02/11 08:25 MJS ADDITIONAL REMARK                Y  017 12/02            RVW
12/02/11 16:08 MJS ACT/PENDING REVIEW               Y  017 12/02            RVW
               CALLED POE AND NO ANSW.
03/28/12 19:46 SBD CALLED PHN 1-LEFT MSGE ON A/M    Y  006 04/27            LGR
               ADDED PHONE FROM TRAILER  HAS LEGAL THAT IS NOT YET PAYING
03/28/12 19:46 SBD CALLED PHN2 - LFT MSGE ON A/M    Y  006 04/27            LGR
03/28/12 19:46 SBD LEGAL REVIEW                     Y  006 04/27            LGR
                                                                      FST26
```

```
ALEDFWKC 12/03/18  14:05:29    Print Debtor Work Card                    PAGE   2
03/28/12 19:46 SBD GOOGLED DEBTOR                        Y  006 04/27           LGR
05/30/12 13:48 SBD LEGAL REVIEW                          Y  006 06/29           LGR
05/30/12 13:49 SBD ADDITIONAL REMARK                     Y  006 06/29           LGR
    NO NEW INFO
07/20/12 10:00 SBD ACT/PENDING REVIEW                    Y  006 07/20           RVW
    NOTHING ON LEGAL
02/11/13 16:50 KPS CALED PHN 1 - NO ANSWER               Y  010 02/11           RVW
    D ALREADY HAS LEGAL THAT HASN'Y RECEIVED ANYTHING BNUT A $10 PYMT SO
    FAR. THESE BILLS HAVE RCV'D FIRST AND LAST LETTERS.
02/11/13 16:50 KPS TEL BUSY                              Y  010 02/11           RVW
02/11/13 16:50 KPS ACT/PENDING REVIEW                    Y  010 02/11           RVW
03/14/13 09:04 AEW LEGAL COLLECTOR REVIEW                Y  010 03/15           LRV
03/29/13 13:40 KPS LEGAL REVIEW                          Y  010 04/28           LGR
    NOT SENDING OUT ANY OTHER LTRS ON THIS UNTIL OTHER CURRENT LEGAL
    STARTS GETTING PAID OFF SOME MORE.
06/14/13 09:24 KPS LEGAL REVIEW                          Y  010 07/14           LGR
    STILL NO MOVEMENT ON LEGAL CASE. JUST STICKING THIS BACK IN LGR
06/14/13 15:29 AEW ADDITIONAL REMARK                     Y  010 07/14           LGR
    IF NO UPDATES ON H 5942517 BY AUGUST LET ME KNOW AND I WILL RE-CHK
    WITH ATTY ON STATUS
08/19/13 13:54 DMM TEL MADE CONTACT                      Y  007 10/18           LGR
    CD PH#1. SHE STATED WENT TO DOC TODAY & HASN'T BEEN RELEASED TO RETRN
    TO EMP. SHE GOES BCK TO DOC IN 2-3WKS TO BE RE-ASSESSED. IS ON MED
    LEAVE. ADVSD I WILL CB 2MOS TO SEE IF SHE'S RETRND TO EMP & SEE ABT
    P/A
08/19/13 13:54 DMM LEGAL REVIEW                          Y  007 10/18           LGR
10/18/13 09:44 DMM LEGAL REVIEW                          Y  007 11/17           LGR
    STILL X PYMNTS ON LEGAL
02/04/14 11:51 EKP CALLED PHN 1-LEFT MSGE ON A/M         Y  015 03/06           ALS
    SENDING NEW ALS FOR PAT
02/04/14 11:51 EKP ATTY LTR SENT TO DTR                  Y  015 03/06           ALS
02/04/14 11:52 EKP ATTY LTR SENT TO DTR                  Y  015 03/06           ALS
02/04/14 11:52 EKP Ltr to 01 BIESIADA ATTY LETT SNT Y  015 03/06 027           ALS
02/04/14 11:52 EKP POSSIBLE ASSET FOR LEGAL              Y  015 02/18           PAT
03/10/14 15:43 CEL COLLECTOR TO COLLECTOR                Y  015 03/11           CTC
    ADDED THREE NEW TRailers-cel
03/11/14 09:46 EKP POSSIBLE ASSET FOR LEGAL              Y  015 03/25           PAT
03/11/14 13:03 EKP PMT PLAN STARTED                      Y  015 03/25           PAY
    WANTS TO DO 40/EOM. WILL CALL IN ON THE 28TH TO DO OVER PH. CONFIRMED
    AD AND WILL AND EXPLAINED ARRANG LETTER GOING OUT WITH UPDATED
    BALANCE. ADVISED THAT ONCE SHE IS WORKING FT AGAIN SHE NEEDS TO UP
    THESE PAYMENTS SINCE IT WILL CURRENTLY TAKE HER A LONG TIME TO PAY
    OFF.
    THIS ACTION SENDS A T06 AUTOMATICALLY
03/11/14 13:03 EKP Ltr to 01 PAYMENT PLAN LETTE SNT Y  015 03/25 T06           PAY
03/11/14 13:03 EKP PAYMENT PLAN START UP                 Y  015                 PAY
03/11/14 14:33 LAS ADDITIONAL REMARK                     Y  015                 PAY
    RECD CK#3005 FOR $20.00-NOTHING IN IT WINDOW/OK TO APPLY PMT
03/18/14 21:00 CDS Pymnt Plan Reminder                   Y  015        JNK      PAY
03/26/14 15:32 DMM HOLD VIRTUAL CHECK PAYMENTS           N  PAY 03/26           HVC
    DC TO MAKE $40 CHCK PYMNT FOR MARCH.
03/27/14 11:00 MEH PAYMENT RECEIVED                      N  015 03/28           PYR
03/27/14 11:40 MEH ADDITIONAL REMARK                     N  015 03/28           PYR
```

