



**FINANCE SYSTEM OF TOLEDO, INC.**
PO Box 1934
Southgate, MI  48195-0934

<table>
<tr><td colspan="6">IF PAYING BY MASTERCARD, DISCOVER, VISA OR AMERICAN EXPRESS, FILL OUT BELOW.</td></tr>
<tr><td>CARD NUMBER</td><td>MasterCard</td><td>DISCOVER Discover</td><td>VISA</td><td>VISA</td><td>American Express®</td></tr>
</table>

CARD NUMBER | EXP. DATE | AMOUNT

SIGNATURE | MUST INCLUDE 3 DIGIT SECURITY CODE FROM BACK OF CARD

AMOUNT DUE: $775.30 | SHOW AMOUNT PAID HERE | $
DATE: 01/15/18
Phone: (419) 578-4343 * Toll Free: (888) 665-6665 *Fax (419) 578-4330

CREDITOR: SEE REVERSE SIDE
FST ID NUMBER: 0009002260

Roble Gaston
6543 Dorr St Apt G43
Toledo, OH  43615-4217

**MAKE CHECKS PAYABLE TO:**

**FINANCE SYSTEM OF TOLEDO, INC.**
PO BOX 351297
TOLEDO, OH  43635-1297

---

*** PLEASE DETACH AND RETURN TOP PORTION WITH YOUR PAYMENT ***

DATE: 01/15/18                    FSTUT04    643019010724    1342/0001179/0003

CREDITOR:  SEE REVERSE SIDE
TOTAL AMOUNT DUE: $775.30
FST ID NUMBER: 0009002260

### THIS BILL MAY BE LISTED AGAINST YOUR CREDIT!

IT IS IN YOUR BEST INTEREST TO RESPOND IMMEDIATELY.  ANY UNPAID BALANCE SHOWING ON YOUR CREDIT REPORT MAY RESULT IN CREDIT BEING DENIED.

PAY IN FULL IMMEDIATELY TO:

FINANCE SYSTEM OF TOLEDO, INC.

PLEASE DO NOT HESITATE TO CONTACT ME TO RESOLVE THIS IMPORTANT MATTER.

**MRS. MEGAN STARR**
**419-578-2676**

**PLEASE SEE REVERSE SIDE FOR ACCOUNT INFORMATION.**

**MAKE YOUR PAYMENT ONLINE AT www.FST1952.COM**
**\* USING FST ID NUMBER: 0009002260**

THIS IS AN ATTEMPT TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE. ALL RETURNED CHECKS ARE SUBJECT TO A $30.00 SERVICE CHARGE PLUS BANK FEES.



**FINANCE SYSTEM OF TOLEDO, INC.**
2821 N. Holland-Sylvania Rd.
PO Box 351297
Toledo, OH 43635-1297
Phone: (419) 578-4343 * Toll Free:(888) 665-6665
Fax: (419) 578-4330

GASTON 000002

Page 1 of 2/T04

| Client Name | Client Ref No | Principal | Interest | Other | Total |
|---|---|---|---|---|---|
| EPHO INC TOLEDO | 2803400 | .00 | .00 | .00 | .00 |
| DATE OF SERVICE 12/25/12 | | | | | |
| ALLSTAR DISPOSA | | .00 | .00 | .00 | .00 |
| DATE OF SERVICE 11/11/14 | | | | | |
| TOLEDO CLINIC I | 27962730001 | 734.16 | .00 | .00 | 734.16 |
| DATE OF SERVICE 01/16/14 | | | | | |
| TOLEDO CLINIC I | 28093870001 | .00 | .00 | .00 | .00 |
| DATE OF SERVICE 01/14/15 | | | | | |
| TOLEDO CLINIC I | 200095786 16019 | 41.14 | .00 | .00 | 41.14 |
| DATE OF SERVICE 12/28/16 | | | | | |

775.30