```
ALEDFWKC 12/03/18  14:05:29    Print Debtor Work Card                    PAGE  3
03/27/14 11:40 MEH Ltr to 01 TIE RECEIPT CHECK  SNT N     015 03/28 RCP          PYR
04/07/14 09:36 EKP PAYMENT PLAN START UP           N     015                     PAY
05/05/14 11:30 EKP ADDITIONAL REMARK               N     015 07/30               PAY
06/04/14 19:33 EKP PAYMENT PLAN START UP           N     015                     PAY
06/04/14 19:33 EKP Promise PTP     40.00 On 072514 N     015 07/25               PTP
07/02/14 14:36 LAS PAYMENT RECEIVED                N     015 07/03               PYR
07/07/14 08:41 EKP Promise PTP     40.00 On 072514 N     015 07/25               PTP
07/30/14 21:00 CDS BROKEN PROMISE                  N     015 07/31               BRK
       #ST="PTP"  #LW="151033"  #RV="000000"
08/04/14 12:17 LAS PAYMENT RECEIVED                N     015 08/05               PYR
08/06/14 19:11 EKP Promise PTP     40.00 On 091514 N     015 09/15               PTP
09/09/14 14:45 LAS PAYMENT RECEIVED                N     015 09/10               PYR
09/11/14 13:02 EKP Promise PTP     40.00 On 100914 N     015 10/09               PTP
09/30/14 11:32 LAS PAYMENT RECEIVED .              N     015 10/01               PYR
10/06/14 09:15 EKP Promise PTP     40.00 On 113014 N     015 11/30               PTP
10/31/14 13:39 LAS PAYMENT RECEIVED                N     015 11/01               PYR
11/03/14 09:26 EKP Promise PTP     40.00 On 122614 N     015 12/26               PTP
12/02/14 15:50 LAS PAYMENT RECEIVED                N     015 12/03               PYR
12/04/14 08:47 EKP Promise PTP     40.00 On 013115 N     015 01/31               PTP
01/07/15 12:08 ANM PAYMENT RECEIVED                N     015 01/08               PYR
01/08/15 16:07 EKP Promise PTP     40.00 On 022815 N     015 02/28               PTP
02/04/15 10:40 ANM PAYMENT RECEIVED                N     015 02/05               PYR
02/05/15 09:01 EKP Promise PTP     40.00 On 042415 N     015 04/24               PTP
03/11/15 19:49 EKP ADDITIONAL REMARK               N     015 04/24               PTP
       ADDED TRL FOR SP SINCE HIS INFO IS ON THE BANKING PMT INFO WE
       RECIEVED. ALSO THE AD ON CHECK IS DIFF FROM HEADER THAT WAS VERIFIED
       PREV SO JUST ADDED TO SEQ2 FOR SP.
03/12/15 10:26 LAS PAYMENT RECEIVED                N     015 03/13               PYR
03/13/15 11:24 EKP Promise PTP     40.00 On 043015 N     015 04/30               PTP
04/03/15 09:51 LAS PAYMENT RECEIVED                N     015 04/04               PYR
04/06/15 13:52 EKP Promise PTP     40.00 On 063015 N     015 06/30               PTP
05/06/15 12:04 BAE PAYMENT RECEIVED                N     015 05/07               PYR
05/07/15 14:41 EKP ADDITIONAL REMARK               N     015 06/30               PTP
       PTP ALREADY SET
06/03/15 10:26 BAE PAYMENT RECEIVED                N     015 06/04               PYR
06/04/15 09:38 EKP Promise PTP     40.00 On 083015 N     015 08/30               PTP
07/08/15 10:50 BAE PAYMENT RECEIVED                N     015 07/09               PYR
07/09/15 08:52 EKP ADDITIONAL REMARK               N     015 08/30               PYR
08/05/15 15:22 BAE PAYMENT RECEIVED                N     015 08/06               PYR
08/06/15 14:51 EKP Promise PTP     40.00 On 093015 N     015 09/30               PTP
09/04/15 16:28 BAE PAYMENT RECEIVED                N     015 09/05               PYR
09/09/15 11:52 EKP Promise PTP     40.00 On 113015 N     015 11/30               PTP
09/21/15 11:54 SJP  Action Taken                   N     015 09/22               NSF
       NSF FROM TRUST POSTING DEBTOR:0008254571
09/21/15 11:54 SJP  Action Taken                   N     015 09/22               NSF
       NSF FROM TRUST POSTING DEBTOR:0008254572
09/21/15 11:56 SJP ADDITIONAL REMARK               N     015 09/22               NSF
       NSF - VCK DATED 9/1/15 FOR $40  NOT SUFFICIENT FUNDS + $45 FST/BANK
       FEE , FEE IS ON TRL # 8254571
09/22/15 08:31 EKP BROKEN PROMISE                  N     015 09/23               BRK
09/23/15 16:58 EKP DTR LTR REQUESTED               Y     015 10/13               LTR
09/23/15 16:58 EKP Ltr to 01 FIRST BROKEN PROMI SNT Y   015 10/13 T08            LTR
10/07/15 14:46 BAE PAYMENT RECEIVED                Y     015 10/08               PYR
```

```
ALEDFWKC 12/03/18  14:05:29    Print Debtor Work Card                    PAGE   4
10/07/15 14:59 BAE ADDITIONAL REMARK                    Y   015 10/08           PYR
    RECD ONLN CK# 0000005233 FOR $40.00, PUT TOWARDS NSF FEE
10/08/15 08:41 EKP ADDITIONAL REMARK                    Y   015 11/30           PTP
    D MADE UP PMT FOR SEPT- STILL HAS NSF FEE TO PAY BUT NEXT PMT NOT DUE
    TIL NOV
11/04/15 13:34 BAE PAYMENT RECEIVED                     Y   015 11/05           PYR
11/04/15 19:23 EKP Promise PTP      40.00 On 013016     Y   015 01/30           PTP
12/04/15 13:17 BAE PAYMENT RECEIVED                     Y   015 12/05           PYR
12/04/15 16:41 EKP ADDITIONAL REMARK                    Y   015 01/30           PTP
    D SENT IN ANOTHER PMT
12/21/15 14:05 EKP ADDITIONAL REMARK                    Y   015 01/30           PTP
    SEV NEW TRLS ADDED
01/06/16 11:57 BAE PAYMENT RECEIVED                     Y   015 01/07           PYR
01/06/16 18:28 EKP Promise PTP      40.00 On 022916     Y   015 02/29           PTP
01/27/16 14:50 EKP ADDITIONAL REMARK                    Y   015 02/29           PTP
    NEW TRL SAME INFO
02/05/16 09:45 BAE PAYMENT RECEIVED                     Y   015 02/06           PYR
02/08/16 11:26 EKP Promise PTP      40.00 On 032916     Y   015 03/29           PTP
03/04/16 16:14 BAE PAYMENT RECEIVED                     Y   015 03/05           PYR
03/08/16 09:12 EKP Promise PTP      40.00 On 052916     Y   015 05/29           PTP
04/12/16 11:14 EKP ADDITIONAL REMARK                    Y   015 05/29           PTP
    SEV NEW TRLS ADDED
05/13/16 09:05 EKP ADDITIONAL REMARK                    Y   015 05/29           PTP
    SEV NEW TRLS ADDED- WILL SEND NEW PPL AFTER NEXT PMT COMES IN
06/03/16 21:00 CDS BROKEN PROMISE                       Y   015 06/04           BRK
    #ST="PTP" #LW="151709" #RV="151725"
06/08/16 11:54 EKP POSSIBLE ASSET FOR LEGAL             Y   015 06/22           PAT
06/08/16 11:54 EKP Ltr to 01 FIRST BROKEN PROMI SNT Y   015 06/22 T08           PAT
06/22/16 13:34 EKP POSSIBLE ASSET FOR LEGAL             Y   015 07/06           PAT
07/06/16 16:45 EKP POSSIBLE ASSET FOR LEGAL             Y   015 07/20           PAT
07/06/16 16:45 EKP Ltr to 01 BIESIADA ATTY LETT SNT Y   015 07/20 027           PAT
07/13/16 14:36 EKP ADDITIONAL REMARK                    Y   015 07/20           PAT
    RECEIVED CALL FROM GALLON AND TACKUS- REP HER ON TRL 8507485
07/28/16 08:47 EKP POSSIBLE ASSET FOR LEGAL             Y   015 08/11           PAT
08/01/16 08:25 EKP ADDITIONAL REMARK                    Y   015 08/11           PYR
    D MADE PMT TO K
08/01/16 08:26 EKP PAYMENT PLAN START UP                Y   015               PAY
08/22/16 07:53 FST Pymnt Plan Reminder                  Y   015          JNK   PAY
09/06/16 07:35 NJQ BROKEN PAYMENT PLAN                  Y   015 09/07           BRP
    #ST="PAY" #LW="151789" #RV="151826"
09/07/16 11:29 EKP POSSIBLE ASSET FOR LEGAL             Y   015 09/21           PAT
09/23/16 10:37 EKP PAYMENT PLAN START UP                Y   015               PAY
09/23/16 21:02 CDS Pymnt Plan Reminder                  Y   015          JNK   PAY
10/06/16 21:00 CDS BROKEN PAYMENT PLAN                  Y   015 10/07           BRP
    #ST="PAY" #LW="151826" #RV="151856"
10/07/16 09:21 EKP ADDITIONAL REMARK                    Y   015 11/07           BRP
10/07/16 09:21 EKP Ltr to 01 FIRST BROKEN PROMI SNT Y   015 11/07 T08           BRP
11/08/16 16:53 EKP POSSIBLE ASSET FOR LEGAL             Y   015 11/22           PAT
    BACK IN PAT ROTATION- NO PMT MADE
11/25/16 14:39 EKP POSSIBLE ASSET FOR LEGAL             Y   015 12/25           PAT
12/28/16 13:34 EKP LEGAL REVIEW                         Y   015 01/27           LGR
12/28/16 13:36 EKP POSSIBLE ASSET FOR LEGAL             Y   015 01/21           PAT
    NO PMTS MADE SINCE JULY. REMOVED PIF TRLS. ADDED IN NEW HSE. WILL SEND
```

```
ALEDFWKC 12/03/18  14:05:29    Print Debtor Work Card                    PAGE   5
       LEGAL NEXT MO.
01/26/17 13:54 EKP LEGAL REVIEW                        Y  LG1 02/25            LGR
01/26/17 13:54 EKP Ltr to 01 EMPLOYER LETTER -  SNT Y  LG1 02/25 T03          LGR
06/13/17 13:38 HTP Dsk Chg:LG1 To 014                  Y  014 06/13           LGR
06/13/17 13:38 HTP Dsk Chg:LG1 To 014                  Y  014 06/13           LGR
06/14/17 09:57 HTP Sts Chg:LGR To DLS                  Y  014                 DLS
06/14/17 09:57 HTP Tie Change                          Y  014                 DLS
07/18/17 17:07 HTP Sts Chg:DLS To ALS                  Y  014                 ALS
07/18/17 17:07 HTP Tie Change                          Y  014                 ALS
07/27/17 11:09 BAE Sts Chg:ALS To PYR                  Y  014                 PYR
07/27/17 11:09 BAE Tie Change                          Y  014                 PYR
07/27/17 11:43 BAE Sts Chg:PYR To PIF                  Y  014                 PIF
07/27/17 15:28 SJP Sts Chg:PIF To REV                  Y  014                 REV
08/01/17 11:13 AEW Sts Chg:REV To ALS                  Y  014                 ALS
08/01/17 11:13 AEW ADDITIONAL REMARK                   Y  014                 ALS
08/02/17 10:01 BAE Sts Chg:ALS To PIF                  Y  014                 PIF
08/21/17 15:47 SJP CRDT BUR REPORT PIF                 Y  014                 PIF
       #PR="1" #TF="Y" #T1=" " #LW="152154"
02/23/18 12:25 SJP CRDT BUR REPORT PIF                 Y  014                 PIF
       #PR="R" #TF="Y" #T1="Y" #LW="152174"
03/20/18 20:18 SJP CRDT BUR REPORT PIF                 Y  014                 PIF
       #TCC="  "T1="Y" #LW="152360"
04/24/18 00:10 SJP CRDT BUR REPORT PIF                 Y  014                 PIF
       #TCC="  "T1="Y" #LW="152385"
05/09/18 12:23 DMM Account Untied                      Y  014                 PIF
       Untied from Header:        2260 TRAILER:        90737 GASTON,ROBIE
05/22/18 14:10 SJP CRDT BUR REPORT PIF                 Y  014                 PIF
       #TCC="  "T1="Y" #LW="152420"
06/21/18 22:34 SJP CRDT BUR REPORT PIF                 Y  014                 PIF
       #TCC="  "T1="Y" #LW="152448"
07/23/18 23:46 SJP CRDT BUR REPORT PIF                 Y  014                 PIF
       #TCC="  "T1="Y" #LW="152478"
08/21/18 15:12 SJP CRDT BUR REPORT PIF                 Y  014                 PIF
       #TCC="  "T1="Y" #LW="152510"
09/19/18 22:52 SJP CRDT BUR REPORT PIF                 Y  014                 PIF
       #TCC="  "T1="Y" #LW="152539"
10/23/18 19:05 SJP CRDT BUR REPORT PIF                 Y  014                 PIF
       #TCC="  "T1="Y" #LW="152568"
11/26/18 23:26 SJP CRDT BUR REPORT PIF                 Y  014                 PIF
       #TCC="  "T1="Y" #LW="152602"
------------------------------------ TRUST HISTORY -----------------------------
Date    Batch  UId DSK TCD Description      Amount       Comm      NewBlnc
-------- ------ --- --- --- ----------------- ----------- ---------- ----------
07/27/17 078736 BAE 014 002 PRIN PMT TO CLIENT      69.13       15.90       .00
07/27/17 078736 BAE 014 700 ATTY COMMISSION FEE      3.18         .00       .00
07/27/17 078743 SJP 014 190 REV PRIN PMT TO CLT     69.13-     15.90-     69.13
07/27/17 078743 SJP 014 700 ATTY COMMISSION FEE      3.18-       .00      69.13
08/02/17 999998 BAE 014 001 PRIN PMT TO AGENCY      69.13       15.90       .00

** End of Report **
```

# Exhibit I

Def. FST Produced Account
Notes for Toledo Clinic, Inc.
Reference No. ███████730001

```
ALEDFWKC 12/03/18  13:53:16    Print Debtor Work Card              PAGE   4
Clt TOLEDO CLINIC INC                          Ac# FSTI 05998        1425
Rf#      30001
Nm1 GASTON,ROBIE              Desk   016 Sts  RVW Assignd        768.93
Nm2                          Assigned   05/06/16 PrincDue        734.16
Adr 6543 DORR ST APT 43      L/Charge   01/16/14 In    .00 %        .00
                             L/Paymnt            Attorney           .00
     TOLEDO, OH 43615-4217   L/Letter   05/06/16 Court             .00
PhN                          L/Worked            Other             .00
                             L/Trust    10/24/17 JudInt           .00
                             N/Review            Misc             .00
Msg                                             CntgcyFe          .00
                                                Tot Due       734.16
                                                Tot Paid       34.77
----------------------------- HISTORY -------------------------------
Date     Time  Uid Description              CR Dsk NxtRv Txt NextLtr Sts
-------- ----- --- -------------------------------- -- --- ----- --- ------- ---
05/06/16 16:18     New Assignment              Y  030 06/05    1 05/06 HSE
05/06/16 21:02 CDS Ltr to 01 FIRST LETTER      Y  030 06/05 001 2 06/06 HSE
05/13/16 09:04 EKP Dsk Chg:030 To 015          Y  015 06/06    2 06/06 HSE
05/13/16 09:04 EKP Dsk Chg:030 To 015          Y  015 06/06    2 06/06 HSE
06/08/16 11:54 EKP Sts Chg:HSE To PAT          Y  015                 PAT
06/08/16 11:54 EKP Tie Change                  Y  015                 PAT
12/28/16 13:34 EKP Sts Chg:PAT To LGR          Y  015                 LGR
12/28/16 13:34 EKP Tie Change                  Y  015                 LGR
12/28/16 13:36 EKP Sts Chg:LGR To PAT          Y  015                 PAT
12/28/16 13:36 EKP Tie Change                  Y  015                 PAT
01/26/17 13:55 EKP Sts Chg:PAT To LGR          Y  015                 LGR
01/26/17 13:55 EKP Dsk Chg:015 To LG1          Y  LG1                 LGR
01/26/17 13:55 EKP Tie Change                  Y  LG1                 LGR
06/13/17 13:37 HTP Account Untied              Y  LG1                 LGR
     UNTIED FROM HEADER: 0008039732 GASTON,RACHEL
08/31/11 13:59 MJS CALLED PHN 1-LEFT MSGE ON A/M Y 017 09/14         DLS
08/31/11 13:59 MJS DEMAND LETTER SENT          Y  017 09/14         DLS
08/31/11 13:59 MJS Ltr to 01 DEMAND LETTER TIED SNT Y 017 09/14 T02  DLS
09/14/11 12:25 MJS CALLED PHN 1-LEFT MSGE ON A/M Y 017 10/14         LLS
09/14/11 12:25 MJS LAST LTR SENT TO DTR        Y  017 10/14         LLS
09/14/11 12:25 MJS Ltr to 01 LAST LETTER TIED  SNT Y 017 10/14 T04  LLS
12/01/11 13:33 MJS ADDITIONAL REMARK           Y  017 12/01         LLS
     ***LOOKS LIKE THIS D WORKS FOR THE SHERIFFS OFFICE.PER COUNTY EMPLOYEE
     SIGHT.
12/01/11 13:34 MJS ADDITIONAL REMARK           Y  017 12/01         LLS
     CORRECTION CENTER.
12/01/11 13:37 MJS ADDITIONAL REMARK           Y  017 12/01         LLS
     CALLED POE AND WAS TRANFERED TO D. THEY STATED THAT SHE COMES IN AFTER
     4
12/01/11 13:37 MJS ACT/PENDING REVIEW          Y  017 12/01         RVW
12/02/11 08:25 MJS ADDITIONAL REMARK           Y  017 12/02         RVW
12/02/11 16:08 MJS ACT/PENDING REVIEW          Y  017 12/02         RVW
     CALLED POE AND NO ANSW.
03/28/12 19:46 SBD CALLED PHN 1-LEFT MSGE ON A/M Y 006 04/27        LGR
     ADDED PHONE FROM TRAILER  HAS LEGAL THAT IS NOT YET PAYING
03/28/12 19:46 SBD CALLED PHN2 - LFT MSGE ON A/M Y 006 04/27        LGR
03/28/12 19:46 SBD LEGAL REVIEW                Y  006 04/27         LGR
                                                       FST31
```

```
ALEDFWKC 12/03/18  13:53:16    Print Debtor Work Card        .              PAGE   5
03/28/12 19:46 SBD GOOGLED DEBTOR                         Y   006 04/27               LGR
05/30/12 13:48 SBD LEGAL REVIEW                           Y   006 06/29               LGR
05/30/12 13:49 SBD ADDITIONAL REMARK                      Y   006 06/29               LGR
     NO NEW INFO .
07/20/12 10:00 SBD ACT/PENDING REVIEW                     Y   006 07/20               RVW
     NOTHING ON LEGAL
02/11/13 16:50 KPS CALED PHN 1 - NO ANSWER               Y   010 02/11               RVW
     D ALREADY HAS LEGAL THAT HASN'Y RECEIVED ANYTHING BNUT A $10 PYMT SO
     FAR. THESE BILLS HAVE RCV'D FIRST AND LAST LETTERS.
02/11/13 16:50 KPS TEL BUSY                               Y   010 02/11               RVW
02/11/13 16:50 KPS ACT/PENDING REVIEW                     Y   010 02/11               RVW
03/14/13 09:04 AEW LEGAL COLLECTOR REVIEW                 Y   010 03/15               LRV
03/29/13 13:40 KPS LEGAL REVIEW                           Y   010 04/28               LGR
     NOT SENDING OUT ANY OTHER LTRS ON THIS UNTIL OTHER CURRENT LEGAL
     STARTS GETTING PAID OFF SOME MORE.
06/14/13 09:24 KPS LEGAL REVIEW                           Y   010 07/14               LGR
     STILL NO MOVEMENT ON LEGAL CASE. JUST STICKING THIS BACK IN LGR
06/14/13 15:29 AEW ADDITIONAL REMARK                      Y   010 07/14               LGR
     IF NO UPDATES ON H 5942517 BY AUGUST LET ME KNOW AND I WILL RE-CHK
     WITH ATTY ON STATUS
08/19/13 13:54 DMM TEL MADE CONTACT                       Y   007 10/18               LGR
     CD PH#1. SHE STATED WENT TO DOC TODAY & HASN'T BEEN RELEASED TO RETRN
     TO EMP. SHE GOES BCK TO DOC IN 2-3WKS TO BE RE-ASSESSED. IS ON MED
     LEAVE. ADVSD I WILL CB 2MOS TO SEE IF SHE'S RETRND TO EMP & SEE ABT
     P/A
08/19/13 13:54 DMM LEGAL REVIEW                           Y   007 10/18               LGR
10/18/13 09:44 DMM LEGAL REVIEW                           Y   007 11/17               LGR
     STILL X PYMNTS ON LEGAL
02/04/14 11:51 EKP CALLED PHN 1-LEFT MSGE ON A/M         Y   015 03/06               ALS
     SENDING NEW ALS FOR PAT
02/04/14 11:51 EKP ATTY LTR SENT TO DTR                   Y   015 03/06               ALS
02/04/14 11:52 EKP ATTY LTR SENT TO DTR                   Y   015 03/06               ALS
02/04/14 11:52 EKP Ltr to 01 BIESIADA ATTY LETT SNT Y   015 03/06 027               ALS
02/04/14 11:52 EKP POSSIBLE ASSET FOR LEGAL              Y   015 02/18               PAT
03/10/14 15:43 CEL COLLECTOR TO COLLECTOR                 Y   015 03/11               CTC
     ADDED THREE NEW TRailers-cel
03/11/14 09:46 EKP POSSIBLE ASSET FOR LEGAL              Y   015 03/25               PAT
03/11/14 13:03 EKP PMT PLAN STARTED                       Y   015 03/25               PAY
     WANTS TO DO 40/EOM. WILL CALL IN ON THE 28TH TO DO OVER PH. CONFIRMED
     AD AND WILL AND EXPLAINED ARRANG LETTER GOING OUT WITH UPDATED
     BALANCE. ADVISED THAT ONCE SHE IS WORKING FT AGAIN SHE NEEDS TO UP
     THESE PAYMENTS SINCE IT WILL CURRENTLY TAKE HER A LONG TIME TO PAY
     OFF.
     THIS ACTION SENDS A T06 AUTOMATICALLY
03/11/14 13:03 EKP Ltr to 01 PAYMENT PLAN LETTE SNT Y   015 03/25 T06               PAY
03/11/14 13:03 EKP PAYMENT PLAN START UP                 Y   015    .                PAY
03/11/14 14:33 LAS ADDITIONAL REMARK                     Y   015                     PAY
     RECD CK#3005 FOR $20.00-NOTHING IN IT WINDOW/OK TO APPLY PMT
03/18/14 21:00 CDS Pymnt Plan Reminder                   Y   015        JNK          PAY
03/26/14 15:32 DMM HOLD VIRTUAL CHECK PAYMENTS           N   PAY 03/26               HVC
     DC TO MAKE $40 CHCK PYMNT FOR MARCH.       .
03/27/14 11:00 MEH PAYMENT RECEIVED                      N   015 03/28               PYR
03/27/14 11:40 MEH ADDITIONAL REMARK                     N   015 03/28               PYR
                                                                          FST32
```

```
ALEDFWKC 12/03/18  13:53:16    Print Debtor Work Card                        PAGE    6
03/27/14 11:40 MEH Ltr to 01 TIE RECEIPT CHECK  SNT N    015 03/28 RCP            PYR
04/07/14 09:36 EKP PAYMENT PLAN START UP                N    015                  PAY
05/05/14 11:30 EKP ADDITIONAL REMARK                    N    015 07/30            PAY
06/04/14 19:33 EKP PAYMENT PLAN START UP                N    015                  PAY
06/04/14 19:33 EKP Promise PTP    40.00 On 072514       N    015 07/25            PTP
07/02/14 14:36 LAS PAYMENT RECEIVED                     N    015 07/03            PYR
07/07/14 08:41 EKP Promise PTP    40.00 On 072514       N    015 07/25            PTP
07/30/14 21:00 CDS BROKEN PROMISE                       N    015 07/31            BRK
        #ST="PTP" #LW="151033" #RV="000000"
08/04/14 12:17 LAS PAYMENT RECEIVED                     N    015 08/05            PYR
08/06/14 19:11 EKP Promise PTP    40.00 On 091514       N    015 09/15            PTP
09/09/14 14:45 LAS PAYMENT RECEIVED                     N    015 09/10            PYR
09/11/14 13:02 EKP Promise PTP    40.00 On 100914       N    015 10/09            PTP
09/30/14 11:32 LAS PAYMENT RECEIVED                     N    015 10/01            PYR
10/06/14 09:15 EKP Promise PTP    40.00 On 113014       N    015 11/30            PTP
10/31/14 13:39 LAS PAYMENT RECEIVED                     N    015 11/01            PYR
11/03/14 09:26 EKP Promise PTP    40.00 On 122614       N    015 12/26            PTP
12/02/14 15:50 LAS PAYMENT RECEIVED                     N    015 12/03            PYR
12/04/14 08:47 EKP Promise PTP    40.00 On 013115       N    015 01/31            PTP
01/07/15 12:08 ANM PAYMENT RECEIVED                     N    015 01/08            PYR
01/08/15 16:07 EKP Promise PTP    40.00 On 022815       N    015 02/28            PTP
02/04/15 10:40 ANM PAYMENT RECEIVED                     N    015 02/05            PYR
02/05/15 09:01 EKP Promise PTP    40.00 On 042415       N    015 04/24            PTP
03/11/15 19:49 EKP ADDITIONAL REMARK                    N    015 04/24            PTP
        ADDED TRL FOR SP SINCE HIS INFO IS ON THE BANKING PMT INFO WE
        RECIEVED. ALSO THE AD ON CHECK IS DIFF FROM HEADER THAT WAS VERIFIED
        PREV SO JUST ADDED TO SEQ2 FOR SP.
03/12/15 10:26 LAS PAYMENT RECEIVED                     N    015 03/13            PYR
03/13/15 11:24 EKP Promise PTP    40.00 On 043015       N    015 04/30            PTP
04/03/15 09:51 LAS PAYMENT RECEIVED                     N    015 04/04            PYR
04/06/15 13:52 EKP Promise PTP    40.00 On 063015       N    015 06/30            PTP
05/06/15 12:04 BAE PAYMENT RECEIVED                     N    015 05/07            PYR
05/07/15 14:41 EKP ADDITIONAL REMARK                    N    015 06/30            PTP
        PTP ALREADY SET
06/03/15 10:26 BAE PAYMENT RECEIVED                     N    015 06/04            PYR
06/04/15 09:38 EKP Promise PTP    40.00 On 083015       N    015 08/30            PTP
07/08/15 10:50 BAE PAYMENT RECEIVED                     N    015 07/09            PYR
07/09/15 08:52 EKP ADDITIONAL REMARK                    N    015 08/30            PYR
08/05/15 15:22 BAE PAYMENT RECEIVED                     N    015 08/06            PYR
08/06/15 14:51 EKP Promise PTP    40.00 On 093015       N    015 09/30            PTP
09/04/15 16:28 BAE PAYMENT RECEIVED                     N    015 09/05            PYR
09/09/15 11:52 EKP Promise PTP    40.00 On 113015       N    015 11/30            PTP
09/21/15 11:54 SJP  Action Taken                        N    015 09/22            NSF
        NSF FROM TRUST POSTING DEBTOR:        4571
09/21/15 11:54 SJP  Action Taken                        N    015 09/22            NSF
        NSF FROM TRUST POSTING DEBTOR:        4572
09/21/15 11:56 SJP ADDITIONAL REMARK                    N    015 09/22            NSF
        NSF - VCK DATED 9/1/15 FOR $40  NOT SUFFICIENT FUNDS + $45 FST/BANK
        FEE , FEE IS ON TRL # 8254571
09/22/15 08:31 EKP BROKEN PROMISE                       N    015 09/23            BRK
09/23/15 16:58 EKP DTR LTR REQUESTED                    Y    015 10/13            LTR
09/23/15 16:58 EKP Ltr to 01 FIRST BROKEN PROMI SNT Y    015 10/13 T08           LTR
10/07/15 14:46 BAE PAYMENT RECEIVED                     Y    015 10/08            PYR
                                                                      FST33
```

```
ALEDFWKC 12/03/18  13:53:16    Print Debtor Work Card                      PAGE   7
10/07/15 14:59 BAE ADDITIONAL REMARK                Y  015 10/08                 PYR
     RECD ONLN CK# 0000005233 FOR $40.00, PUT TOWARDS NSF FEE
10/08/15 08:41 EKP ADDITIONAL REMARK                Y  015 11/30                 PTP
     D MADE UP PMT FOR SEPT- STILL HAS NSF FEE TO PAY BUT NEXT PMT NOT DUE
     TIL NOV
11/04/15 13:34 BAE PAYMENT RECEIVED                 Y  015 11/05                 PYR
11/04/15 19:23 EKP Promise PTP    40.00 On 013016   Y  015 01/30                 PTP
12/04/15 13:17 BAE PAYMENT RECEIVED                 Y  015 12/05                 PYR
12/04/15 16:41 EKP ADDITIONAL REMARK                Y  015 01/30                 PTP
     D SENT IN ANOTHER PMT
12/21/15 14:05 EKP ADDITIONAL REMARK                Y  015 01/30                 PTP
     SEV NEW TRLS ADDED
01/06/16 11:57 BAE PAYMENT RECEIVED                 Y  015 01/07                 PYR
01/06/16 18:28 EKP Promise PTP    40.00 On 022916   Y  015 02/29                 PTP
01/27/16 14:50 EKP ADDITIONAL REMARK                Y  015 02/29                 PTP
     NEW TRL SAME INFO
02/05/16 09:45 BAE PAYMENT RECEIVED                 Y  015 02/06                 PYR
02/08/16 11:26 EKP Promise PTP    40.00 On 032916   Y  015 03/29                 PTP
03/04/16 16:14 BAE PAYMENT RECEIVED                 Y  015 03/05                 PYR
03/08/16 09:12 EKP Promise PTP    40.00 On 052916   Y  015 05/29                 PTP
04/12/16 11:14 EKP ADDITIONAL REMARK                Y  015 05/29                 PTP
     SEV NEW TRLS ADDED
05/13/16 09:05 EKP ADDITIONAL REMARK                Y  015 05/29                 PTP
     SEV NEW TRLS ADDED- WILL SEND NEW PPL AFTER NEXT PMT COMES IN
06/03/16 21:00 CDS BROKEN PROMISE                   Y  015 06/04                 BRK
     #ST="PTP" #LW="151709" #RV="151725"
06/08/16 11:54 EKP POSSIBLE ASSET FOR LEGAL         Y  015 06/22                 PAT
06/08/16 11:54 EKP Ltr to 01 FIRST BROKEN PROMI SNT Y  015 06/22 T08             PAT
06/22/16 13:34 EKP POSSIBLE ASSET FOR LEGAL         Y  015 07/06                 PAT
07/06/16 16:45 EKP POSSIBLE ASSET FOR LEGAL         Y  015 07/20                 PAT
07/06/16 16:45 EKP Ltr to 01 BIESIADA ATTY LETT SNT Y  015 07/20 027             PAT
07/13/16 14:36 EKP ADDITIONAL REMARK                Y  015 07/20                 PAT
     RECEIVED CALL FROM GALLON AND TACKUS- REP HER ON TRL 8507485
07/28/16 08:47 EKP POSSIBLE ASSET FOR LEGAL         Y  015 08/11                 PAT
08/01/16 08:25 EKP ADDITIONAL REMARK                Y  015 08/11                 PYR
     D MADE PMT TO K
08/01/16 08:26 EKP PAYMENT PLAN START UP            Y  015                       PAY
08/22/16 07:53 FST Pymnt Plan Reminder              Y  015          JNK          PAY
09/06/16 07:35 NJQ BROKEN PAYMENT PLAN              Y  015 09/07                 BRP
     #ST="PAY" #LW="151789" #RV="151826"
09/06/16 11:29 EKP POSSIBLE ASSET FOR LEGAL         Y  015 09/21                 PAT
09/23/16 10:37 EKP PAYMENT PLAN START UP            Y  015                       PAY
09/23/16 21:02 CDS Pymnt Plan Reminder              Y  015          JNK          PAY
10/06/16 21:00 CDS BROKEN PAYMENT PLAN              Y  015 10/07                 BRP
     #ST="PAY" #LW="151826" #RV="151856"
10/07/16 09:21 EKP ADDITIONAL REMARK                Y  015 11/07                 BRP
10/07/16 09:21 EKP Ltr to 01 FIRST BROKEN PROMI SNT Y  015 11/07 T08             BRP
11/08/16 16:53 EKP POSSIBLE ASSET FOR LEGAL         Y  015 11/22                 PAT
     BACK IN PAT ROTATION- NO PMT MADE
11/25/16 14:39 EKP POSSIBLE ASSET FOR LEGAL         Y  015 12/25                 PAT
12/28/16 13:34 EKP LEGAL REVIEW                     Y  015 01/27                 LGR
12/28/16 13:36 EKP POSSIBLE ASSET FOR LEGAL         Y  015 01/21                 PAT
     NO PMTS MADE SINCE JULY. REMOVED PIF TRLS. ADDED IN NEW HSE. WILL SEND
                                                                          FST34
```

```
ALEDFWKC 12/03/18  13:53:16    Print Debtor Work Card              PAGE  8
      LEGAL NEXT MO.
01/26/17 13:54 EKP LEGAL REVIEW                      Y  LG1 02/25              LGR
01/26/17 13:54 EKP Ltr to 01 EMPLOYER LETTER ~ SNT Y  LG1 02/25 T03          LGR
06/13/17 13:38 HTP Dsk Chg:LG1 To 014                Y  014 06/13              LGR
06/13/17 13:38 HTP Dsk Chg:LG1 To 014                Y  014 06/13              LGR
06/14/17 09:57 HTP Sts Chg:LGR To DLS                Y  014                    DLS
06/14/17 09:57 HTP Tie Change                        Y  014                    DLS
07/18/17 17:07 HTP Sts Chg:DLS To ALS                Y  014                    ALS
07/18/17 17:07 HTP Tie Change                        Y  014                    ALS
10/24/17 11:29 BAE Sts Chg:ALS To PYR                Y  014                    PYR
10/24/17 11:29 BAE  Action Taken                     Y  014                    PYR
      Applied Desk/Status/Priority/Credit Reporting Flag Changes
      from tied account ████████2260
01/12/18 15:31 HTP Sts Chg:PYR To LLS                Y  014                    LLS
01/12/18 15:31 HTP  Action Taken                     Y  014                    LLS
      Applied Desk/Status/Priority/Credit Reporting Flag Changes
      from tied account 0009002260
05/09/18 12:23 DMM Sts Chg:LLS To RVW                Y  014                    RVW
05/09/18 12:23 DMM Dsk Chg:014 To 007                Y  007                    RVW
11/27/18 08:09 AEW Dsk Chg:007 To 016                Y  016                    RVW
11/27/18 08:09 AEW  Action Taken                     Y  016                    RVW
      Applied Desk/Status/Priority/Credit Reporting Flag Changes
      from tied account ████████2260
11/27/18 08:10 AEW Demographics Change               Y  016                    RVW
      Phn1 Chg:4198198381 TO
      Sequence# 01
------------------------------- TRUST HISTORY -------------------------------
Date     Batch  UId DSK TCD Description       Amount      Comm     NowBlnc
-------- ------ --- --- --- ------------------- ---------- ---------- ----------
10/24/17 079518 BAE 014 001 PRIN PMT TO AGENCY   34.77       7.99     734.16
```

# Exhibit J

Def. FST Produced Account
Notes for Toledo Clinic, Inc.
Reference No.██████786
1601954

```
ALEDFWKC 12/03/18  13:53:16      Print Debtor Work Card                    PAGE   9
Clt THE TOLEDO CLINIC INC                              Ac# FSTI 059981        2831
Rf#      5786 1601954
Nm1 GASTON,ROBIE                    Desk    016 Sts  RVW Assignd             41.14
Nm2                                 Assigned   05/10/17 PrincDue             41.14
Adr 6543 DORR ST APT G43            L/Charge   12/28/16 In   .00 %             .00
                                    L/Paymnt            Attorney              .00
    TOLEDO, OH 43615-4217           L/Letter   05/10/17 Court                 .00
PhN                                 L/Worked            Other                 .00
                                    L/Trust    07/27/17 JudInt                .00
                                    N/Review            Misc                  .00
Msg                                                     CntgcyFe              .00
                                                        Tot Due             41.14
                                                        Tot Paid              .00
----------------------------------- HISTORY -----------------------------------
Date      Time   Uid Description                    CR Dsk NxtRv Txt NextLtr Sts
-------- ------ --- --------------------------------- -- --- ----- --- ------- ---
05/10/17 10:09     New Assignment                    N  014 06/09   1 05/10 HSE
05/10/17 21:00 CDS Ltr to 01 FIRST LETTER            N  014 06/09 001 2 06/10 HSE
06/10/17 21:00 CDS Ltr to 01 JUNK LETTER             N  014 06/10 JNK 3 06/10 HSE
06/10/17 21:00 CDS Ltr/Ser Completed                 N  014 06/10            HSE
06/10/17 21:00 CDS Sts Chg:HSE To NEW                N  014 06/10            NEW
06/10/17 21:00 CDS NEW BUSINESS                      N  014 06/11            NEW
06/13/17 13:38 HTP Account Tied                      N  014 06/11            NEW
06/14/17 09:57 HTP Sts Chg:NEW To DLS                N  014                  DLS
06/14/17 09:57 HTP Tie Change                        N  014                  DLS
07/18/17 17:07 HTP Sts Chg:DLS To ALS                N  014                  ALS
07/18/17 17:07 HTP Tie Change                        N  014                  ALS
07/27/17 11:09 BAE Sts Chg:ALS To PYR                N  014                  PYR
07/27/17 11:09 BAE Tie Change                        N  014                  PYR
07/27/17 11:43 BAE Sts Chg:PYR To PIF                N  014                  PIF
07/27/17 15:28 SJP Sts Chg:PIF To REV                N  014                  REV
08/01/17 11:13 AEW Sts Chg:REV To ALS                N  014                  ALS
08/01/17 11:13 AEW Tie Change                        N  014                  ALS
01/12/18 15:31 HTP Sts Chg:ALS To LLS                N  014                  LLS
01/12/18 15:31 HTP  Action Taken                     N  014                  LLS
               Applied Desk/Status/Priority/Credit Reporting Flag Changes
               from tied account 0009002260
05/09/18 12:23 DMM Sts Chg:LLS To RVW                N  014                  RVW
05/09/18 12:23 DMM Dsk Chg:014 To 007                N  007                  RVW
11/27/18 08:09 AEW Dsk Chg:007 To 016                N  016                  RVW
11/27/18 08:09 AEW  Action Taken                     N  016                  RVW
               Applied Desk/Status/Priority/Credit Reporting Flag Changes
               from tied account      2260
11/27/18 08:10 AEW Demographics Change               N  016                  RVW
               Phn1 Chg:4198198381 TO
               Sequence# 01
-------------------------------- TRUST HISTORY --------------------------------
Date      Batch  UId DSK TCD Description      Amount      Comm      NewBlnc
-------- ------ --- --- --- -------------------- ---------- ---------- ----------
07/27/17 078736 BAE 014 002 PRIN PMT TO CLIENT     41.14       9.46        .00
07/27/17 078736 BAE 014 700 ATTY COMMISSION FEE     1.89        .00        .00
07/27/17 078743 SJP 014 190 REV PRIN PMT TO CLT    41.14-      9.46-     41.14
07/27/17 078743 SJP 014 700 ATTY COMMISSION FEE     1.89-       .00      41.14
                                                              FST36
```

ALEDFWKC 12/03/18   13:53:16    Print Debtor Work Card                    PAGE 10

FST37

# Exhibit L

## Def. FST Produced Account Notes for Various Accounts

```
ALEDFWKC 12/03/18  13:53:16    Print Debtor Work Card                    PAGE  1
Clt VARIOUS ACCOUNTS                             Ac# FSTI ZZZZZZ       2260
Rf#
Nm1 GASTON,ROBIE                 Desk    016 Sts RVW Assignd         1018.66
Nm2              .               Assigned   04/04/18 PrincDue         983.89
Adr DORR ST APT G43         .    L/Charge            In   .00 %          .00
                                 L/Paymnt            Attorney            .00
    TOLEDO, OH 43615-4217        L/Letter   01/12/18 Court              .00
PhN                              L/Worked   11/27/18 Other              .00
                                 L/Trust    10/24/17 JudInt             .00
                                 N/Review   11/27/18 Misc               .00
Msg                                                 CntgcyFe            .00
                                                    Tot Due         983.89
                                                    Tot Paid          34.77
-------------------------------- HISTORY ---------------------------------
Date     Time   Uid Description                   CR Dsk NxtRv Txt NextLtr Sts
-------- -----  --- --------------------------    -- --- ----- --- ------- ---
06/13/17 13:38 HTP Account Tied                       014 06/14             NEW
06/13/17 13:38 HTP Tie Change                         014 06/14             NEW
   Account        831 Tied
06/13/17 13:38 HTP Tie Change                         014 06/14             NEW
   Account       1425 Tied
06/13/17 13:38 HTP Tie Change                         014 06/14             NEW
   Account       0737 Tied
06/13/17 13:38 HTP Tie Change                         014 06/14             NEW
   Account       9546 Tied
06/13/17 13:38 HTP Tie Change                         014 06/14             NEW
   Account       8419 Tied
06/14/17 09:57 HTP Sts Chg:NEW To DLS                 014 06/14             DLS
06/14/17 09:57 HTP CALLED PHN 1-LEFT MSGE ON A/M   Y  014 06/28             DLS
06/14/17 09:57 HTP DEMAND LETTER SENT              Y  014 06/28             DLS
06/14/17 09:57 HTP Ltr to 01 DEMAND LETTER TIED SNT Y 014 06/28 T02         DLS
06/29/17 12:58 HTP ADDITIONAL REMARK               Y  014 07/15             DLS
   CD, HE IS DRIVING, WILL CALL ME BACK TOMORRROW MORNING
07/18/17 17:06 HTP Sts Chg:DLS To ALS              Y  014 07/15             ALS
07/18/17 17:06 HTP CALED PHN 1 - NO ANSWER         Y  014 08/17             ALS
07/18/17 17:06 HTP ATTY LTR SENT TO DTR            Y  014 08/17             ALS
07/18/17 17:06 HTP Ltr to 01 BIESIADA ATTY LETT SNT Y 014 08/17 027         ALS
07/18/17 17:07 HTP Instr to Trans Exp 08/18/17     Y  014 08/17             ALS
   B 7-18-17
07/25/17 15:24 SRD Check/EFT/CC Requested          Y  014 08/17             ALS
   EPPCC:                       Name: GASTON,ROBIE
       Acct#                  8972  Exp 06/20
       PMT 08/01/17 $      69.13
07/25/17 15:24 SRD Check/EFT/CC Requested          Y  014 08/17             ALS
   EPPCC:                       Name: GASTON,ROBIE
       Acct#                  8972  Exp 06/20
       08/25/17        41.14
07/25/17 15:29 SRD Instr to Trans Exp 08/18/17     Y  014 08/17             ALS
   B 7-18-17
   PLEASE APPLY PAYMENT 69.13 TO -8790737
   PLEASE APPLY PAYMENT 41.14 TO 8982831
07/25/17 15:29 SRD Sts Chg:ALS To PYR              Y  014 08/17             PYR
07/25/17 15:29 SRD PAYMENT RECEIVED                Y  014 08/01             PYR

                                                        FST40
```

```
ALEDFWKC 12/03/18  13:53:16     Print Debtor Work Card                    PAGE  2
     D CALLED IN AND SET UP AUTO FOR THE TWO ACCNTS-
     *8/1/17--$69.13 -ID#:8790737
     *8/25/17--$41.14-ID#:8982831
     TALKED TO ALLSTART AND THEY ARE GETTING HIM MORE INFO. WANST AT THAT
     ADDRESS THAT DOS. BUT WILL CALL BACK IN SEPT TO SET UP MORE PAYMENTS.
07/25/17 15:30 SRD Instr to Trans Exp 08/18/17     Y  014 08/01               PYR
     B 7-18-17
     PLEASE APPLY PAYMENT 69.13 TO 8790737
     PLEASE APPLY PAYMENT 41.14 TO 8982831
07/26/17 12:32 NJQ Sts Chg:PYR To HCP              Y  014 08/01               HCP
07/26/17 12:32 NJQ Dsk Chg:014 To PAY             Y  PAY 08/01               HCP
07/26/17 12:32 NJQ ADDITIONAL REMARK              N  PAY 07/27               HCP
     KC(CRISTEN) SD THEY AGRD TO ACCPT 100.00 AS SIF WILL GV INFO TO BKKPNG
     DIRECTLY SINCE INFO IN "IT" FOR POST DATED PYMNTS
07/27/17 11:08 BAE Sts Chg:HCP To PYR             N  PAY 07/27               PYR
07/27/17 11:08 BAE Dsk Chg:PAY To 014             N  014 07/27               PYR
07/27/17 11:08 BAE PAYMENT RECEIVED               N  014 07/28               PYR
07/28/17 16:11 HTP Sts Chg:PYR To HCC             N  014 07/28               HCC
07/28/17 16:11 HTP HOLD CREDIT CARD PAYMENTS      N  014 08/01               HCC
08/01/17 16:49 BAE Check/EFT/CC Requested         N  014 08/01               HCC
     EPPCC:     Name GASTON,ROBIE
     APPROVED  21261C Approved
        PDate: 08/01/17 Amt:  Acct# 5146 1601 09298972
08/02/17 13:01 HTP HOLD CREDIT CARD PAYMENTS      N  014 08/25               HCC
08/25/17 16:48 BAE Check/EFT/CC Requested         N  014 08/25               HCC
     EPPCC:     Name GASTON,ROBIE
     APPROVED  9763CF Approved
        PDate: 08/25/17 Amt:  Acct# 5146 1601 09298972
08/28/17 15:29 HTP Sts Chg:HCC To CRV             N  014 08/25               CRV
08/28/17 15:29 HTP COLLECTOR REVIEW               Y  014 09/27               CRV
08/28/17 15:29 HTP Sts Chg:CRV To PTP             Y  014 09/27               PTP
08/28/17 15:29 HTP Promise PTP    40.00 On 092817 Y  014 09/28               PTP
08/28/17 15:29 HTP Rescheduled HTP 09/08/17 1529  Y  014 09/28               PTP
     Rescheduled HTP 09/08/17 1529
09/08/17 15:30 HTP CALLED PHN 1-LEFT MSGE ON A/M  Y  014 09/28               PTP
10/03/17 21:00 CDS Sts Chg:PTP To BRK             Y  014 09/28               BRK
10/03/17 21:00 CDS BROKEN PROMISE                 Y  014 10/04               BRK
     #ST="PTP" #LW="152192" #RV="152212"
10/06/17 11:33 HTP CALLED PHN 1-LEFT MSGE ON A/M  Y  014 10/06               BRK
10/13/17 14:45 HTP ADDITIONAL REMARK              Y  014 10/20               BRK
     CD, HE WILL MAIL PMT TOMORRWO, FORGOT
10/20/17 14:42 HTP ADDITIONAL REMARK              Y  014 10/20               BRK
     CD MAILING TODAY, HAD IN HIS CAR AND FORGOT TO MAIL
10/24/17 11:29 BAE Sts Chg:BRK To PYR             Y  014 10/20               PYR
10/24/17 11:29 BAE PAYMENT RECEIVED               Y  014 10/25               PYR
10/25/17 11:20 HTP Sts Chg:PYR To PTP             Y  014 10/25               PTP
10/25/17 11:20 HTP Promise PTP    40.00 On 112017 Y  014 11/20               PTP
11/25/17 21:00 CDS Sts Chg:PTP To BRK             Y  014 11/20               BRK
11/25/17 21:00 CDS BROKEN PROMISE                 Y  014 11/26               BRK
     #ST="PTP" #LW="152239" #RV="152265"
12/01/17 15:26 HTP CALLED PHN 1-LEFT MSGE ON A/M  Y  014 12/01               BRK
12/15/17 14:03 HTP CALED PHN 1 - NO ANSWER        Y  014 12/15               BRK
12/29/17 09:23 HTP Sts Chg:BRK To PRL             Y  014 12/15               PRL
                                                                        FST41
```

```
ALEDFWKC 12/03/18  13:53:16    Print Debtor Work Card                    PAGE   3
12/29/17 09:23 HTP CALED PHN 1 - NO ANSWER              Y   014 01/12            PRL
12/29/17 09:23 HTP PMT REMINDER LTR                     Y   014 01/12            PRL
12/29/17 09:23 HTP Ltr to 01 FIRST BROKEN PROMI SNT Y   014 01/12 T08            PRL
01/12/18 15:31 HTP Sts Chg:PRL To LLS                   Y   014 01/12            LLS
01/12/18 15:31 HTP CALED PHN 1 - NO ANSWER              Y   014 02/11            LLS
01/12/18 15:31 HTP LAST LTR SENT TO DTR                 Y   014 02/11            LLS
01/12/18 15:31 HTP Ltr to 01 LAST LETTER TIED   SNT Y   014 02/11 T04            LLS
05/09/18 12:23 DMM Account Untied                       Y   014 02/11            LLS
       Untied from Header:       260 TRAILER:      9546 GASTON,ROBIE
05/09/18 12:23 DMM Account Untied                       Y   014 02/11            LLS
       Untied from Header:       260 TRAILER:      419 GASTON,ROBIE
05/09/18 12:23 DMM Account Untied                       Y   014 02/11            LLS
       Untied from Header:       260 TRAILER:      737 GASTON,ROBIE
05/09/18 12:23 DMM Dsk Chg:014 To 007                   Y   007 02/11            LLS
05/09/18 12:23 DMM Account Tied                         Y   007 02/11            LLS
       Tied to Header:    260 Trailer:      510 GASTON,ROBIE
05/09/18 12:23 DMM Tie Change                           Y   007 02/11            LLS
       Account       510 Tied
05/09/18 12:27 DMM Sts Chg:LLS To RVW                   Y   007 02/11            RVW
05/09/18 12:27 DMM CALED PHN 1 - NO ANSWER              Y   007 05/09            RVW
       CD, MAN ANSWERD "HELLO" AND DIDN'T SAY ANYTHING MORE. HEARD CAR NOISES
       IN THE BACKROUND
05/09/18 12:27 DMM ACT/PENDING REVIEW                   Y   007 05/09            RVW
11/27/18 08:09 AEW Dsk Chg:007 To 016                   Y   016 05/09            RVW
11/27/18 08:09 AEW ADDITIONAL REMARK                    Y   016 11/27            RVW
       DO NOT WORK THIS ACCT/PENDING LEGAL ACTION TAKEN BY D - SEE AEP IF ANY
       QUESTIONS
11/27/18 08:10 AEW Account Memo Modified                Y   016 11/27            RVW
       Account Memo change from:
11/27/18 08:10 AEW Demographics Change                  Y   016 11/27            RVW
       Addr1 Chg:6543 DORR ST APT G43 TO  DORR ST APT G43
       Phn1 Chg:4198198381 TO
       Sequence# 01
11/27/18 08:11 AEW Demographics Change                  Y   016 11/27            RVW
       Addr1 Chg: DORR ST APT G43 TO DORR ST APT G43
       Sequence# 01
```

# Exhibit M

January 15, 2018 Letter from
Financial Systems of Toledo, Inc.



**FINANCE SYSTEM OF TOLEDO, INC.**
PO Box 1934
Southgate, MI 48195-0934

CREDITOR: SEE REVERSE SIDE
FST ID NUMBER: 000002260

Roble Gaston
6543 Dorr St Apt G43
Toledo, OH 43615-4217

IF PAYING BY MASTERCARD, DISCOVER, VISA OR AMERICAN EXPRESS, FILL OUT BELOW.

MasterCard    Discover    VISA    American Express*

| CARD NUMBER | | EXP. DATE | AMOUNT |

| SIGNATURE | | MUST INCLUDE 3 DIGIT SECURITY CODE FROM BACK OF CARD |

AMOUNT DUE: $775.30    | SHOW AMOUNT PAID HERE | $
DATE: 01/15/18
Phone: (419) 578-4343 * Toll Free: (888) 665-6665 * Fax: (419) 578-4330

MAKE CHECKS PAYABLE TO:

FINANCE SYSTEM OF TOLEDO, INC.
PO BOX 351297
TOLEDO, OH 43635-1297

*** PLEASE DETACH AND RETURN TOP PORTION WITH YOUR PAYMENT ***

DATE: 01/15/18                                    FSTUIT04    64301501:0724    1342/0001179/0003

CREDITOR: SEE REVERSE SIDE
TOTAL AMOUNT DUE: $775.30
FST ID NUMBER: ████2260

### THIS BILL MAY BE LISTED AGAINST YOUR CREDIT!

IT IS IN YOUR BEST INTEREST TO RESPOND IMMEDIATELY. ANY UNPAID BALANCE SHOWING ON YOUR CREDIT REPORT MAY RESULT IN CREDIT BEING DENIED.

PAY IN FULL IMMEDIATELY TO:

FINANCE SYSTEM OF TOLEDO, INC.

PLEASE DO NOT HESITATE TO CONTACT ME TO RESOLVE THIS IMPORTANT MATTER.

**MRS. MEGAN STARR**
419-578-2676

PLEASE SEE REVERSE SIDE FOR ACCOUNT INFORMATION.

MAKE YOUR PAYMENT ONLINE AT www.FST1952.COM
* USING FST ID NUMBER: 0009002260

THIS IS AN ATTEMPT TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE. ALL RETURNED CHECKS ARE SUBJECT TO A $30.00 SERVICE CHARGE PLUS BANK FEES.



**FINANCE SYSTEM OF TOLEDO, INC.**
2821 N. Holland-Sylvania Rd.
PO Box 351297
Toledo, OH 43635-1297
Phone: (419) 578-4343 * Toll Free:(888) 665-6665
Fax: (419) 578-4330

GASTON 000002

Page 1 of 2/T04

| Client Name | Client Ref No | Principal | Interest | Other | Total |
|---|---|---|---|---|---|
| | | .00 | .00 | .00 | .00 |
| EFNO INC TOLEDO ___400 | | | | | |
| DATE OF SERVICE 12/25/12 | | .00 | .00 | .00 | .00 |
| ALLSTAR DISPOSA | | | | | |
| DATE OF SERVICE 11/11/14 | | 734.16 | .00 | .00 | 734.16 |
| TOLEDO CLINIC I 2_____0001 | | | | | |
| DATE OF SERVICE 01/16/14 | | .00 | .00 | .00 | .00 |
| TOLEDO CLINIC I ___0001 | | | | | |
| DATE OF SERVICE 01/14/15 | | 41.14 | .00 | .00 | 41.14 |
| TOLEDO CLINIC I ____86 16019 | | | | | |
| DATE OF SERVICE 12/29/16 | | | | | 775.30 |

GASTON 000003